.

| | | |
|---|---|---|
| DONSHEKIE BARRETT<br>5043 FAIRBURY WAY<br>DIBERVILLE, MS 39540 | BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA, FL 33634 | EASTERN FUNDING LLC<br>213 W 35TH ST<br>STE 2W<br>NEW YORK, NY 10001 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | BMW<br>P.O. BOX 78066<br>PHOENIX, AZ 85062 | FIRST COMMERCE OF AMER<br>155 B AVE, #300<br>CHAPEL HILL, TN 37034 |
| ALLY<br>P.O. BOX 9001951<br>LOUISVILLE, KY 40290 | CADENCE BANK<br>2910 W JACKSON ST<br>TUPELO, MS 38801 | FNBO SLICE<br>P.O. BOX 3412<br>OMAHA, NE 68197 |
| AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998 | CAPITAL ONE<br>ATTN: BANKRUPTCY<br>P.O. BOX 30285<br>SALT LAKE CITY, UT 84130 | GREENWOOD CREDIT UNION<br>ATTN: BANKRUPTCY<br>2669 POST RD<br>WARWICK, RI 02886 |
| AMEX<br>PO BOX 981535<br>EL PASO, TX 79998 | CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | HARLEY DAVIDSON<br>ATTN: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY, NV 89721 |
| AMUR<br>P.O. BOX 2555<br>GRAND ISLAND, NE 68801 | CHASE AUTO FINANCE<br>ATTN: BANKRUPTCY<br>700 KANSAS LANE<br>MONROE, LA 71203 | HEADWAY<br>4700 W DAYBREAK PKWY<br>STE 200<br>SOUTH JORDAN, UT 84009 |
| ASCENTIUM CAPITAL<br>23970 HWY 59 N<br>KINGWOOD, TX 77339 | CITIZENS ONE<br>ATTN: BANKRUPTCY<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 02903 | INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101- |
| ATOB<br>1 EMBARCADERO CTR<br>STE 1200<br>SAN FRANCISCO, CA 94111 | DLL FINANCE LLC<br>ATTN: BANKRUPTCY<br>8001 BIRCHWOOD CT<br>JOHNSTON, IA 50131 | INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>POB 26012<br>GREENSBORO, NC 27410 | DOCUSIGN<br>221 MAIN ST<br>STE 800<br>SAN FRANCISCO, CA 94105 | KEYSTONE EFC<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD, CT 06110 |

M & T BANK  
ATTN: BANKRUPTCY  
PO BOX 844  
BUFFALO, NY 14240

MIDLAND  
5403 OLYMPIC DR  
STE 200  
GIG HARBOR, WA 98335

NAVY FCU  
ATTN: BANKRUPTCY  
PO BOX 3000  
MERRIFIELD, VA 22119

NAVY FEDERAL CU  
ATTN: BANKRUPTCY  
PO BOX 3302  
MERRIFIELD, VA 22119

ON DECK  
4700 W . DAYBREAK PKWY  
SOUTH JORDAN, UT 84009

ONEMAIN  
PO BOX 1010  
EVANSVILLE, IN 47706

PACWESTERN  
222 S MAIN ST 5TH FL  
SALT LAKE CIT, UT 84101

SBA  
801 TOM MARTIN DR  
STE 210  
BIRMINGHAM, AL 35211

SBA  
C/O US ATTORNEY'S OFFI  
501 E COURT ST  
STE. 4.430  
JACKSON, MS 39201

STEARNS BANK  
P.O. BOX 750  
ALBANY, MN 56307-0750

STEPHEN B ELGGREN  
PO BOX 1726  
DRAPER, UT 84020

SYNCHRONY  
ATTN: BANKRUPTCY  
PO BOX 955060  
ORLANDO, FL 32896-5060

SYNCHRONY BANK  
PO BOX 965073  
ORLANDO, FL 32896

UNISOURCE CAPITAL  
214 CANTON RD  
STE 1  
CUMMING, GA 30040

US ATTORNEY GENERAL  
US DEPT OF JUSTICE  
950 PENNSYLVANIA AVENW  
WASHINGTON, DC 20530-0001