## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| In re:<br><br>**Donshekie Barrett,**<br><br>Debtor. | Case No. 25-51624-KMS<br><br>Chapter 13 |

### NOTICE OF APPEARANCE

Timothy J. Anzenberger hereby enters his appearance on behalf of Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group, requesting that he be served with a copy of all notices given or required to be given in this case and all papers served or required to be served in this case.

Dated: November 5, 2025

**EASTERN FUNDING LLC**
**D/B/A SPECIALTY VEHICLE AND**
**EQUIPMENT FUNDING GROUP**

By: /s/ Timothy J. Anzenberger
Timothy J. Anzenberger
Miss. Bar No. 103854
ADAMS & REESE LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone:   601.353.3234
Facsimile:   601.355.9708
tim.anzenberger@arlaw.com

### CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: November 5, 2025

/s/ Timothy J. Anzenberger
Timothy J. Anzenberger