## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                                  Case No. 25-51624-KMS
                                                                    CHAPTER 13

## NOTICE OF FILING CHAPTER 13 PLAN AND MOTIONS FOR VALUATION AND LIEN AVOIDANCE

The above-named Debtor has filed a *Chapter 13 plan and Motions for Valuation and Lien Avoidance* (the "Plan") with the Bankruptcy Court in the above referenced case (see attachment).

Any objection to confirmation of the Plan or the motions contained therein shall be filed in writing with the Clerk of Court at Dan M. Russell, Jr., U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501, on or before February 5, 2026. Copies of the objection must be served on the Trustee, US Trustee, Debtor, and Attorney for Debtor.

Objections to confirmation will be heard and confirmation determined on February 12, 2026, at 10:00 AM in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless the court orders otherwise. If no objection is timely filed, the Plan may be confirmed without a hearing.

Date: November 6, 2025               /s/ Thomas C. Rollins, Jr.
                                     *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | |
| | Full Name (First, Middle, Last) | |
| Debtor 2 (Spouse, if filing) | | |
| | Full Name (First, Middle, Last) | |
| United States Bankruptcy Court for the | **SOUTHERN DISTRICT OF MISSISSIPPI** | ☐ Check if this is an amended plan, and list below the sections of the plan that have been changed. |
| Case number: (If known) | | |

# Chapter 13 Plan and Motions for Valuation and Lien Avoidance         12/17

## Part 1:  Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances or that it is permissible in your judicial district. Plans that do not comply with local rules and judicial rulings may not be confirmable. The treatment of ALL secured and priority debts must be provided for in this plan.

In the following notice to creditors, you must check each box that applies

**To Creditors:** **Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.**

You should read this plan carefully and discuss it with your attorney if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

**If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I). The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is filed. See Bankruptcy Rule 3015.**

The plan does not allow claims. Creditors must file a proof of claim to be paid under any plan that may be confirmed.

The following matters may be of particular importance. **Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

| 1.1 | A limit on the amount of a secured claim, set out in Section 3.2, which may result in a partial payment or no payment at all to the secured creditor | ☑ Included | ☐ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section 3.4. | ☐ Included | ☑ Not Included |
| 1.3 | Nonstandard provisions, set out in Part 8. | ☑ Included | ☐ Not Included |

## Part 2:  Plan Payments and Length of Plan

**2.1   Length of Plan.**

The plan period shall be for a period of __**60**__ months, not to be less than 36 months or less than 60 months for above median income debtor(s). If fewer than 60 months of payments are specified, additional monthly payments will be made to the extent necessary to make the payments to creditors specified in this plan.

**2.2   Debtor(s) will make payments to the trustee as follows:**

Debtor shall pay __**$18,568.62**__ (☑ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the debtor's employer at the following address:

**Direct.**

APPENDIX D                                        Chapter 13 Plan                                        Page 1

Debtor **Donshekie Barrett**  Case number

Joint Debtor shall pay ____ (☐ monthly, ☐ semi-monthly, ☐ weekly, or ☐ bi-weekly) to the chapter 13 trustee. Unless otherwise ordered by the court, an Order directing payment shall be issued to the joint debtor's employer at the following address:

**2.3 Income tax returns/refunds.**

*Check all that apply*

☑ Debtor(s) will retain any exempt income tax refunds received during the plan term.

☐ Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee all non-exempt income tax refunds received during the plan term.

☐ Debtor(s) will treat income refunds as follows:

**2.4 Additional payments.**
*Check one.*
☑ **None.** *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

### Part 3: Treatment of Secured Claims

**3.1 Mortgages. (Except mortgages to be crammed down under 11 U.S.C. § 1322(c)(2) and identified in § 3.2 herein.).**

*Check all that apply.*
☐ **None.** *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*

**3.1(a)** ☑ **Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

**1** Mtg pmts to **M & T Bank**
Beginning **November 2025** @ **$2,186.74** ☐ Plan ☑ Direct. Includes escrow ☑ Yes ☐ No

**-NONE-** Mtg arrears to _____ Through _____

**3.1(b)** ☐ **Non-Principal Residence Mortgages:** All long term secured debt which is to be maintained and cured under the plan pursuant to 11 U.S.C. § 1322(b)(5) shall be scheduled below. Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor, subject to the start date for the continuing monthly mortgage payment proposed herein.

