United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51624-KMS
Donshekie Barrett Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Nov 04, 2025      Form ID: 309I      Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| 5583049 | + | AtoB, 1 Embarcadero Ctr, Ste 1200, San Francisco, CA 94111-3617 |
| 5583053 | + | Cadence Bank, 2910 W Jackson St, Tupelo, MS 38801-6799 |
| 5583061 | | First Commerce of Amer, 155 B Ave, #300, Chapel Hill, TN 37034 |
| 5583062 | + | Fnbo Slice, P.o. Box 3412, Omaha, NE 68197-0001 |
| 5583068 | + | Keystone EFC, 433 S Main St Suite 30, West Hartford, CT 06110-1670 |
| 5583070 | + | Midland, 5403 Olympic Dr, Ste 200, Gig Harbor, WA 98335-1853 |
| 5583075 | + | PacWestern, 222 S Main St 5th Fl, Salt Lake Cit, UT 84101-2185 |
| 5583079 | + | Stephen B Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 5583082 | + | UniSource Capital, 214 Canton Rd, Ste 1, Cumming, GA 30040-2370 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: trollins@therollinsfirm.com | Nov 04 2025 19:37:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| tr | | Email/Text: wcuntzcourt@gport13.com | Nov 04 2025 19:37:00 | Warren A. Cuntz T1, Jr., P. O. Box 3749, Gulfport, MS 39505-3749 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Nov 04 2025 19:37:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| 5583047 | + | Email/Text: bankruptcy@amuref.com | Nov 04 2025 19:38:00 | AMUR, P.O. Box 2555, Grand Island, NE 68802-2555 |
| 5583048 | | Email/Text: bankruptcy@ascentiumcapital.com | Nov 04 2025 19:37:00 | Ascentium Capital, 23970 Hwy 59 N, Kingwood, TX 77339 |
| 5583044 | + | EDI: GMACFS.COM | Nov 05 2025 00:33:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5583045 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2025 19:39:18 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5583046 | + | Email/PDF: bncnotices@becket-lee.com | Nov 04 2025 19:39:30 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5583052 | + | EDI: BMW.COM | Nov 05 2025 00:33:00 | BMW, P.O. Box 78066, Phoenix, AZ 85062-8066 |
| 5583051 | + | EDI: BANKAMER | Nov 05 2025 00:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5583050 | + | EDI: BANKAMER | Nov 05 2025 00:33:00 | Bank of America, Attn: Bankruptcy, Pob 26012, Greensboro, NC 27420-6012 |
| 5583057 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 04 2025 19:37:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5583054 | + | EDI: CAPITALONE.COM | Nov 05 2025 00:33:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, |

District/off: 0538-6 User: mssbad Page 2 of 3
Date Rcvd: Nov 04, 2025 Form ID: 309I Total Noticed: 44

