**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:     Donshekie Barrett, Debtor                    Case No. 25-51624-KMS
                                                        **CHAPTER 13**

**NOTICE OF MOTION TO PARTIALLY AVOID JUDICIAL LIEN**

    YOU ARE HEREBY NOTIFIED that a Motion to void the Judgment Lien of Pac Western Financial, LLC has been filed on behalf of Donshekie Barrett.

    YOU ARE HEREBY FURTHER NOTIFIED that TWENTY-ONE (21) DAYS from the date this Notice is granted, a written objection or other responsive pleading must be filed with the Clerk, U.S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran United States Courthouse, 501 E. Court St., Suite 2.300, Jackson, MS 39201; and with the undersigned attorney for the Trustee at the address listed below. If no objections are filed, the Court may consider this matter EX PARTE. Should objections be filed, a hearing will be held on the aforesaid Motion at a date to be later determined by the Court.

Date: November 21, 2025     Signature:  /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                        Jennifer A Curry Calvillo (MSBN 104367)
                                        The Rollins Law Firm, PLLC
                                        PO Box 13767
                                        Jackson, MS 39236
                                        601-500-5533
                                        trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                              Case No. 25-51624-KMS
                                                                                              CHAPTER 13

**MOTION PARTIALLY AVOIDING JUDICIAL LIEN**

COMES NOW, Debtor, by and through counsel, pursuant to 11 U.S.C. §522(f) and Bankruptcy Rule 4003(d), and files this his Motion to void the Judgment Lien of Pac Western Financial, LLC ("Respondent"), and in support thereof, would show the Court as follows:

I.

Debtor commenced this proceeding under Chapter 13 of the Bankruptcy Code on 10/30/2025.

II.

That the Debtor has a Judgment Lien against him obtained by Pac Western Financial, LLC entered in the County Court of the Second Judicial District of Harrison County, Mississippi, in the amount of $108,975.63 enrolled in the Judgement Roll maintained by the County Clerk of Harrison County and filed under case number D2402-25-796, on his homestead located at 3586 Sangani Boulevard, Suite 307, D'Iberville, Harrison County, Mississippi 39540, being more fully described as follows:

> Lot 44, Windmill Ridge Subdivision, Phase One, Part One, a
> subdivision according to the official map or plat thereof on file and
> of record in the Office of the Chancery Clerk of the Second
> Judicial District of Harrison County, Mississippi, in Plat Book 33
> at Page 29 - 35, thereof, reference to which is hereby made in aid
> of and as a part of this description.

III.

That the Debtor seeks an Order from this Court voiding the judgment listed in Paragraph II. above to the extent it is a lien against his homestead and impairs the debtor's right to claim his homestead exemption pursuant to §85-3-21, Mississippi Code of 1972.

WHEREFORE, Debtor respectfully requests that this Court enter an order voiding the lien of Pac Western Financial, LLC against him which impairs his homestead exemption, and for such other relief as is deemed just.

Dated November 24, 2025

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

CERTIFICATE OF SERVICE

   I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Right to Request Hearing and Motion to Partially Avoid Lien was forwarded on November 24, 2025, to:

By First Class U.S. Mail, Postage Prepaid:

  Pac Western Financial, LLC
  P.O. Box 1726
  Draper, UT 84020

  J. Andrew Hammond
  P.O. Box 6005
  Ridgeland, MS 39158

By Electronic CM/ECF Notice:

  Case Trustee
  U.S. Trustee

              /s/ Thomas C. Rollins, Jr.
              Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624-KMS

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

Chapter: 13

On 11/24/2025, I did cause a copy of the following documents, described below,

Notice and Motion to Avoid Lien

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/24/2025

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-51624-KMS |
|---|---|
| Donshekie Barrett | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13 |

On 11/24/2025, a copy of the following documents, described below,

Notice and Motion to Avoid Lien

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/24/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS                             FIRST CLASS

PAC WESTERN FINANCIAL, LLC              J. ANDREW HAMMOND
P.O. BOX 1726                           P.O. BOX 6005
DRAPER  UT 84020                        RIDGELAND MS 39158
```