### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor                               Case No. 25-51624-KMS
                                                                                       **CHAPTER 13**

**ORDER PARTIALLY AVOIDING JUDICIAL LIEN**

The above-styled and numbered cause having come on for hearing on the motion [Dkt. No.    ] of the debtor to avoid the fixing of the judicial lien (judgment) of Pac Western Financial, LLC on exempt property of the debtor and the Court, having considered the motion and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1.    Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the County Court of the Second Judicial District of Harrison County, Mississippi, in the amount of $108,975.63 enrolled in the Judgement Roll maintained by the County Clerk of Harrison County and filed under case number D2402-25-796, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b) and to the extent it impairs the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21 (1972) and 11 U.S.C. § 522(b), said homestead being located at

3586 Sangani Boulevard, Suite 307, D'Iberville, Harrison County, Mississippi 39540, being more fully described as follows:

> Lot 44, Windmill Ridge Subdivision, Phase One, Part One, a subdivision according to the official map or plat thereof on file and of record in the Office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 33 at Page 29 - 35, thereof, reference to which is hereby made in aid of and as a part of this description.

2. A certified copy of this Order is to be filed in the land records of Harrison County, Mississippi, and the Chancery Clerk is requested to index this order in the direct and sectional index under the name of Donshekie Barrett (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

3. The County Clerk of Harrison County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Pac Western Financial, LLC filed as case number D2402-25-796 has been PARTIALLY CANCELED by this Order, and a certified copy of the Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

4. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

#END OF ORDER#

AGREED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
ATTORNEY FOR DEBTOR(S)