## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor          Case No. 25-51624-KMS
                                                                           CHAPTER 13

### NOTICE OF OBJECTON TO CLAIM

**You are herby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case. Your claim may be reduced, modified, or eliminated. If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Danny L. Miller
P.O. Box 2448
Jackson, MS 39225-2448

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice. In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, January 22, 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Donshekie Barrett, Debtor                     Case No. 25-51624-KMS
                                                     CHAPTER 13

**OBJECTON TO PROOF OF CLAIM # 31 AS FILED BY
STEARNS BANK NATIONAL ASSOCIATION**

COMES NOW Debtor, by and through counsel, and files this Objection to Proof of Claim # 31 as filed by Stearns Bank National Association on or about January 8, 2026 in the amount of $161,556.73.

1. The Proof of Claim asserts the full contract balance under a guaranty while the lender's recovery is presently being pursued from collateral owned by the principal obligor in the related Chapter 7 case.

2. Whatever the face amount of the guaranty, the amount that is properly payable in this Chapter 13 case on account of any deficiency remains unliquidated and contingent because it cannot be calculated until the collateral is actually disposed of and the net proceeds are applied to the debt as required by Mississippi's UCC (which calculates any "surplus or deficiency following a disposition" and requires an accounting reflecting the obligations after deduction of proceeds).

3. Accordingly, to prevent improper administration and the risk of double recovery, the Court should estimate the deficiency component of the claim at $0.00 for purposes of plan distributions unless and until the creditor completes a commercially reasonable disposition, applies the proceeds, and files an amended claim stating the specific deficiency and credits. That said Proof of Claim should be disallowed as filed.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
    Thomas C. Rollins, Jr.
    Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on January 22, 2026 to:

By first class mail, postage pre-paid:

Stearns Bank National Association
c/o Bankruptcy Department
P.O. Box 750
Albany, MN 56307

By Electronic CM/ECF Notice:

Chapter 13 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>Donshekie Barrett | CASE NO: 25-51624<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/22/2026, I did cause a copy of the following documents, described below,

Notice and Objection to Proof of Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

Chapter: 13

On 1/22/2026, a copy of the following documents, described below,

Notice and Objection to Proof of Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/22/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

```
FIRST CLASS

STEARNS BANK NATIONAL ASSOCIATION
C/O BANKRUPTCY DEPARTMENT
P.O. BOX 750
ALBANY   MN 56307
```