# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Donshekie Barrett, Debtor                           Case No. 25-51624-KMS
                                                               CHAPTER 13

## ORDER DISALLOWING PROOF OF CLAIM # 7 AS FILED BY AMUR EQUIPMENT FINANCE

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 7 as Filed by Amur Equipment Finance (DK #___), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 7 as filed by Amur Equipment Finance is granted, and further, Proof of Claim # 7 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com