IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| DONSHEKIE BARRETT | CASE NO:25-51624-KMS |

## ENTRY OF APPEARANCE AND REQUEST FOR COPIES

Jim F. Spencer, Jr. of the law firm of Watkins & Eager PLLC, Post Office Box 650, Jackson, Mississippi 39205, enters his appearance as counsel for Keystone Equipment Finance Corp.

Respectfully submitted this 2nd day of February, 2026.

                KEYSTONE EQUIPMENT FINANCE CORP

                By: /s/ Jim F. Spencer, Jr.
                    Jim F. Spencer, Jr., Its Attorney

OF COUNSEL
JIM F. SPENCER, JR. (MSB#7736)
ERIN A. MCMANUS (MSB #106317)
WATKINS & EAGER PLLC
P.O. BOX 650
JACKSON, MISSISSIPPI 39205
(601) 965-1900
jspencer@watkinseager.com

## CERTIFICATE OF SERVICE

I, Jim F. Spencer, Jr., do hereby certify that I have caused to be served the above and for going pleading on all parties requesting notice by using the ECF filing system of the court:

    United States Trustee - USTPRegion05.JA.ECF@usdoj.gov
    Warren A. Cuntz, Jr. – wcuntzcourt@gport13.com
    Thomas Carl Rollins, Jr. – trollins@therollinsfirm.com

This 2nd day of February, 2026.

                /s/ Jim F. Spencer, Jr.
                  Jim F. Spencer, Jr.