MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re: DONSHEKIE BARRETT

Case No.: 25-51624 KMS

Debtor(s)

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, KEYSTONE EQUIPMENT FINANCE CORP, a

[Name of Corporate Party]

[Check One]

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> COMMERCIAL CREDIT, INC. owns 100% of KEYSTONE EQUIPMENT FINANCE CORP.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 02/02/2026

Attorney Signature

Jim F. Spencer, Jr
Attorney Name

7736
State Bar Number

P.O. Box 650
Address

Jackson MS 39205
City, State, and Zip Code

601-965-1900
Telephone Number

jspencer@watkinseager.com
Email Address

Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.