IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                    Case No. 25-51624-KMS
                                                      CHAPTER 13

## MOTION TO CONVERT CASE TO SUBCHAPTER V OF CHAPTER 11

COMES NOW the Debtor, Donshekie Barrett, by and through counsel, and pursuant to 11 U.S.C. §§ 1307(d) and 1112(a), respectfully moves this Court to convert this case from a case under Chapter 13 to a case under Subchapter V of Chapter 11 of the Bankruptcy Code, and in support thereof would show:

1. Debtor commenced this case on October 30, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. A Chapter 13 plan has been filed in this case but has not been confirmed.
3. The Debtor's financial circumstances have evolved such that reorganization under Chapter 13 is no longer feasible or in the Debtor's best interest.
4. The Debtor is engaged in business activities and qualifies as a "small business debtor" as defined in 11 U.S.C. § 1182.
5. The Debtor elects to proceed under Subchapter V of Chapter 11 pursuant to 11 U.S.C. § 1181(a).
6. Conversion of this case to Subchapter V of Chapter 11 will allow the Debtor to propose and confirm a plan of reorganization consistent with the Debtor's current financial realities and in a manner that maximizes return to creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Order converting this case from Chapter 13 to a case under Subchapter V of Chapter 11, and for such other and further relief as is just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Convert was uploaded on February 13, 2026 to CM/ECF. The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

                                /s/ Thomas C. Rollins, Jr.
                                Thomas C. Rollins, Jr.