## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor　　　　　　　Case No. 25-51624-KMS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13

### ORDER CONVERTING CASE TO SUBCHAPTER V OF CHAPTER 11

**THIS MATTER** came before the Court on the Motion to Convert Case to Subchapter V of Chapter 11 filed by the Debtor, Donshekie Barrett (the "Debtor"). The Court, having considered the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that this case is hereby converted from a case under Chapter 13 of the Bankruptcy Code to a case under Chapter 11. The Debtor has elected to proceed under Subchapter V of Chapter 11 pursuant to 11 U.S.C. § 1181(a), and this case shall proceed as a Subchapter V case. The Clerk shall update the docket to reflect that this is a case under Chapter 11, Subchapter V. All Further proceedings in this case shall be governed by the applicable provisions of Chapter 11 and Subchapter V of the Bankruptcy Code.

## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533