IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                    Case No. 25-51624-KMS
                                                      CHAPTER 13

## NOTICE

Debtor has filed a Motion to Convert their Chapter 13 Bankruptcy Plan. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Convert

Date: February 13, 2026       Signature:   /s/ Thomas C. Rollins, Jr.
                                           Thomas C. Rollins, Jr. (MSBN 103469)
                                           Jennifer Ann Curry Calvillo (MSBN 104367)
                                           The Rollins Law Firm, PLLC
                                           P.O. Box 13767
                                           Jackson, MS 39236

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor                    Case No. 25-51624-KMS
                                                                               CHAPTER 13

## MOTION TO CONVERT CASE TO SUBCHAPTER V OF CHAPTER 11

COMES NOW the Debtor, Donshekie Barrett, by and through counsel, and pursuant to 11 U.S.C. §§ 1307(d) and 1112(a), respectfully moves this Court to convert this case from a case under Chapter 13 to a case under Subchapter V of Chapter 11 of the Bankruptcy Code, and in support thereof would show:

1. Debtor commenced this case on October 30, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. A Chapter 13 plan has been filed in this case but has not been confirmed.
3. The Debtor's financial circumstances have evolved such that reorganization under Chapter 13 is no longer feasible or in the Debtor's best interest.
4. The Debtor is engaged in business activities and qualifies as a "small business debtor" as defined in 11 U.S.C. § 1182.
5. The Debtor elects to proceed under Subchapter V of Chapter 11 pursuant to 11 U.S.C. § 1181(a).
6. Conversion of this case to Subchapter V of Chapter 11 will allow the Debtor to propose and confirm a plan of reorganization consistent with the Debtor's current financial realities and in a manner that maximizes return to creditors.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that this Court enter an Order converting this case from Chapter 13 to a case under Subchapter V of Chapter 11, and for such other and further relief as is just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

      I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Motion to Convert was uploaded on February 13, 2026 to CM/ECF.   The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

                                                /s/ Thomas C. Rollins, Jr.
                                                Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 2/13/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Convert

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/13/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br>DONSHEKIE BARRETT | CASE NO: 25-51624<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 13 |

On 2/13/2026, a copy of the following documents, described below,

Notice and Motion to Convert

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/13/2026

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-51624<br>SOUTHERN DISTRICT OF MISSISSIPPI<br>FRI FEB 13 9-26-52 PST 2026 | ALLY BANK  CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMUR EQUIPMENT FINANCE<br>304 W 3RD ST<br>GRAND ISLAND  NE 68801-5941 |
| BMW BANK OF NORTH AMERICA  CO AIS PORTFOLIO<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EASTERN FUNDING LLC DBA SPECIALTY VEHICLE<br>CO TIMOTHY J ANZENBERGER<br>ADAMS  REESE  LLP<br>1018 HIGHLAND COLONY PARKWAY  SUITE 800<br>RIDGELAND  MS 39157-2057 |
| KEYSTONE EQUIPMENT FINANCE CORP<br>525 N TRYON ST STE 1000<br>CHARLOTTE  NC 28202-0210 | EXCLUDE<br>(U)MT BANK | MIDLAND STATES BANK<br>ORION FIRST FINANCIAL CO L GINO MARCHE<br>2908 POSTON AVENUE<br>NASHVILLE  TN 37203-1309 |
| PAC WESTERN FINANCIAL  LLC<br>PO BOX 1726<br>DRAPER  UT 84020-1726 | (P)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 | SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| EXCLUDE<br>US BANKRUPTCY COURT<br>DAN M RUSSELL  JR US COURTHOUSE<br>2012 15TH STREET  SUITE 244<br>GULFPORT  MS 39501-2036 | AMUR<br>PO BOX 2555<br>GRAND ISLAND  NE 68802-2555 | ALLY<br>PO BOX 9001951<br>LOUISVILLE  KY 40290-1951 |
| ALLY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | EXCLUDE<br>(D)ALLY BANK CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | AMERICAN EXPRESS<br>PO BOX 981537<br>EL PASO  TX 79998-1537 |
| AMERICAN EXPRESS NATIONAL BANK<br>CO BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | AMEX<br>PO BOX 981535<br>EL PASO  TX 79998-1535 | EXCLUDE<br>(U)AMUR EQUIPMENT FINANCE 304 W 3RD ST GRAND IS |
| (P)ASCENTIUM CAPITAL<br>ATTN BANKRUPTCY<br>23970 US 59 NORTH<br>KINGWOOD TX 77339-1535 | ATOB<br>1 EMBARCADERO CTR<br>STE 1200<br>SAN FRANCISCO  CA 94111-3617 | BMW<br>PO BOX 78066<br>PHOENIX  AZ 85062-8066 |
| BMW BANK OF NORTH AMERICA<br>CO AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | BMW BANK OF NORTH AMERICA DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | BANK OF AMERICA<br>ATTN BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA  FL 33634-2413 |

| | | |
|---|---|---|
| BANK OF AMERICA<br>ATTN BANKRUPTCY<br>POB 26012<br>GREENSBORO   NC 27420-6012 | BANK OF AMERICA   NA<br>PO BOX 31785<br>TAMPA   FL 33631-3785 | CADENCE BANK<br>2910 W JACKSON ST<br>TUPELO   MS 38801-6799 |
| CAPITAL ONE<br>ATTN BANKRUPTCY<br>PO BOX 30285<br>SALT LAKE CITY   UT 84130-0285 | CAPITAL ONE AUTO<br>ATTN BANKRUPTCY<br>7933 PRESTON RD<br>PLANO   TX 75024-2359 | CAPITAL ONE AUTO FINANCE   A DIVISION OF<br>CAPITAL ONE   NA DEPARTMENT<br>AIS PORTFOLIO SERVICES   LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY   OK 73118-7901<br><br>~~EXCLUDE~~ |
| CHASE AUTO FINANCE<br>ATTN BANKRUPTCY<br>700 KANSAS LANE<br>MONROE   LA 71203-4774 | (P)CITIZENS BANK N A<br>ATTN BANKRUPTCY TEAM<br>ONE CITIZENS BANK WAY<br>JCA115<br>JOHNSTON RI 02919-1922 | ~~(D)(P)CITIZENS BANK N A~~<br>~~ATTN BANKRUPTCY TEAM~~<br>~~ONE CITIZENS BANK WAY~~<br>~~JCA115~~<br>~~JOHNSTON RI 02919-1922~~ |
| DLL FINANCE LLC<br>ATTN BANKRUPTCY<br>8001 BIRCHWOOD CT<br>JOHNSTON   IA 50131-2889 | DOCUSIGN<br>221 MAIN ST<br>STE 800<br>SAN FRANCISCO   CA 94105-1921 | EASTERN FUNDING LLC<br>213 W 35TH ST<br>STE 2W<br>NEW YORK   NY 10001-0217 |
| EASTERN FUNDING   LLC<br>CO TIMOTHY J ANZENBERGER<br>ADAMS   REESE   LLP<br>1018 HIGHLAND COLONY PKWY   SUITE 800<br>RIDGELAND   MS 39157-2057<br><br>~~EXCLUDE~~<br>~~(D)(P)FIRST NATIONAL BANK OF OMAHA~~<br>~~1601 DODGE ST~~<br>~~STOP CODE 3113~~<br>~~OMAHA NE 68102-1637~~ | FIRST COMMERCE OF AMER<br>155 B AVE   300<br>CHAPEL HILL   TN 37034<br><br><br><br><br>(P)GREENWOOD CREDIT UNION<br>ATTN BANKRUPTCY<br>2700 POST RD<br>WARWICK RI 02886-3003 | (P)FIRST NATIONAL BANK OF OMAHA<br>1601 DODGE ST<br>STOP CODE 3113<br>OMAHA NE 68102-1637<br><br><br><br>HARLEY DAVIDSON<br>ATTN BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY   NV 89721-2048 |
| HARLEYDAVIDSON CREDIT CORP<br>PO BOX 9013<br>ADDISON   TEXAS 75001-9013 | HEADWAY<br>4700 W DAYBREAK PKWY<br>STE 200<br>SOUTH JORDAN   UT 84009-5133 | (P)HEADWAY CAPITAL<br>175 W JACKSON BLVD SUITE 1000<br>CHICAGO IL 60604-2863 |
| INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | INTERNAL REVENUE SERVI<br>CO US ATTORNEY<br>501 EAST COURT ST<br>STE 4430<br>JACKSON   MS 39201-5025 | JPMORGAN CHASE BANK   NA<br>NATIONAL BANKRUPTCY DEPARTMENT<br>700 KANSAS LANE   LA4- 5599<br>MONROE   LA 71203-4774<br><br>~~EXCLUDE~~ |
| JIM F SPENCER   JR<br>WATKINS   EAGER PLLC<br>FOR KEYSTONE EQUIPMENT FINANCE CORP<br>POST OFFICE BOX 650<br>JACKSON   MS 39205-0650 | KEYSTONE EFC<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD   CT 06110-1670 | ~~(D)KEYSTONE EQUIPMENT FINANCE CORP~~<br>~~525 N TRYON ST STE 1000~~<br>~~CHARLOTTE   NC 28202-0210~~ |

| | EXCLUDE | |
|---|---|---|
| (P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | (D)(P)MT BANK<br>LEGAL DOCUMENT PROCESSING<br>626 COMMERCE DRIVE<br>AMHERST NY 14228-2307 | MIDLAND STATES BANK<br>ORION FIRST FINANCIAL<br>CO GINO MARCHETTI  JR<br>2908 POSTON AVENUE<br>NASHVILLE  TN 37203-1309 |
| NAVY FCU<br>ATTN  BANKRUPTCY<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 | NAVY FEDERAL CU<br>ATTN BANKRUPTCY<br>PO BOX 3302<br>MERRIFIELD  VA 22119-3302 | NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD  VA 22119-3000 |
| EXCLUDE<br>(D)NAVY FEDERAL CREDIT UNION<br>PO BOX 3000<br>MERRIFIELD  VA  22119-3000 | ODK CAPITAL LLC<br>4700 W DAYBREAK PKWY  STE 200<br>SOUTH JORDAN UT 84009-5133 | ON DECK<br>4700 W  DAYBREAK PKWY<br>SOUTH JORDAN  UT 84009-5133 |
| ONEMAIN FINANCIAL GROUP  LLC<br>PO BOX 3251<br>EVANSVILLE  IN 47731-3251 | ONEMAIN<br>PO BOX 1010<br>EVANSVILLE  IN 47706-1010 | PACWESTERN<br>222 S MAIN ST 5TH FL<br>SALT LAKE CIT  UT 84101-2185 |
| SBA<br>801 TOM MARTIN DR<br>STE 210<br>BIRMINGHAM  AL 35211-6426 | SBA<br>CO US ATTORNEYS OFFI<br>501 E COURT ST<br>STE 4430<br>JACKSON  MS 39201-5025 | EXCLUDE<br>(D)(P)STEARNS BANK NATIONAL ASSOCIATION<br>ATTN LEGAL DEPARTMENT<br>4191 2ND STREET SOUTH<br>ST CLOUD MN 56301-3761 |
| STEPHEN B ELGGREN<br>PO BOX 1726<br>DRAPER  UT 84020-1726 | SYNCHRONY<br>ATTN BANKRUPTCY<br>PO BOX 955060<br>ORLANDO  FL 32896-5060 | SYNCHRONY BANK<br>PO BOX 965073<br>ORLANDO  FL 32896-5073 |
| SYNCHRONY BANK DEPARTMENT<br>AIS PORTFOLIO SERVICES  LLC<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | SYNCHRONY BANK CO AIS PORTFOLIO SERVICES  L<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 | TIMOTHY J ANZENBERGER<br>ADAMS AND REESE LLP<br>FOR EASTERN FUNDING LLC DBA SPECIALTY<br>1018 HIGHLAND COLONY PARKWAY  SUITE 800<br>RIDGELAND  MS 39157-2057 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON  DC 20530-0001 | UNISOURCE CAPITAL<br>214 CANTON RD<br>STE 1<br>CUMMING  GA 30040-2370 | UNISOURCE CAPITAL<br>COHN  DUSSI  LLC<br>255 STATE STREET SUITE 7B<br>BOSTON  MA 02109-2613 |
| EXCLUDE<br>UNITED STATES TRUSTEE<br>501 EAST COURT STREET<br>SUITE 6-430<br>JACKSON  MS 39201-5022 | DEBTOR<br>DONSHEKIE BARRETT<br>5043 FAIRBURY WAY<br>DIBERVILLE  MS 39540-1000 | THOMAS CARL ROLLINS JR<br>THE ROLLINS LAW FIRM  PLLC<br>PO BOX 13767<br>JACKSON  MS 39236-3767 |

```
(P)WARREN A  CUNTZ  T1 JR
PO BOX 3749
GULFPORT MS 39505-3749
```