**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE: Donshekie Barrett, Debtor    Case No. 25-51624-KMS
                                    CHAPTER 13

**AGREED ORDER ON AMENDED OBECTION TO PROOF OF CLAIM# 3**

This matter came on for consideration of the Debtor's Amended Objection to Proof of Claim No. 3 filed by Midland States Bank. The parties having conferred and the Court being otherwise advised, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

Midland States Bank's claim includes a deficiency component dependent upon the disposition of collateral owned by the principal obligor. Until such collateral is disposed of in a commercially reasonable manner and the proceeds are applied, the deficiency portion of the claim remains unliquidated and contingent.

Midland States Bank shall, within thirty (30) days of entry of this Order, file an Amended Proof of Claim including: a complete payment history from loan inception through the petition date; an amortization schedule reflecting; a detailed accounting showing the application of each payment; and an itemization of all interest, fees, and charges included in the claim.

Pending (a) disposition of the collateral and application of proceeds, and (b) filing and review of the accounting, Proof of Claim No. 3 shall be temporarily allowed for Chapter 13 plan purposes in the amount of $200,000.00, subject to further adjustment.

Upon completion of the collateral disposition and accounting, the parties shall confer in good faith to determine the correct allowed amount of the claim. If the parties are unable to resolve the amount, either party may request a hearing for the Court to determine the allowed claim. All rights of the Debtor, Trustee, and other parties in interest to further object to or seek estimation of the claim are expressly preserved.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com