_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                        Case No. 25-51624-KMS
                                                          CHAPTER 13

**ORDER DISALLOWING PROOF OF CLAIM # 7 AS FILED BY AMUR EQUIPMENT FINANCE**

THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 7 as Filed by Amur Equipment Finance (DK # 31), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 7 as filed by Amur Equipment Finance is granted, and further, Proof of Claim # 7 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com