_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                    Case No. 25-51624-KMS
                                                                                  CHAPTER 13

### ORDER WITHDRAWING AMENDED OBECTION TO PROOF OF CLAIM# 3

This matter came on for consideration of the Debtor's Amended Objection to Proof of Claim No. 3 filed by Midland States Bank (Dk # 42). The parties having conferred and the Court being otherwise advised, it is hereby the Motion is hereby withdrawn.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com