United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51624-KMS
Donshekie Barrett     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Mar 02, 2026     Form ID: pdf012     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**    **Definition**
+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: Bankruptcy@stearnsbank.com | Mar 02 2026 19:53:00 | Stearns Bank National Association, c/o Bankruptcy Department, P.O. Box 750, Albany, MN 56307 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jim F. Spencer, Jr. | on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com mryan@watkinseager.com |
| Michael J McCormick | on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Donshekie Barrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Mar 02, 2026 | Form ID: pdf012 | Total Noticed: 2 |

        nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger

        on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee

        USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

        wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

_____



     SO ORDERED,

Judge Katharine M. Samson  
United States Bankruptcy Judge  
Date Signed: March 2, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor          Case No. 25-51624-KMS  
                                                                  CHAPTER 13

## ORDER DISALLOWING PROOF OF CLAIM # 31 AS FILED BY STEARNS BANK NATIONAL ASSOCIATION

     THIS CAUSE having come on this date on the Debtor's Objection to Proof of Claim # 31 as Filed by Stearns Bank National Association (DK # 29), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

     IT IS THEREFORE ORDERED that the Objection to Proof of Claim # 31 as filed by

     Stearns Bank National Association is granted, and further, Proof of Claim # 31 is hereby disallowed as filed.

###END OF ORDER###

Prepared by:  
/s/ Thomas C. Rollins, Jr.  
Thomas C. Rollins, Jr. (MSBN 103469)  
Jennifer A Curry Calvillo (MSBN 104367)  
The Rollins Law Firm  
P.O. Box 13767  
Jackson, MS 39236  
601.500.5333  
trollins@therollinsfirm.com