_____



    **SO ORDERED,**

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 9, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**    **Donshekie Barrett, Debtor**                        **Case No. 25-51624-KMS**
                                                                    **CHAPTER 13**

## ORDER WITHDRAWING OBECTION TO PROOF OF CLAIM# 13

This matter came on for consideration of the Debtor's Objection to Proof of Claim No. 13 filed by Keystone Equipment Finance Corp (Dk # 28). The Court being notified that the Motion should be withdrawn, it is ordered that the Motion is withdrawn.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com