# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

    DONSHEKIE BARRETT                  CASE NO. 25-51624-KMS

    DEBTOR.                                  CHAPTER 11

## Notice of Fee Due

**To:** Donshekie Barrett
5043 Fairbury Way
Diberville, MS 39540

On March 12, 2026 the Court entered an order granting the Debtor's request to convert the above referenced case from Chapter **13** to Chapter 11 (Dkt. # 55). Pursuant to Title 28 U.S.C. 1930(a)(7) a fee is due upon entry of the order granting the conversion.

**You must submit** the fee of $932.00 (the "outstanding fee") on or before March 23, 2026. You may remit the outstanding fee by mail or hand-deliver to: Clerk, United States Bankruptcy Court Southern District of Mississippi at: Dan M. Russell Jr. U.S. Courthouse, 2012 15th Street, Gulfport, MS 39540. Cashier checks and money orders must be made payable to "Clerk, United States Bankruptcy Court". Pursuant to Miss. Bankr. L.R. 5001-1(f) the clerk's office may not accept personal checks, debit cards, or credit cards from a debtor.

Failure to pay the outstanding fee on or before March 23, 2026 may result in additional action by the court.

**Dated:** March 12, 2026                        **Danny L. Miller, Clerk of Court**
                                                             Thad Cochran U.S. Courthouse
                                                             501 E. Court St., Ste. 2.300
                                                             Jackson, MS 39201
                                                             601-608-4600