**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**DONSHEKIE BARRETT**                                      CASE NO. 25-51624-KMS

**DEBTOR.**                                                              CHAPTER 11

**Notice of Deficiency**

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items described below be filed **immediately**.[1]

- Balance Sheet
- Statement of Operations
- Cash-Flow Statement
- Federal Income Tax Return

   **or**

- A statement *(under penalty of perjury)* that no balance sheet, statement of operations, or cash-flow statement has been prepared and no Federal tax return has been filed.

In the event, the Debtor fails to comply with this notice on or before **March 19, 2026** the Court may dismiss this case without further notice or hearing.

Dated: March 12, 2026            Danny L. Miller, Clerk of Court

By: /s/**Alexis Bradley**

Dan M. Russell, Jr. U. S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228-563-1790

---

[1] *See* 11. U.S.C. §1116(1) and 11. U.S.C. §1187 if the Debtor elected to proceed under Subchapter V.