**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**DONSHEKIE BARRETT**                            **CASE NO. 25-51624-KMS**

**DEBTOR.**                                              **CHAPTER 11**

<u>**Notice of Deficiency**</u>

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed <u>**immediately.**</u>

- **List of 20 Largest Unsecured Creditors**
- *Individual Debtor - Official Form 104*

In the event the above documents are not filed on or before **March 16, 2026**, the Court may dismiss this case without further notice or hearing.

Dated:  March 12, 2026                     Danny L. Miller, Clerk of Court

                                              By:    /s/  <u>Alexis Bradley</u>

                                              Dan M. Russell, Jr. U. S. Courthouse
                                              2012 15th Street, Suite 244
                                              Gulfport, MS 39501
                                              228-563-1790