**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

**DONSHEKIE BARRETT**                                              **CASE NO. 25-51624-KMS**

**DEBTOR.**                                                                          **CHAPTER 11**

**Notice of Deficiency**

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the item(s) described below be filed **immediately**.

- **List of Equity Security Holders**

In the event the above documents are not filed on or before **March 26, 2026** the Court may dismiss this case without further notice or hearing.

Dated:  March 12, 2026            Danny L. Miller, Clerk of Court

                                                  By: /s/Alexis Bradley

                                                  Dan M. Russell, Jr. U. S. Courthouse
                                                  2012 15th Street, Suite 244
                                                  Gulfport, MS 39501
                                                  228-563-1790