_____



SO ORDERED,

*Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: March 12, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **DONSHEKIE BARRETT** | **CASE NO: 25-51624-KMS** |

### ORDER RELEASING EARNINGS OF DEBTOR

THE ORDER **(Dkt. 11)** heretofore entered in these proceedings by which the Debtor was required to pay his/her earnings and/or income, or a portion thereof, to the following named Trustee:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED DEBTOR IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**