Generated: Mar 13, 2026 10:31AM                                                                 Page 1/1



# U.S. Bankruptcy Court

## Mississippi Southern Bankruptcy - Gulfport

Receipt Date: Mar 13, 2026 10:31AM

Thomas Rollins

| Rcpt. No: 60000918 | | Trans. Date: Mar 13, 2026 10:31AM | | | Cashier ID: #JD (3652) |
|---|---|---|---|---|---|
| **CD** | **Transaction** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| C311 | CH 13 TO CH 11 C | 25-51624-KMS | 1 | 932.00 | 932.00 |

| CD | Tender | | Amt |
|---|---|---|---|
| CC | CREDIT | | $932.00 |
| | | Total Due Prior to Payment: | $932.00 |
| | | Total Tendered: | $932.00 |
| | | Total Cash Received: | $0.00 |
| | | Cash Change Amount: | $0.00 |

**Debtor**: Donshekie Barrett

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.