| **Fill in this information to identify your case:** | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI | |
| Case number (if known) | 25-51624 | ☐ Check if this is an amended filing |

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders       12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.**

**Part 1:    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

                                                                                                       **Unsecured claim**

**1**
**Amex**
**Po Box 981535**
**El Paso, TX 79998**

What is the nature of the claim?    **Credit Card**    **$2,685.34**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
           Value of security:                                    -
           Unsecured claim

Contact
Contact phone

**2**
**Amex**
**Po Box 981535**
**El Paso, TX 79998**

What is the nature of the claim?    **Credit Card**    **$1,809.90**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
           Value of security:                                    -

Contact

Debtor 1  **Donshekie Barrett**  Case number *(if known)*  **25-51624**

Contact phone  Unsecured claim

---

**3**

**Bank of America**
**Attn: Bankruptcy**
**Pob 26012**
**Greensboro, NC 27410**

What is the nature of the claim?  **2019 Tiffin Phaeton**  **$34,645.22**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  **$243,445.22**
  Value of security:  - **$208,800.00**
Contact
  Unsecured claim  **$34,645.22**
Contact phone

---

**4**

**BMW**
**P.O. Box 78066**
**Phoenix, AZ 85062**

What is the nature of the claim?  **2024 BMW 330i 8459 miles**
**daughter drives**  **$7,030.05**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  **$47,962.05**
  Value of security:  - **$40,932.00**
Contact
  Unsecured claim  **$7,030.05**
Contact phone

---

**5**

**Capital One Auto**
**Attn: Bankruptcy**
**7933 Preston Rd**
**Plano, TX 75024**

What is the nature of the claim?  **2025 GMC Sierra 2500 5000 miles**
**debtor drives**  **$23,793.57**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  **$96,127.57**
  Value of security:  - **$72,334.00**
Contact
  Unsecured claim  **$23,793.57**
Contact phone

---

**6**

What is the nature of the claim?  **2025 Mercedes GLE 53 9700 miles**
**spouse drives**  **$12,651.53**

Debtor 1  **Donshekie Barrett**  Case number *(if known)*  **25-51624**

**Chase Auto Finance**
**Attn: Bankruptcy**
**700 Kansas Lane**
**Monroe, LA 71203**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $93,992.53
    Value of security:  - $81,341.00
    Unsecured claim  $12,651.53

Contact

Contact phone

**7**

**Citizens One**
**Attn: Bankruptcy**
**One Citizens Plaza**
**Providence, RI 02903**

What is the nature of the claim?  $2,133.24

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:  -
    Unsecured claim

Contact

Contact phone

**8**

**DLL Finance LLC**
**Attn: Bankruptcy**
**8001 Birchwood Ct**
**Johnston, IA 50131**

What is the nature of the claim?  **2024 Kioti model KL4030C tractor in business name**  $476.00

As of the date you file, the claim is: Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
■ Yes. Total claim (secured and unsecured)  $50,476.00
    Value of security:  - $50,000.00
    Unsecured claim  $476.00

Contact

Contact phone

**9**

**Fnbo Slice**
**P.o. Box 3412**
**Omaha, NE 68197**

What is the nature of the claim?  **Unsecured**  $73,149.26

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

| Debtor 1 | **Donshekie Barrett** | | Case number *(if known)* | **25-51624** |
|---|---|---|---|---|

Contact

Contact phone

☐ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                                    -
　　　Unsecured claim

---

**10**

**Greenwood Credit Union**
**Attn: Bankruptcy**
**2669 Post Rd**
**Warwick, RI 02886**

Contact

Contact phone

**What is the nature of the claim?**   **1972 Oldsmobile Cutlass 76000 miles Debtor drives**   **$1,541.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$15,311.00**
　　　Value of security:                   -  **$13,770.00**
　　　Unsecured claim                         **$1,541.00**

---

**11**

**Harley Davidson**
**Attn: Bankruptcy**
**Po Box 22048**
**Carson City, NV 89721**

Contact

Contact phone

**What is the nature of the claim?**   **2023 Harley Road Glide 2300 miles**   **$8,360.15**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   **$23,642.15**
　　　Value of security:                   -  **$15,282.00**
　　　Unsecured claim                         **$8,360.15**

---

**12**

**Internal Revenue Servi**
**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

Contact

Contact phone

**What is the nature of the claim?**   **Internal Revenue Service**   **$79,892.34**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
　　　Value of security:                                    -
　　　Unsecured claim

Debtor 1 **Donshekie Barrett**     Case number *(if known)* **25-51624**

---

**13**

**NAVY FCU**
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Contact

Contact phone

**What is the nature of the claim?**    **2025 Harley Road Glide CVO 1000 miles**    **$13,002.88**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$55,806.88**
     Value of security:   - **$42,804.00**
     Unsecured claim    **$13,002.88**

---

**14**

**NAVY FCU**
**Attn: Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Contact

Contact phone

**What is the nature of the claim?**    **Unsecured**    **$7,314.21**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   -
     Unsecured claim

---

**15**

**Navy Federal CU**
**Attn: Bankruptcy**
**Po Box 3302**
**Merrifield, VA 22119**

Contact

Contact phone

**What is the nature of the claim?**    **Credit Card**    **$1,055.02**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   -
     Unsecured claim

---

**16**

**Onemain**
**Po Box 1010**
**Evansville, IN 47706**

**What is the nature of the claim?**    **Unsecured**    **$9,514.92**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

| Debtor 1 | **Donshekie Barrett** | | Case number *(if known)* | **25-51624** |
|---|---|---|---|---|

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security: -
    Unsecured claim

Contact

Contact phone

---

**17**

**Synchrony**
**Attn: Bankruptcy**
**PO Box 955060**
**Orlando, FL 32896-5060**

**What is the nature of the claim?**    **2025 Enclosed Trailer**    **$6,009.72**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$14,009.72**
    Value of security: - **$8,000.00**
    Unsecured claim    **$6,009.72**

Contact

Contact phone

---

**18**

**Synchrony Bank**
**Po Box 965073**
**Orlando, FL 32896**

**What is the nature of the claim?**    **2023 Vanderhall Carmel GT**    **$10,124.32**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)    **$33,672.32**
    Value of security: - **$23,548.00**
    Unsecured claim    **$10,124.32**

Contact

Contact phone

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X **/s/ Donshekie Barrett**
   **Donshekie Barrett**
   Signature of Debtor 1

X _____
   Signature of Debtor 2

Date **March 13, 2026**

Date _____