United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51624-KMS |
| Donshekie Barrett | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Mar 12, 2026 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

**Recip ID        Recipient Name and Address**
db           +  Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2026            Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name**                **Email Address**

Jim F. Spencer, Jr.
              on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com  mryan@watkinseager.com

Michael J McCormick
              on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
              on behalf of Debtor Donshekie Barrett trollins@therollinsfirm.com
              jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
              on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com  amy.nichols@arlaw.com

United States Trustee
              USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6 User: mssbad Page 2 of 2
Date Rcvd: Mar 12, 2026 Form ID: pdf012 Total Noticed: 1

Warren A. Cuntz T1, Jr.
                    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

_____



SO ORDERED,

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: March 12, 2026

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                Case No. 25-51624-KMS
                                                                                  CHAPTER 13

### ORDER CONVERTING CASE TO SUBCHAPTER V OF CHAPTER 11 (Dkt. #40)

THIS MATTER came before the Court on the Motion to Convert Case to Subchapter V of Chapter 11 filed by the Debtor, Donshekie Barrett (the "Debtor"). The Court, having considered the Motion and being otherwise fully advised in the premises, finds that the Motion is well taken and should be granted.

**IT IS THEREFORE ORDERED** that this case is hereby converted from a case under Chapter 13 of the Bankruptcy Code to a case under Chapter 11. The Debtor has elected to proceed under Subchapter V of Chapter 11 pursuant to 11 U.S.C. § 1181(a), and this case shall proceed as a Subchapter V case. The Clerk shall update the docket to reflect that this is a case under Chapter 11, Subchapter V. All Further proceedings in this case shall be governed by the applicable provisions of Chapter 11 and Subchapter V of the Bankruptcy Code.

## END OF ORDER ##

Approved and Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533