United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-51624-KMS
Donshekie Barrett     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6     User: mssbad     Page 1 of 2
Date Rcvd: Mar 12, 2026     Form ID: pdf012     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2026     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2026 at the address(es) listed below:

**Name**     **Email Address**

Jim F. Spencer, Jr.
    on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com mryan@watkinseager.com

Michael J McCormick
    on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com

Thomas Carl Rollins, Jr
    on behalf of Debtor Donshekie Barrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger
    on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6  User: mssbad  Page 2 of 2
Date Rcvd: Mar 12, 2026  Form ID: pdf012  Total Noticed: 1

Warren A. Cuntz T1, Jr.
                        wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT                                CASE NO. 25-51624-KMS

DEBTOR.                                                         CHAPTER 11

**Notice of Deficiency**

To the Debtor and his attorney, if any:

For this case to be administered, it is necessary that the items(s) described below be filed **immediately**.

- **List of 20 Largest Unsecured Creditors**
  - *Individual Debtor - Official Form 104*

In the event the above documents are not filed on or before **March 16, 2026**, the Court may dismiss this case without further notice or hearing.

Dated:  March 12, 2026                    Danny L. Miller, Clerk of Court

                                                               By:   /s/  Alexis Bradley

                                                               Dan M. Russell, Jr. U. S. Courthouse
                                                               2012 15th Street, Suite 244
                                                               Gulfport, MS 39501
                                                               228-563-1790