**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:         **DONSHEKIE BARRETT**                    CASE NO.    **25-51624-KMS**

              **DEBTOR(S)**                              CHAPTER    **11**

---

**NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE**

---

PURSUANT to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following

qualified individual as Subchapter V trustee in the above-captioned case:

Kimberly Strong
1052 Highland Colony Parkway
Suite 100
Ridgeland, MS 39157
Telephone: 601-605-0542
E-mail: kstrong@hrkcpa.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation

is attached to this notice.

DATED, this the <u>19th</u> day of March, 2026.

DAVID W. ASBACH
Acting United States Trustee
Region 5, Judicial Districts of
Louisiana and Mississippi

By:    <u>/s/Steven D. Usry</u>
       STEVEN D. USRY

STEVEN D. USRY (MSB #100922)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 EAST COURT STREET, SUITE 6-430
JACKSON, MISSISSIPPI  39201
TEL: (601) 965-5247
EMAIL: steven.usry@usdoj.gov

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION**

IN RE: DONSHEKIE BARRETT                        **CASE NO. 25-51624-KMS**

     Debtor(s)                                       **CHAPTER 11**

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a)    am not a creditor, equity security holder or insider of the debtor;

(b)    am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c)    do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $250, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to Fed. R. Bankr. P. 2008.

Dated: March 19, 2026

                                                       _____
                                                       Kimberly Strong
                                                       1052 Highland Colony Parkway
                                                      Suite 100
                                                       Ridgeland, MS 39157
                                                       Telephone: (601) 605-0542
                                                       E-mail: kstrong@hrkcpa.com