**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**          **Case No. 25-51624-KMS**
                                                                                **CHAPTER 11**

**STATEMENT REGARDING NON-EXISTENCE OF CERTAIN BUSINESS**
**DOCUMENTS**

COMES NOW the Debtor, Donshekie Barrett, by counsel, and files this Statement pursuant to 11 U.S.C. § 1116(1) and Fed. R. Bankr. P. 1007(b)(1), and would respectfully show the Court as follows:

1. The above-styled case was filed as a Chapter 11 Subchapter V case.

2. Pursuant to 11 U.S.C. § 1116(1), a debtor is required to file certain existing business documents, including a balance sheet, statement of operations, cash-flow statement, and most recent federal income tax return, or a statement explaining why such documents do not exist.

3. The Debtor does not maintain a balance sheet or cash-flow statement in the ordinary course of business.

4. Accordingly, no such documents exist and therefore cannot be filed with the Court.

5. To the extent additional business documents exist that are required by §1116(1), they will be filed or made available as required.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above Statement was uploaded on March 20, 2026  to CM/ECF.   The case trustee and U.S. Trustee will receive electronic notice from CM/ECF because they are registered to receive notices in this case.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.