## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:    Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                                    **CHAPTER 11**

### <u>NOTICE</u>

Debtor has filed an Application with the court to Employ Counsel. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.

You must also mail a copy to Debtor's attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Application.

Date: March 25, 2026                    Signature:    <u>/s/ Thomas C. Rollins, Jr.</u>
                                                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                                                            Jennifer A Curry Calvillo (MSBN 104367)
                                                                            The Rollins Law Firm, PLLC
                                                                            P.O. Box 13767
                                                                            Jackson, MS 39236
                                                                            601-500-5533
                                                                            trollins@therollinsfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                      **CHAPTER 11**

### <u>APPLICATION OF DEBTOR IN POSSESSION TO EMPLOY COUNSEL</u>

COMES NOW, Donshekie Barrett (the "Debtor"), by and through the undersigned counsel, pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014, and hereby respectfully moves this Court to approve the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession. In support of this application, the Debtor states as follows:

1. On October 30, 2025, the Debtor filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Mississippi and converted to Chapter 11 on March 12, 2026.

2. The Debtor wishes to employ Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as its attorney in this Chapter 11 case.

3. The professional services to be rendered by Mr. Rollins include, but are not limited to, advising the Debtor on all matters which are now anticipated to arise in the functioning of this proceeding.

4. Mr. Rollins is competent to represent the Debtor in all matters which are now anticipated to arise in the functioning of this proceeding.

5. To the best of the Debtor's knowledge, Mr. Rollins has no adverse interest to the Debtor or the estate and has no connection with the creditors or other parties in interest or their respective attorneys.

6. The proposed terms of employment for Mr. Rollins are as follows:

    a. Thomas Rollins' hourly rate is $360 per hour;

    b.   Jennifer Calvillo's hourly rate is $360 per hour.

    c.   Paralegals will bill at $155 per hour;

    d.   Legal assistants will bill at $100 per hour;

7.  Any retainer received will be applied against the fees and expenses incurred before any additional fees will be sought.

8.  The Bankruptcy Code allows for the employment of professionals, including attorneys, on reasonable terms and conditions, subject to court approval.  11 U.S.C. § 327(a)

9.  The proposed terms of employment, including the hourly rates, are reasonable and in line with prevailing market rates for attorneys with similar experience and expertise in bankruptcy matters.

10. The employment of Mr. Rollins is necessary and in the best interests of the Debtor and the estate to ensure proper representation throughout the Chapter 11 proceedings.

WHEREFORE, the Debtor respectfully requests that this Court enter an order:

    A.  Authorizing the employment of Thomas C. Rollins, Jr. of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession;

    B.  Approving the terms of employment as set forth in this application; and

    C.  Granting such other and further relief as this Court deems just and proper.

Respectfully submitted,

Donshekie Barrett, APPLICANT

BY:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Application were forwarded on March 26, 2026, to:

By Electronic CM/ECF Notice:

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.