**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                              **CHAPTER 11**

**AFFIDAVIT OF ATTORNEY**

STATE OF MISSISSIPPI
COUNTY OF HINDS

I, Thomas C. Rollins, Jr., being duly sworn, hereby depose and say:

1.    I am an attorney duly admitted to practice law in the State of Mississippi and before the United States District Court for the Southern District of Mississippi. I am a partner of The Rollins Law Firm, PLLC (the "Firm"), which maintains its principal office at 40 Northtown Drive, Jackson MS 39211.

2.    This Affidavit is submitted pursuant to 11 U.S.C. § 327(a) and Federal Rule of Bankruptcy Procedure 2014(a) in support of the application of Donshekie Barrett (the "Debtor") for an order approving the employment of myself and the Firm as attorneys for the Debtor in Possession in the above-captioned Chapter 11 case (the "Case"). The Chapter 13 Case was filed on October 30, 2025 and converted to a Chapter 11 on March 12, 2026, in the United States Bankruptcy Court for the Southern District of Mississippi (the "Court").

3.    To the best of my knowledge, I do not represent any interest adverse to the Debtor or its estate in the matters upon which I am to be engaged. I am a "disinterested person" as that term is defined in 11 U.S.C. § 101(14). The Firm, its partners, of counsel, and associates:

a.   are not creditors, equity security holders, or insiders of the Debtor;

b. are not and were not, within two years before the Petition Date, directors, officers, or employees of the Debtor; and

c. do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor, or for any other reason.

FURTHER, AFFIANT SAITH NOT.

Dated this the 14th day of May, 2025.

X _____

By: _____Thomas Rollins_____

SWORN TO AND SUBSCRIBED BEFORE ME, this the 25 day of _____March_____, 2026.

_____
NOTARY PUBLIC

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID# 494098
SHATON ANDREWS
Commission Expires
Jan. 7, 2029
RANKIN COUNTY