**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**          **Case No. 25-51624-KMS**
                                               **CHAPTER 11**

## ORDER AUTHORIZING DEBTOR-IN-POSSESSION TO EMPLOY LEGAL COUNSEL

Upon consideration of the amended application of Donshekie Barrett (the "Debtor") for an order authorizing the employment of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession (DK # ____) and upon the Affidavit of Disinterestedness regarding such employment, and the Court having considered said Application and is of the opinion that the Application is well taken and should be approved, it is hereby:

ORDERED, that the employment of The Rollins Law Firm, PLLC as attorney for the Debtor in Possession is approved pursuant to 11 U.S.C. § 327(a) on the terms and conditions set forth in the application; and it is further

ORDERED, that compensation and reimbursement of expenses shall be paid in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the Local Rules of this Court only after notice and a hearing; and it is further

ORDERED that any application for compensation and reimbursement for expenses shall set forth the date of entry of all previous order allowing compensation and expenses and the amounts so allowed.

#END OF ORDER#

Submitted by:
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com