United States Bankruptcy Court

Southern District of Mississippi

In re:

Donshekie Barrett

     Debtor

Case No. 25-51624-KMS

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 5 |
|---|---|---|
| Date Rcvd: Mar 23, 2026 | Form ID: 309E1 | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| aty | | Jim F. Spencer, Jr., Watkins & Eager PLLC, Post Office Box 650, Jackson, MS 39205-0650 |
| aty | + | Steven Usry, DOJ-Ust, 501 E. Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| aty | + | Timothy J. Anzenberger, Adams and Reese LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| tr | + | Kimberly D. Strong, Harper, Rains, Knight & Company, 1052 Highland Colony Parkway, Suite 100, Ridgeland, MS 39157-8764 |
| cr | + | Eastern Funding LLC d/b/a Specialty Vehicle and Eq, c/o Timothy J. Anzenberger, Adams & Reese, LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| cr | + | Midland States Bank, Orion First Financial c/o L. Gino Marche, 2908 Poston Avenue, Nashville, TN 37203-1309 |
| cr | + | Pac Western Financial, LLC, P.O. Box 1726, Draper, UT 84020-1726 |
| 5583049 | + | AtoB, 1 Embarcadero Ctr, Ste 1200, San Francisco, CA 94111-3617 |
| 5583053 | + | Cadence Bank, 2910 W Jackson St, Tupelo, MS 38801-6799 |
| 5609952 | + | Eastern Funding, LLC, c/o Timothy J. Anzenberger, Adams & Reese, LLP, 1018 Highland Colony Pkwy, Suite 800, Ridgeland, MS 39157-2057 |
| 5583061 | | First Commerce of Amer, 155 B Ave, #300, Chapel Hill, TN 37034 |
| 5619390 | | Jim F. Spencer, Jr., Watkins & Eager PLLC, For Keystone Equipment Finance Corp., Post Office Box 650, Jackson, MS 39205-0650 |
| 5583068 | + | Keystone EFC, 433 S Main St Suite 30, West Hartford, CT 06110-1670 |
| 5604265 | + | Keystone Equipment Finance Corp., 525 N. Tryon St. Ste. 1000, Charlotte, NC 28202-0210 |
| 5583070 | + | Midland States Bank, Orion First Financial, c/o Gino Marchetti, Jr., 2908 Poston Avenue, Nashville, TN 37203-1309 |
| 5583075 | + | PacWestern, 222 S Main St 5th Fl, Salt Lake Cit, UT 84101-2185 |
| 5583079 | + | Stephen B Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 5586161 | + | Timothy J. Anzenberger, Adams and Reese LLP, For Eastern Funding LLC d/b/a Specialty, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5636471 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |
| 5593498 | + | UniSource Capital, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 5583082 | + | UniSource Capital, 214 Canton Rd, Ste 1, Cumming, GA 30040-2370 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: BankruptcyECFMail@mccalla.com | Mar 23 2026 19:44:00 | Michael J McCormick, McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076 |
| aty | | Email/Text: trollins@therollinsfirm.com | Mar 23 2026 19:44:00 | Thomas Carl Rollins, Jr, The Rollins Law Firm, PLLC, PO BOX 13767, Jackson, MS 39236 |
| ust | + | Email/Text: ustpregion05.ja.ecf@usdoj.gov | Mar 23 2026 19:44:00 | United States Trustee, 501 East Court Street, Suite 6-430, Jackson, MS 39201-5022 |
| cr | + | Email/Text: bankruptcy@amuref.com | Mar 23 2026 19:44:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| cr | + | EDI: AISACG.COM | Mar 23 2026 23:42:00 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

| | | | |
|---|---|---|---|
| District/off: 0538-6 | | User: mssbad | Page 2 of 5 |
| Date Rcvd: Mar 23, 2026 | | Form ID: 309E1 | Total Noticed: 82 |

| | | | |
|---|---|---|---|
| cr | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy@stearnsbank.com | |
| | | Mar 23 2026 19:44:00 | Stearns Bank National Association, c/o Bankruptcy Department, P.O. Box 750, Albany, MN 56307 |
| 5583047 | + | Email/Text: bankruptcy@amuref.com | |
| | | Mar 23 2026 19:44:00 | AMUR, P.O. Box 2555, Grand Island, NE 68802-2555 |
| 5583048 | | Email/Text: bankruptcy@ascentiumcapital.com | |
| | | Mar 23 2026 19:44:00 | Ascentium Capital, 23970 Hwy 59 N, Kingwood, TX 77339 |
| 5583044 | + | EDI: GMACFS.COM | |
| | | Mar 23 2026 23:42:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5585704 | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5607090 | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583045 | + | Email/PDF: bncnotices@becket-lee.com | |
| | | Mar 23 2026 19:48:06 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5603422 | | Email/PDF: bncnotices@becket-lee.com | |
| | | Mar 23 2026 19:48:02 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5583046 | + | Email/PDF: bncnotices@becket-lee.com | |
| | | Mar 23 2026 19:48:02 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5583052 | + | EDI: BMW.COM | |
| | | Mar 23 2026 23:43:00 | BMW, P.O. Box 78066, Phoenix, AZ 85062-8066 |
| 5592898 | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | BMW Bank of North America, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585703 | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | BMW Bank of North America Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583051 | + | EDI: BANKAMER | |
| | | Mar 23 2026 23:42:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5583050 | + | EDI: BANKAMER | |
| | | Mar 23 2026 23:42:00 | Bank of America, Attn: Bankruptcy, Pob 26012, Greensboro, NC 27420-6012 |
| 5597864 | | EDI: BANKAMER | |
| | | Mar 23 2026 23:42:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5599564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | Mar 23 2026 19:44:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5583057 | | Email/Text: Bankruptcy.RI@Citizensbank.com | |
| | | Mar 23 2026 19:44:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5583054 | + | EDI: CAPITALONE.COM | |
| | | Mar 23 2026 23:42:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5583055 | + | EDI: CAPONEAUTO.COM | |
| | | Mar 23 2026 23:42:00 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5585705 | + | EDI: AISACG.COM | |
| | | Mar 23 2026 23:42:00 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583056 | + | EDI: JPMORGANCHASE | |
| | | Mar 23 2026 23:42:00 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5583058 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | |
| | | Mar 23 2026 19:44:00 | DLL Finance LLC, Attn: Bankruptcy, 8001 Birchwood Ct, Johnston, IA 50131-2889 |
| 5583059 | + | Email/Text: billing@docusign.com | |

District/off: 0538-6      User: mssbad      Page 3 of 5

Date Rcvd: Mar 23, 2026      Form ID: 309E1      Total Noticed: 82

| | | | |
|---|---|---|---|
| | | Mar 23 2026 19:44:00 | DocuSign, 221 Main St, Ste 800, San Francisco, CA 94105-1921 |
| 5583060 | + Email/Text: legal@easternfunding.com | Mar 23 2026 19:44:00 | Eastern Funding LLC, 213 W 35th St, Ste 2W, New York, NY 10001-0217 |
| 5605964 | Email/Text: collecadminbankruptcy@fnni.com | Mar 23 2026 19:44:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5583062 | Email/Text: collecadminbankruptcy@fnni.com | Mar 23 2026 19:44:00 | Fnbo Slice, P.o. Box 3412, Omaha, NE 68197 |
| 5583063 | Email/Text: gcubankruptcy@greenwoodcu.org | Mar 23 2026 19:44:00 | Greenwood Credit Union, 2700 Post Road, Warwick RI 02886 |
| 5638064 | Email/Text: gcubankruptcy@greenwoodcu.org | Mar 23 2026 19:44:00 | Greenwood Credit Union, Attn: Bankruptcy, 2669 Post Rd, Warwick, RI 02886 |
| 5608689 | Email/Text: headwaybnc@enova.com | Mar 23 2026 19:44:00 | Headway Capital LLC, 175 West Jackson Blvd., Suite 600, Chicago IL 60604 |
| 5583064 | + Email/Text: bankruptcy.notices@hdfsi.com | Mar 23 2026 19:44:00 | Harley Davidson, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5607804 | + Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 23 2026 19:44:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5583065 | + Email/Text: bankruptcy@ondeck.com | Mar 23 2026 19:44:00 | Headway, 4700 W Daybreak Pkwy, Ste 200, South Jordan, UT 84009-5133 |
| 5583067 | + Email/Text: ebone.woods@usdoj.gov | Mar 23 2026 19:44:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5583066 | EDI: IRS.COM | Mar 23 2026 23:42:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5605978 | + EDI: JPMORGANCHASE | Mar 23 2026 23:42:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4- 5599, Monroe, LA 71203-4774 |
| 5583069 | Email/Text: camanagement@mtb.com | Mar 23 2026 19:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5609149 | Email/Text: camanagement@mtb.com | Mar 23 2026 19:44:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo NY 14240-0810 |
| 5636469 | EDI: MSDOR | Mar 23 2026 23:43:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5583071 | + EDI: NFCU.COM | Mar 23 2026 23:43:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5583072 | + EDI: NFCU.COM | Mar 23 2026 23:43:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5605275 | EDI: NFCU.COM | Mar 23 2026 23:43:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5609808 | + Email/Text: bankruptcy@ondeck.com | Mar 23 2026 19:44:00 | ODK Capital LLC, 4700 W Daybreak Pkwy., Ste 200, South Jordan UT 84009-5133 |
| 5583073 | + Email/Text: bankruptcy@ondeck.com | Mar 23 2026 19:44:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5595649 | + EDI: AGFINANCE.COM | Mar 23 2026 23:42:00 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5583074 | + EDI: AGFINANCE.COM | Mar 23 2026 23:42:00 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5583076 | + Email/Text: bankruptcynotices@sba.gov | Mar 23 2026 19:44:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5583077 | + Email/Text: ebone.woods@usdoj.gov | Mar 23 2026 19:44:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5583078 | Email/Text: Bankruptcy@stearnsbank.com | | |

District/off: 0538-6     User: mssbad     Page 4 of 5

Date Rcvd: Mar 23, 2026     Form ID: 309E1     Total Noticed: 82

| Recip ID | Bypass | EDI/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 23 2026 19:44:00 | Stearns Bank, P.O. Box 750, Albany, MN 56307-0750 |
| 5583080 | | EDI: SYNC | Mar 23 2026 23:42:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5583081 | + | EDI: SYNC | Mar 23 2026 23:42:00 | Synchrony Bank, Po Box 965073, Orlando, FL 32896-5073 |
| 5608151 | + | EDI: AISACG.COM | Mar 23 2026 23:42:00 | Synchrony Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5608962 | + | EDI: AISACG.COM | Mar 23 2026 23:42:00 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5636467 | | Email/Text: atlreorg@sec.gov | Mar 23 2026 19:44:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5583083 | ^ | MEBN | Mar 23 2026 19:42:47 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | M&T Bank |
| 5599959 | | Amur Equipment Finance 304 W 3rd St Grand Island, |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Keystone Equipment Finance Corp, 525 N. Tryon St. Ste 1000, Charlotte, NC 28202-0210 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5603767 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5636468 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5605728 | *+ | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 5636470 | *+ | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |

TOTAL: 2 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2026     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 23, 2026 at the address(es) listed below:

**Name**     **Email Address**

Jim F. Spencer, Jr.

District/off: 0538-6                    User: mssbad                    Page 5 of 5
Date Rcvd: Mar 23, 2026                 Form ID: 309E1                   Total Noticed: 82

on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com  mryan@watkinseager.com

Kimberly D. Strong

kstrong@hrkcpa.com

Michael J McCormick

on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com

Steven Usry

on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr

on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;brea
nne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger

on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
amy.nichols@arlaw.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov


TOTAL: 7

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | Social Security number or ITIN   **xxx–xx–0274** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **25–51624–KMS**

Date case filed in chapter  **13**       **10/30/25**

Date case converted to chapter **11**    **3/12/26**

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donshekie Barrett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5043 Fairbury Way<br>Diberville, MS 39540 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone  601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone  228–563–1790**<br><br>**Date: 3/23/26** |

**For more information, see page 2 >**

Debtor  **Donshekie Barrett**                                                                Case number **25–51624–KMS**

| 6. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath, provide original picture identification and proof of social security number. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2026 at 02:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |
|---|---|---|---|
| 7. | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  6/22/26.**<br><br>**Deadline for all creditors to file a proof of claim** (except governmental units)**:  2/27/26**<br>**Deadline for governmental units to file a proof of claim:  4/28/26**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br><br>Your claim will be allowed in the amount scheduled unless:<br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.        **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors | |
| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. | |
| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. | |
| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. | |