# Profit and Loss

## DB Roadside and Tire Service LLC

January 1-March 31, 2026

|  | TOTAL |
|---|---|
| Income |  |
| Roadside Repair | 150,718.78 |
| Roadside Tow | 7,590.00 |
| Roadsync | 193,830.35 |
| Transport Service | 22,816.15 |
| **Total for Income** | **$374,955.28** |
| **Gross Profit** | **$374,955.28** |
| Expenses |  |
| Advertising & marketing | 5,509.86 |
| Building & land rent | 6,300.00 |
| Contract labor | 53,077.99 |
| Fuel | 15,953.26 |
| General business expenses | $7,638.68 |
| Bank fees & service charges | 81.58 |
| **Total for General business expenses** | **$7,720.26** |
| Insurance | 23,281.45 |
| Meals | $460.43 |
| Travel meals | 25.30 |
| **Total for Meals** | **$485.73** |
| Office expenses | 1,039.98 |
| Outsource Repairs & maintenance | 5,971.82 |
| Outsource Towing | 10,871.35 |
| Parts | 67,074.92 |
| Professional Services |  |
| Legal fees | 750.00 |
| **Total for Professional Services** | **$750.00** |
| Storage | 5,525.06 |
| Supplies | 7,654.11 |
| Taxes and Licenses | 3,602.09 |
| Tires | 12,999.62 |
| Travel | 2,338.25 |
| Utilities | $2,788.93 |
| Wireless Devices | 2,180.27 |
| **Total for Utilities** | **$4,969.20** |
| **Total for Expenses** | **$235,124.95** |
| **Net Operating Income** | **$139,830.33** |
| Other Income |  |
| Other income |  |
| Interest Income | 1.02 |
| **Total for Other income** | **$1.02** |
| **Total for Other Income** | **$1.02** |
| **Net Other Income** | **$1.02** |
| **Net Income** | **$139,831.35** |