## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**      **DONSHEKIE BARRETT**          **CASE NO. 25-51624-KMS**

            **DEBTOR(S)**                              **CHAPTER     11**

---

### CHAPTER 11 PROCEEDING MEMO
### AND MINUTES OF §341 MEETING
### DATE: April 20, 2026, 2:00 p.m.
### Meeting Held Telephonically

---

1. Name of attorney(s) for debtor(s):   Thomas C. Rollins, Jr., Esq.

2. Has attorney(s) for debtor(s)filed a fee disclosure statement pursuant to 11 U.S.C. §329 and Rule 2016, Federal Rules of Bankruptcy Procedure?  _X_ Yes ___No.

3. Has a Chapter 11 Creditors' Committee or Equity Security Holders' Committee been appointed pursuant to 11 U.S.C. §1102? _____Yes _____ No  __X__ N/A (subchapter-V)

4. Appearances:              (X) Debtor(s):  Donshekie Barrett, Tara Barrett

                        () Debtor(s) representative    N/A

                        (X) Attorney(s) for debtor(s)  Thomas C. Rollins, Jr., Esq.

                        (X) Subchapter-V Trustee    Kimberly Strong

                        ( ) Creditor(s): **NONE PRESENT**

5.      Debtor(s) examined under oath or affirmation by:
        ( ) Attorney for debtor(s)      ( ) Creditors
        (X) UST designee                ( ) Others (specify below)
        ( ) Subchapter-V Trustee

6.      **On or before May 11, 2026, the Debtor(s) shall:**

        (1.) Official Form 26 for DB Roadside and Tire Service.
        (2.) Provide expiration date of leases for:
             a. 9166 Canal Road, Gulfport, MS.; and
             b. 4020 Potts Ferry Road, D'Iberville, MS.
        (3.) Amend Schedule G to include any active leases.

(4.) Provide proofs of insurance pursuant to the April 20, 2026 email from Auditor Temekia Edwards.

(5.) Amend part 4, number 17 of Schedule A/B to include the Venmo and Paypal accounts.

(6.) Amend part 4, number 19 of Schedule A/B to include the business of Grand B Motors.

(7.) Under Schedule D, part 1, 2.6, remove Citizens Bank to the unsecured creditors.

(8.) Amend Schedule E/F to include amounts owed the unsecured creditors who have claims.

(9.) Amend Schedule H to include any co-debtors.

(10.)   Amend Schedule I to update the income.

(11.)   Amend part 4 of the Statement of Financial Affairs to include the PacWestern judgment.

(12.)   Amend part 11 of the Statement of Financial Affairs to include Grand B.

7.   Do(es) the Debtor(s) pay a Domestic Support Obligation? ____Yes X __ No ___ N/A

8.   Fifth amendment invoked by Debtor(s)? _____Yes  X ___No

9.   Meeting complete (X) Yes ( ) No. If no, meeting is continued to _____, at__ _____, in_____, Mississippi.

Additional notes and/or comments:

NONE

(Proceeding Recorded)

*/s/ Steven Usry*
STEVEN USRY
Presiding Officer

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**　　　**DONSHEKIE BARRETT**　　　**CASE NO. 25-51624-KMS**

　　　　　　　**DEBTOR(S)**　　　　　　　**CHAPTER　　11**

### 341(a) APPEARANCE SHEET

341(a) Location: Telephonic
DATE: April, 20, 2026
TIME: 2:00 p.m.
U.S. TRUSTEE REPRESENTATIVE: Steve Usry

| Name (Creditor) | Attorney or Representative |
|---|---|
| Debtor | Donshekie Barrett (along with wife, Tara Barrett) |
| Debtor's counsel | Thomas C. Rollins, Jr., Esq. |
| Sub-V Trustee | Kimberly Strong |