**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                                        **CHAPTER 11**

**NOTICE OF OBJECTON TO CLAIM**

       **You are herby notified** that an objection to your claim has been filed in the above-referenced bankruptcy case.  Your claim may be reduced, modified, or eliminated.  If you do not want the Court to eliminate or change your claim, a written response to the attached objection to claim must be filed with:

Clerk, U.S Bankruptcy Court
Southern District of Mississippi
Danny L. Miller
501 E Court St. Ste 2.300
Jackson, MS 39201

and a copy must be served on the undersigned Debtor's attorney and the case trustee on or before thirty (30) days from the date of this notice.  In the event a written response is filed, the court will notify you of the date, time, and place of the hearing thereon.

This date, April 28, 2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:    Donshekie Barrett, Debtor**                    Case No. 25-51624-KMS
                                                                            **CHAPTER 11**

## OBJECTON TO PROOF OF CLAIM # 35

COMES NOW the Debtor, Donshekie Barrett, by and through counsel, and files this Objection to Proof of Claim No. 35 filed by Axis Title, LLC, as assignee of Amur Equipment Finance, Inc. (the "Claim"), and would respectfully show unto the Court as follows:

1.     Proof of Claim No. 35 was filed by Axis Title, LLC, as assignee of Amur Equipment Finance, Inc.

2.     The Claim is untimely. The deadline for filing proofs of claim in this case has expired, and the Claim was filed after the applicable bar date. Accordingly, the Claim should be disallowed pursuant to 11 U.S.C. § 502(b)(9) and applicable rules.

3.     The Claim is also duplicative of Proofs of Claim No. 7 and No. 8 previously filed in this case on behalf of Amur Equipment Finance, Inc., as it asserts the same or substantially similar indebtedness.

4.     Proofs of Claim No. 7 and No. 8 were disallowed by Orders of this Court (Dk. ##44 and 45).

5.     As such, Claim No. 35 constitutes an improper attempt to reassert claims that have already been adjudicated and disallowed by this Court, and is barred under principles of res judicata.

WHEREFORE, PREMISES CONSIDERED, the Debtor respectfully requests that Proof of Claim No. 35 be disallowed in its entirety, and for all other relief to which the Debtor may be entitled

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
     Thomas C. Rollins, Jr.
     Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com

## CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice of Objection and Objection were forwarded on April 28, 2026 to:

By first class mail, postage pre-paid:

Axis Title, LLC as assignee of Amur Equipment
c/o Weltman, Weinberg, & Reis Co., LPA
5990 West Creek Road, Suite 200
Independence, OH 44131

By Electronic CM/ECF Notice:

Chapter 11 Case Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 4/28/2026, I did cause a copy of the following documents, described below,

Notice and Objection to Proof of Claim

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 4/28/2026, a copy of the following documents, described below,

Notice and Objection to Proof of Claim

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/28/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

AXIS TITLE, LLC AS ASSIGNEE OF AMUR EQUIPMENT
C/O WELTMAN, WEINBERG, & REIS CO., LPA
5990 WEST CREEK ROAD, SUITE 200
INDEPENDENCE OH 44131