**United States Bankruptcy Court**
**Southern District of Mississippi**

In re Donshekie Barrett,                                      Case  No. 25-51624-KMS
            Debtor                                                      Chapter 11

**PERIODIC REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF
ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR]
<u>HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST</u>**

This is the report as of April, 24, 2026 on the value, operations and profitability of those entities in which the estate holds a substantial or controlling interest, as required by Bankruptcy Rule 2015.3.  The estate of Donshekie Barrett holds a substantial or controlling interest in the following entities:

| Name of Entity | Interest of the Estate | Tab # |
|---|---|---|
| DB Roadside and Tire Service LLC | 100% | |
| I10 Roadside Rescue LLC | 100% | |
| Grand B Motors LLC | 50% | |
| DB Transport LLC | 100% | |
| Southern Mud Cannabis LLC | 100% | |

This periodic report (the "Periodic Report") contains separate reports ("Entity Reports") on the value, operations, and profitability of each entity listed above.

Each Entity Report shall consist of three exhibits.  Exhibit A contains a valuation estimate for the entity as of a date not more than two years prior to the date of this report.  It also contains a description of the valuation method used.  Exhibit B contains a balance sheet, a statement of income (loss), a statement of cash flows, and a statement of changes in shareholders' or partners' equity (deficit) for the period covered by the Entity Report, along with summarized footnotes. Exhibit C contains a description of the entity's business operations.

No Exhibits are provided for DB Transport LLC because this entity has filed chapter 7 bankrutpcy and is therefore not subject to the reporting requirements of Bankruptcy Rule 2015.3.

No Exhibits are provided for I10 Roadside Rescue LLC, Grand B Motors, LLC,  or Southern Mud Cannabis LLC because these entities have never operated.  Debtor simply reserved these

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

B26 (Official Form 26) (12/08) – Cont.                                                                        2

business names with the Mississippi Secretary of State.  These entities have no operations or value.


### THIS REPORT MUST BE SIGNED BY A REPRESENTATIVE OF THE TRUSTEE OR DEBTOR IN POSSESSION.

The undersigned, having reviewed the above listing of entities in which the estate of [Debtor] holds a substantial or controlling interest, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that the listing is complete, accurate and truthful to the best of his/her knowledge.


Date: 04 / 28 / 2026

*Donshekie Barrett*
_____
Signature of Authorized Individual


_____
Name of Authorized Individual


_____
Title of Authorized Individual

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

B26 (Official Form 26) (12/08) – Cont.                                                     3

## Exhibit A
## Valuation Estimate for DB Roadside and Tire Service LLC

The Debtor has determined, in good faith, the value of its interest in the subject business entity based on the entity's current operating performance and expected future income. The business generates approximately $30,000.00 in net monthly income (approximately $360,000.00 annually). In the absence of a formal appraisal, the Debtor applied a conservative income-based valuation approach using a multiple of estimated annual net income that is typical for closely held businesses of this nature.

Based on this methodology, the Debtor estimates the value of the business to be between $900,000.00 and $1,200,000.00. For purposes of this report, the Debtor assigns a midpoint estimated value of $1,050,000.00. This valuation is an estimate only, has not been independently verified, and is subject to change based on further financial analysis, market conditions, or the receipt of additional information.

This valuation was determined by the Debtor and not by a third-party appraiser.

B26 (Official Form 26) (12/08) – Cont.                                    4

**Exhibit B**
**Financial Statements for DB Roadside and Tire Service LLC**

**Exhibit B-1**
**Balance Sheet for DB Roadside and Tire Service LLC**
As of April 24, 2026

DB Roadside and Tire Service LLC does not maintain a balance sheet.

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

B26 (Official Form 26) (12/08) – Cont.                                                    5

**Exhibit B-2**
**Statement of Income (Loss) for DB Roadside and Tire Service LLC**
Period ending April 24, 2026

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

# Profit and Loss

## DB Roadside and Tire Service LLC

January 1-March 31, 2026

|  | TOTAL |
|---|---|
| **Income** | |
| Roadside Repair | 150,718.78 |
| Roadside Tow | 7,590.00 |
| Roadsync | 193,830.35 |
| Transport Service | 22,816.15 |
| **Total for Income** | **$374,955.28** |
| **Gross Profit** | **$374,955.28** |
| **Expenses** | |
| Advertising & marketing | 5,509.86 |
| Building & land rent | 6,300.00 |
| Contract labor | 53,077.99 |
| Fuel | 15,953.26 |
| General business expenses | $7,638.68 |
| Bank fees & service charges | 81.58 |
| **Total for General business expenses** | **$7,720.26** |
| Insurance | 23,281.45 |
| Meals | $460.43 |
| Travel meals | 25.30 |
| **Total for Meals** | **$485.73** |
| Office expenses | 1,039.98 |
| Outsource Repairs & maintenance | 5,971.82 |
| Outsource Towing | 10,871.35 |
| Parts | 67,074.92 |
| Professional Services | |
| Legal fees | 750.00 |
| **Total for Professional Services** | **$750.00** |
| Storage | 5,525.06 |
| Supplies | 7,654.11 |
| Taxes and Licenses | 3,602.09 |
| Tires | 12,999.62 |
| Travel | 2,338.25 |
| Utilities | $2,788.93 |
| Wireless Devices | 2,180.27 |
| **Total for Utilities** | **$4,969.20** |
| **Total for Expenses** | **$235,124.95** |
| **Net Operating Income** | **$139,830.33** |
| **Other Income** | |
| Other income | |
| Interest Income | 1.02 |
| **Total for Other income** | **$1.02** |
| **Total for Other Income** | **$1.02** |
| **Net Other Income** | **$1.02** |
| **Net Income** | **$139,831.35** |

B26 (Official Form 26) (12/08) – Cont.                                                                     6

## Exhibit B-3
### Statement of Cash Flows for DB Roadside and Tire Service LLC
For the period ending April 24, 2026


DB Roadside and Tire Service LLC does not maintain a statement of cash flows.

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

B26 (Official Form 26) (12/08) – Cont.                                                   7

**Exhibit B-4    Statement of Changes in Shareholders'/Partners' Equity (Deficit) for DB Roadside and Tire Service LLC**
period ending April 24, 2026

None

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c

B26 (Official Form 26) (12/08) – Cont.                                                  8

**Exhibit C**
**<u>Description of Operations for DB Roadside and Tire Service LLC</u>**

DB Roadside and Tire Service LLC is a service-based business that provides roadside assistance and repair services for passenger vehicles and commercial trucks. The company's operations primarily consist of responding to service calls for disabled vehicles, including mechanical issues and tire-related problems occurring on roadways and at customer locations.

Services include tire repair and replacement, jump-starts, minor mechanical repairs, and other on-site services necessary to return vehicles to operable condition or to stabilize them for further transport. The business operates on an on-demand basis, dispatching personnel and equipment to service locations as needed.

Revenue is generated through service fees charged to individual customers, commercial clients, and, in some cases, third-party dispatch or roadside assistance networks.

Doc ID: db5bb1bb944f985f5a4438c80c9ea2bbe069064c