# United States Bankruptcy Court
## Southern District of Mississippi

In re __Donshekie Barrett__      Case No. __25-51624__

Debtor(s)      Chapter __11__

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date: __April 27, 2026__      **/s/ Donshekie Barrett**

**Donshekie Barrett**
Signature of Debtor

DONSHEKIE BARRETT
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634

DLL FINANCE LLC
ATTN: BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON, IA 50131

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

BMW
P.O. BOX 78066
PHOENIX, AZ 85062

DOCUSIGN
221 MAIN ST
STE 800
SAN FRANCISCO, CA 94105

ALLY
P.O. BOX 9001951
LOUISVILLE, KY 40290

CADENCE BANK
2910 W JACKSON ST
TUPELO, MS 38801

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK, NY 10001

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

FIRST COMMERCE OF AMER
155 B AVE, #300
CHAPEL HILL, TN 37034

AMEX
PO BOX 981535
EL PASO, TX 79998

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

FNBO SLICE
P.O. BOX 3412
OMAHA, NE 68197

AMUR
P.O. BOX 2555
GRAND ISLAND, NE 68801

CHASE AUTO FINANCE
ATTN: BANKRUPTCY
700 KANSAS LANE
MONROE, LA 71203

GREENWOOD CREDIT UNION
ATTN: BANKRUPTCY
2669 POST RD
WARWICK, RI 02886

ASCENTIUM CAPITAL
23970 HWY 59 N
KINGWOOD, TX 77339

CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

ATOB
1 EMBARCADERO CTR
STE 1200
SAN FRANCISCO, CA 94111

DB ROADSIDE AND TIRE S
4020 POPPS FERRY RD STE C
DIBERVILLE, MS 39540

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN, UT 84009

BANK OF AMERICA
ATTN: BANKRUPTCY
POB 26012
GREENSBORO, NC 27410

DB TRANSPORT LLC
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

```
INTERNAL REVENUE SERVI        PACWESTERN
C/O US ATTORNEY               222 S MAIN ST 5TH FL
501 EAST COURT ST             SALT LAKE CIT, UT 84101
STE 4.430
JACKSON, MS 39201


KEYSTONE EFC                  SBA
433 S MAIN ST SUITE 30        801 TOM MARTIN DR
WEST HARTFORD, CT 06110       STE 210
                              BIRMINGHAM, AL 35211


M & T BANK                    SBA
ATTN: BANKRUPTCY              C/O US ATTORNEY'S OFFI
PO BOX 844                    501 E COURT ST
BUFFALO, NY 14240             STE. 4.430
                              JACKSON, MS 39201


MIDLAND                       STEARNS BANK
5403 OLYMPIC DR               P.O. BOX 750
STE 200                       ALBANY, MN 56307-0750
GIG HARBOR, WA 98335


NAVY FCU                      STEPHEN B ELGGREN
ATTN:  BANKRUPTCY             PO BOX 1726
PO BOX 3000                   DRAPER, UT 84020
MERRIFIELD, VA 22119


NAVY FEDERAL CU               SYNCHRONY
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 3302                   PO BOX 955060
MERRIFIELD, VA 22119          ORLANDO, FL 32896-5060


ON DECK                       SYNCHRONY BANK
4700 W . DAYBREAK PKWY        PO BOX 965073
SOUTH JORDAN, UT 84009        ORLANDO, FL 32896



ONEMAIN                       UNISOURCE CAPITAL
PO BOX 1010                   214 CANTON RD
EVANSVILLE, IN 47706          STE 1
                              CUMMING, GA 30040


PAC WESTERN FINANCIAL         US ATTORNEY GENERAL
P.O. BOX 1726                 US DEPT OF JUSTICE
DRAPER, UT 84020              950 PENNSYLVANIA AVENW
                              WASHINGTON, DC 20530-0001
```