Property **-NONE-** address:
Mtg pmts to
Beginning month @ _____ Plan Direct. Includes escrow Yes No

Property **-NONE-** Mtg arrears to _____ Through _____

**3.1(c)** ☐ **Mortgage claims to be paid in full over the plan term:** Absent an objection by a party in interest, the plan will be amended consistent with the proof of claim filed by the mortgage creditor.

Creditor: **-NONE-** Approx. amt. due: _____ Int. Rate*: _____
Property Address: _____
Principal Balance to be paid with interest at the rate above: _____
(as stated in Part 2 of the Mortgage Proof of Claim Attachment)
Portion of claim to be paid without interest: $ _____
(Equal to Total Debt less Principal Balance)

Special claim for taxes/insurance: $ **-NONE-** /month, beginning month .
(as stated in Part 4 of the Mortgage Proof of Claim Attachment)

| Debtor | **Donshekie Barrett** | Case number | |
|---|---|---|---|

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District
  *Insert additional claims as needed.*

**3.2** **Motion for valuation of security, payment of fully secured claims, and modification of undersecured claims.** *Check one.*.

☐ **None.** *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*
**The remainder of this paragraph will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ Pursuant to Bankruptcy Rule 3012, for purposes of 11 U.S.C. § 506(a) and § 1325(a)(5) and for purposes of determination of the amounts to be distributed to holders of secured claims, debtor(s) hereby move(s) the court to value the collateral described below at the lesser of any value set forth below or any value set forth in the proof of claim. Any objection to valuation shall be filed on or before the objection deadline announced in Part 9 of the Notice of Chapter 13 Bankruptcy Case (Official Form 309I).

The portion of any allowed claim that exceeds the amount of the secured claim will be treated as an unsecured claim under Part 5 of this plan. If the amount of a creditor's secured claim is listed below as having no value, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. Unless otherwise ordered by the court, the amount of the creditor's total claim listed on the proof of claim controls over any contrary amounts listed in this paragraph.

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Bank of America** | $247,382.00 | 2019 Tiffin Phaeton | $208,800.00 | $208,800.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Capital One Auto** | $17,442.00 | 2023 Hyundai Elantra 23500 miles daughter drives | $21,728.00 | $17,442.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Citizens One** | $2,399.00 | security system equipment | $1,000.00 | $1,000.00 | 10.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Greenwood Credit Union** | $15,311.00 | 1972 Oldsmobile Cutlass 76000 miles Debtor drives | $13,770.00 | $13,770.00 | 0.00% |

| Name of creditor | Estimated amount of creditor's total claim # | Collateral | Value of collateral | Amount of secured claim | Interest rate* |
|---|---|---|---|---|---|
| **Harley Davidson** | $24,371.00 | 2023 Harley Road Glide 2300 miles | $15,282.00 | $15,282.00 | 10.00% |

| Debtor | Donshekie Barrett | | Case number | | |
|---|---|---|---|---|---|
| **Name of creditor** | **Estimated amount of creditor's total claim #** | **Collateral** | **Value of collateral** | **Amount of secured claim** | **Interest rate*** |
| NAVY FCU | $32,723.00 | 2018 Porsche Panamera 53268 miles | $41,159.00 | $32,723.00 | 10.00% |
| **Name of creditor** | **Estimated amount of creditor's total claim #** | **Collateral** | **Value of collateral** | **Amount of secured claim** | **Interest rate*** |
| Synchrony Bank | $34,863.00 | 2023 Vanderhall Carmel GT | $23,548.00 | $23,548.00 | 10.00% |

*Insert additional claims as needed.*

#For mobile homes and real estate identified in § 3.2: Special Claim for taxes/insurance:

| Name of creditor | Collateral | Amount per month | Beginning month |
|---|---|---|---|
| -NONE- | | | |

* Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District

For vehicles identified in § 3.2: The current mileage is _____

**3.3 Secured claims excluded from 11 U.S.C. § 506.**

*Check one.*

☐ **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

☑ The claims listed below were either:

(1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or

(2) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value.

These claims will be paid in full under the plan with interest at the rate stated below. Unless otherwise ordered by the court, the claim amount stated on a proof of claim filed before the filing deadline under Bankruptcy Rule 3002(c) controls over any contrary amount listed below. In the absence of a contrary timely filed proof of claim, the amounts stated below are controlling.

| Name of Creditor | Collateral | Amount of claim | Interest rate* |
|---|---|---|---|
| BMW | 2024 BMW 330i 8459 miles daughter drives | $49,845.65 | 10.00% |
| Capital One Auto | 2025 GMC Sierra 2500 5000 miles debtor drives | $99,556.00 | 10.00% |
| Chase Auto Finance | 2025 Mercedes GLE 53 9700 miles spouse drives | $96,908.00 | 10.00% |
| NAVY FCU | 2025 Harley Road Glide CVO 1000 miles | $57,730.00 | 10.00% |
| Synchrony | 2025 Enclosed Trailer | $12,000.00 | 10.00% |

*Unless otherwise ordered by the court, the interest rate shall be the current Till rate in this District.

*Insert additional claims as needed.*

**3.4 Motion to avoid lien pursuant to 11 U.S.C. § 522.**

*Check one.*

☑ **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

**3.5 Surrender of collateral.**

Mississippi Chapter 13 Plan    Page 4

Debtor **Donshekie Barrett** Case number

*Check one.*
☐ **None.** *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*
☑ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the stay under 11 U.S.C. § 362(a) be terminated as to the collateral only and that the stay under § 1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 5 below.

| **Name of Creditor** | **Collateral** |
|---|---|
| DLL Finance LLC | 2024 Kioti model KL4030C tractor in business name |

*Insert additional claims as needed.*

## Part 4: Treatment of Fees and Priority Claims

**4.1 General**
Trustee's fees and all allowed priority claims, including domestic support obligations other than those treated in § 4.5, will be paid in full without postpetition interest.

**4.2 Trustee's fees**
Trustee's fees are governed by statute and may change during the course of the case.

**4.3 Attorney's fees.**

☑ No look fee: **4,600.00**

Total attorney fee charged: $**4,600.00**

Attorney fee previously paid: $**0.00**

Attorney fee to be paid in plan per confirmation order: $**4,600.00**

☐ Hourly fee: $_____. (Subject to approval of Fee Application.)

**4.4 Priority claims other than attorney's fees and those treated in § 4.5.**

*Check one.*
☐ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*
☑ Internal Revenue Service **$75,295.08** .
☐ Mississippi Dept. of Revenue **$0.00** .
☐ Other _____ **$0.00** .

**4.5 Domestic support obligations.**

☑ **None.** *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid, pro rata. If more than one option is checked, the option providing the largest payment will be effective. *Check all that apply.*
☐ The sum of $
☑ **100.00** % of the total amount of these claims, an estimated payment of $ **166,631.00**
☑ The funds remaining after disbursements have been made to all other creditors provided for in this plan.

If the estate of the debtor(s) were liquidated under chapter 7, nonpriority unsecured claims would be paid approximately $**0.00**
Regardless of the options checked above, payments on allowed nonpriority unsecured claims will be made in at least this amount.

**Mississippi Chapter 13 Plan** Page 5

| Debtor | **Donshekie Barrett** | Case number | |
|---|---|---|---|

**5.2**  **Other separately classified nonpriority unsecured claims (special claimants).** *Check one*.

  ☑  **None.** If "None" is checked, the rest of § 5.3 need not be completed or reproduced.

### Part 6:   Executory Contracts and Unexpired Leases

**6.1**  **The executory contracts and unexpired leases listed below are assumed and will be treated as specified. All other executory contracts and unexpired leases are rejected.** *Check one*.

  ☑  **None.** *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

### Part 7:   Vesting of Property of the Estate

**7.1**  **Property of the estate will vest in the debtor(s) upon entry of discharge.**

### Part 8:   Nonstandard Plan Provisions

**8.1**  **Check "None" or List Nonstandard Plan Provisions**
  ☐  **None.** *If "None" is checked, the rest of Part 8 need not be completed or reproduced.*

Under Bankruptcy Rule 3015(c), nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Official Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are ineffective.

**The following plan provisions will be effective only if there is a check in the box "Included" in § 1.3.**
 **\* % to unsecured claimholders shall be the minimum % to be paid to the unsecured class.**
 **\*\* amt to be determined by trustee from schedules A & B less hypothetical ch 7 liquidation costs**

### Part 9:   Signatures:

**9.1**  **Signatures of Debtor(s) and Debtor(s)' Attorney**
*The Debtor(s) and attorney for the Debtor(s), if any, must sign below. If the Debtor(s) do not have an attorney, the Debtor(s) must provide their complete address and telephone number.*

X  **/s/ Donshekie Barrett**                              X  _____
  **Donshekie Barrett**                                      Signature of Debtor 2
  Signature of Debtor 1

  Executed on   **October 30, 2025**                        Executed on  _____

  **5043 Fairbury Way**                                      _____
  Address                                                    Address
  **Diberville MS 39540-0000**                               _____
  City, State, and Zip Code                                  City, State, and Zip Code

  _____                                     _____
  Telephone Number                                           Telephone Number


X  **/s/ Thomas C. Rollins, Jr.**                          Date  **October 30, 2025**
  **Thomas C. Rollins, Jr. 103469**
  Signature of Attorney for Debtor(s)
  **P.O. Box 13767**
  **Jackson, MS 39236**
  Address, City, State, and Zip Code
  **601-500-5533**                                           **103469 MS**
  Telephone Number                                           MS Bar Number
  **trollins@therollinsfirm.com**
  Email Address

# **CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., attorney for the Debtor, do herby certify that by filing the attached Notice and Chapter 13 Plan, I have caused the following partied to be served electronically via ECF:

    Case Trustee
    Office of the US Trustee

I certify that I have this day served a true and correct copy of the attached Notice and Chapter 13 Plan by US Mail[1], postage prepaid, to the following creditor(s) listed in Sections 3.2 and/or 3.4 of the Plan pursuant to Fed. R. Bankr. P. 7004:

Bank of America Corporate Center
c/o CEO/President
100 North Tryon Street
Charlotte, NC 28255

Capital One Auto
c/o CEO
1680 Capital One Drive
McLean, VA 22102-3491

Citizens One
Citizens Bank, N.A.
c/o CEO/President
One Citizens Plaza
Providence, RI 02903

Greenwood Credit Union
c/o CEO/President
2700 Post Rd
Warwick, RI 02886-3003

Harley-Davidson Motorcycle Sales and Service, Inc.
c/o James W. O'Mara
700 Petroleum Building
Jackson, MS 39205

Navy Federal Credit Union
c/o CEO/President
820 Follin Ln SE
Vienna, VA 22180

Synchrony Financial
c/o CEO/President
777 Long Ridge Road
Stamford, CT 06902

I further certify that I have this day served a true and correct copy of the Notice and Chapter 13 Plan by US Mail, postage prepaid, to all other parties listed on the attached master mailing list (matrix).

Date: November 6, 2025        /s/ Thomas C. Rollins, Jr.
                                         *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr., MSB# 103469
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

---

[1] If the creditor is an insured depository institution, service has been made by certified mail.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>DONSHEKIE BARRETT | CASE NO: 25-51624-KMS<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 11/6/2025, I did cause a copy of the following documents, described below,

Notice and Plan

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/6/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. 103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DONSHEKIE BARRETT | CASE NO: 25-51624-KMS<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 11/6/2025, a copy of the following documents, described below,

Notice and Plan

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/6/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

| | CERTIFIED 9589071052702514413663 | CERTIFIED 9589071052702514413687 |
|---|---|---|
| HARLEYDAVIDSON MOTORCYCLE SALES AND SERVICE INC<br>CO JAMES W OMARA<br>700 PETROLEUM BUILDING<br>JACKSON MS 39205 | BANK OF AMERICA CORPORATE CENTER<br>CO CEOPRESIDENT<br>100 NORTH TRYON STREET<br>CHARLOTTE NC 28255 | CITIZENS ONE<br>CITIZENS BANK NA<br>CO CEOPRESIDENT<br>ONE CITIZENS PLAZA<br>PROVIDENCE RI 02903 |
| CERTIFIED 9589071052702514413700 | CERTIFIED 9589071052702514413670 | CERTIFIED 9589071052702514413694 |
| NAVY FEDERAL CREDIT UNION<br>CO CEOPRESIDENT<br>820 FOLLIN LN SE<br>VIENNA VA 22180 | CAPITAL ONE AUTO<br>CO CEO<br>1680 CAPITAL ONE DRIVE<br>MCLEAN VA 22102-3491 | GREENWOOD CREDIT UNION<br>CO CEOPRESIDENT<br>2700 POST RD<br>WARWICK RI 02886-3003 |
| CERTIFIED 9589071052702514413717 | CASE INFO | |
| SYNCHRONY FINANCIAL<br>CO CEOPRESIDENT<br>777 LONG RIDGE ROAD<br>STAMFORD CT 06902 | LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51624-KMS<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>THU NOV 6 7-45-54 PST 2025 | ALLY BANK  CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| BMW BANK OF NORTH AMERICA  CO AIS PORTFOLIO<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EASTERN FUNDING LLC DBA SPECIALTY VEHICLE<br>CO TIMOTHY J ANZENBERGER<br>ADAMS  REESE  LLP<br>1018 HIGHLAND COLONY PARKWAY  SUITE 800<br>RIDGELAND  MS 39157-2057 |
| ~~EXCLUDE~~<br>~~US BANKRUPTCY COURT~~<br>~~DAN M RUSSELL  JR US COURTHOUSE~~<br>~~2012 15TH STREET  SUITE 244~~<br>~~GULFPORT  MS 39501 2036~~ | AMUR<br>PO BOX 2555<br>GRAND ISLAND  NE 68802-2555 | ALLY<br>PO BOX 9001951<br>LOUISVILLE  KY 40290-1951 |
| ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 | AMEX<br>PO BOX 981535<br>EL PASO  TX 79998-1535 |
| (P)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | ATOB<br>1 EMBARCADERO CTR<br>STE 1200<br>SAN FRANCISCO  CA 94111-3617 | BMW<br>PO BOX 78066<br>PHOENIX  AZ 85062-8066 |
| BMW BANK OF NORTH AMERICA DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA  FL 33634-2413 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>POB 26012<br>GREENSBORO  NC 27420-6012 |
| CADENCE BANK<br>2910 W JACKSON ST<br>TUPELO  MS 38801-6799 | CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY  UT 84130-0285 | CAPITAL ONE AUTO<br>ATTN BANKRUPTCY<br>7933 PRESTON RD<br>PLANO  TX 75024-2359 |

```
CAPITAL ONE AUTO FINANCE  A DIVISION OF    CHASE AUTO FINANCE                         (P)CITIZENS BANK N A
CAPITAL ONE  NA DEPARTMENT                 ATTN BANKRUPTCY                            ATTN BANKRUPTCY TEAM
AIS PORTFOLIO SERVICES  LLC                700 KANSAS LANE                            ONE CITIZENS BANK WAY
4515 N SANTA FE AVE DEPT APS               MONROE  LA 71203-4774                      JCA115
OKLAHOMA CITY  OK 73118-7901                                                          JOHNSTON RI 02919-1922



DLL FINANCE LLC                            DOCUSIGN                                   EASTERN FUNDING LLC
ATTN BANKRUPTCY                            221 MAIN ST                                213 W 35TH ST
8001 BIRCHWOOD CT                          STE 800                                    STE 2W
JOHNSTON  IA 50131-2889                    SAN FRANCISCO  CA 94105-1921               NEW YORK  NY 10001-0217



FIRST COMMERCE OF AMER                     FNBO SLICE                                 (P)GREENWOOD CREDIT UNION
155 B AVE  300                             PO BOX 3412                                ATTN BANKRUPTCY
CHAPEL HILL  TN 37034                      OMAHA  NE 68197-0001                       2700 POST RD
                                                                                      WARWICK RI 02886-3003



HARLEY DAVIDSON                            HEADWAY                                    INTERNAL REVENUE SERVI
ATTN BANKRUPTCY                            4700 W DAYBREAK PKWY                       CENTRALIZED INSOLVENCY
PO BOX 22048                               STE 200                                    PO BOX 7346
CARSON CITY  NV 89721-2048                 SOUTH JORDAN  UT 84009-5133                PHILADELPHIA  PA 19101-7346



INTERNAL REVENUE SERVI                     KEYSTONE EFC                               (P)MT BANK
CO US ATTORNEY                             433 S MAIN ST SUITE 30                     LEGAL DOCUMENT PROCESSING
501 EAST COURT ST                          WEST HARTFORD  CT 06110-1670               626 COMMERCE DRIVE
STE 4430                                                                              AMHERST NY 14228-2307
JACKSON  MS 39201-5025



MIDLAND                                    NAVY FCU                                   NAVY FEDERAL CU
5403 OLYMPIC DR                            ATTN  BANKRUPTCY                           ATTN BANKRUPTCY
STE 200                                    PO BOX 3000                                PO BOX 3302
GIG HARBOR  WA 98335-1853                  MERRIFIELD  VA 22119-3000                  MERRIFIELD  VA 22119-3302



ON DECK                                    ONEMAIN                                    PACWESTERN
4700 W  DAYBREAK PKWY                      PO BOX 1010                                222 S MAIN ST 5TH FL
SOUTH JORDAN  UT 84009-5133                EVANSVILLE  IN 47706-1010                  SALT LAKE CIT  UT 84101-2185



SBA                                        SBA                                        (P)STEARNS BANK NATIONAL ASSOCIATION
801 TOM MARTIN DR                          CO US ATTORNEYS OFFI                       ATTN LEGAL DEPARTMENT
STE 210                                    501 E COURT ST                             4191 2ND STREET SOUTH
BIRMINGHAM  AL 35211-6426                  STE 4430                                   ST CLOUD MN 56301-3761
                                           JACKSON  MS 39201-5025



STEPHEN B ELGGREN                          SYNCHRONY                                  SYNCHRONY BANK
PO BOX 1726                                ATTN BANKRUPTCY                            PO BOX 965073
DRAPER  UT 84020-1726                      PO BOX 955060                              ORLANDO  FL 32896-5073
                                           ORLANDO  FL 32896-5060
```

```
US ATTORNEY GENERAL                 UNISOURCE CAPITAL                   ~~EXCLUDE~~
US DEPT OF JUSTICE                  214 CANTON RD                       ~~UNITED STATES TRUSTEE~~
950 PENNSYLVANIA AVENW              STE 1                               ~~501 EAST COURT STREET~~
WASHINGTON  DC 20530-0001           CUMMING  GA 30040-2370              ~~SUITE 6-430~~
                                                                        ~~JACKSON  MS 39201-5022~~


DEBTOR                              ~~EXCLUDE~~                         ~~EXCLUDE~~

DONSHEKIE BARRETT                   ~~THOMAS CARL ROLLINS JR~~          ~~(P)WARREN A  CUNTZ  II JR~~
5043 FAIRBURY WAY                   ~~THE ROLLING LAW FIRM  PLLC~~      ~~PO BOX 3749~~
DIBERVILLE  MS 39540-1000           ~~PO BOX 13767~~                    ~~GULFPORT MS 39505-3749~~
                                    ~~JACKSON  MS 39236-3767~~
```