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | Salt Lake City, UT 84130-0285 |
| 5583055 | + | EDI: CAPONEAUTO.COM | Nov 05 2025 00:33:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5583056 | + | EDI: JPMORGANCHASE | Nov 05 2025 00:33:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5583058 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Nov 04 2025 19:38:00 | DLL Finance LLC, Attn: Bankruptcy, 8001 Birchwood Ct, Johnston, IA 50131-2889 |
| 5583059 | + | Email/Text: billing@docusign.com | Nov 04 2025 19:38:00 | DocuSign, 221 Main St, Ste 800, San Francisco, CA 94105-1921 |
| 5583060 | + | Email/Text: legal@easternfunding.com | Nov 04 2025 19:37:00 | Eastern Funding LLC, 213 W 35th St, Ste 2W, New York, NY 10001-0217 |
| 5583063 | | Email/Text: gcubankruptcy@greenwoodcu.org | Nov 04 2025 19:37:00 | Greenwood Credit Union, Attn: Bankruptcy, 2669 Post Rd, Warwick, RI 02886 |
| 5583064 | + | Email/Text: bankruptcy.notices@hdfsi.com | Nov 04 2025 19:37:00 | Harley Davidson, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5583065 | + | Email/Text: bankruptcy@ondeck.com | Nov 04 2025 19:38:00 | Headway, 4700 W Daybreak Pkwy, Ste 200, South Jordan, UT 84009-5133 |
| 5583067 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5583066 | | EDI: IRS.COM | Nov 05 2025 00:33:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5583069 | | Email/Text: camanagement@mtb.com | Nov 04 2025 19:37:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5583071 | + | EDI: NFCU.COM | Nov 05 2025 00:33:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5583072 | + | EDI: NFCU.COM | Nov 05 2025 00:33:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5583073 | + | Email/Text: bankruptcy@ondeck.com | Nov 04 2025 19:38:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5583074 | + | EDI: AGFINANCE.COM | Nov 05 2025 00:33:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5583076 | + | Email/Text: bankruptcynotices@sba.gov | Nov 04 2025 19:37:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5583077 | + | Email/Text: ebone.woods@usdoj.gov | Nov 04 2025 19:37:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5583078 | | Email/Text: Bankruptcy@stearnsbank.com | Nov 04 2025 19:37:00 | Stearns Bank, P.O. Box 750, Albany, MN 56307-0750 |
| 5583080 | | EDI: SYNC | Nov 05 2025 00:33:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5583081 | + | EDI: SYNC | Nov 05 2025 00:33:00 | Synchrony Bank, Po Box 965073, Orlando, FL 32896-5073 |
| 5583083 | ^ | MEBN | Nov 04 2025 19:31:07 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 34

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Nov 04, 2025 | Form ID: 309I | Total Noticed: 44 |

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Debtor Donshekie Barrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com  waccourt1@gmail.com |

TOTAL: 3

# Notice of Chapter 13 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

*Information to identify the case:*

| | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | Social Security number or ITIN    xxx–xx–0274 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _ |
| | | EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the Southern District of Mississippi | | |
| Case number:  **25–51624–KMS** | | Date case filed for chapter  **13    10/30/25** |

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donshekie Barrett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5043 Fairbury Way<br>Diberville, MS 39540 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone 601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Warren A. Cuntz T1 Jr.<br>P. O. Box 3749<br>Gulfport, MS 39505–3749 | Contact phone 228–831–9531<br>Email wcuntzcourt@gport13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br>**Contact phone 228–563–1790**<br><br>**Date: 11/4/25** |

**For more information, see page 2**

| | | |
|---|---|---|
| Official Form 309I | **Notice of Chapter 13 Bankruptcy Case (Rev. 12/17)** | page 1 |

Debtor **Donshekie Barrett**                                                                                            Case number **25–51624–KMS**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 12, 2025** at **09:00 AM**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Trustee: Warren A. Cuntz T1 Jr.**<br>**Zoom video meeting.**<br>**Go to zoom.us/join, enter Meeting ID 846 854 1179 and Passcode 2798980867 , OR call 228–284–4805.**<br><br>**For additional meeting information go to www.justice.gov/ust/moc** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/10/26** |
| | **Deadline for all creditors to file a proof of claim:**<br>(except governmental units) | **Filing deadline: 1/8/26** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/28/26** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9.  Filing of plan** | Miss. Bankr. L.R. 3015–1(d) requires the debtor to serve a copy of the plan and related notice on the Trustee, the US Trustee, and all creditors. The plan may contain a motion for valuation of security and/or a motion to avoid lien. <u>Any objection</u> to the plan or to any motion contained therein <u>shall be in writing and filed with the Clerk of Court</u> on or before **February 5, 2026**. Objections will be heard on **February 12, 2026** at **10:00 AM** in the Dan M. Russell, Jr. U.S. Courthouse, Bankruptcy Courtroom, 7th Floor, 2012 15th Street, Gulfport, MS 39501, unless otherwise ordered by the court. If no objection is timely filed, the plan may be confirmed without a hearing. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |