# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Donshekie Barrett**

Debtor(s)

Case No.   **25-51624**

Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX - AMENDED

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 27, 2026**

**/s/ Donshekie Barrett**
**Donshekie Barrett**
Signature of Debtor

DONSHEKIE BARRETT
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

ALLY
P.O. BOX 9001951
LOUISVILLE, KY 40290

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

AMEX
PO BOX 981535
EL PASO, TX 79998

AMUR
P.O. BOX 2555
GRAND ISLAND, NE 68801

ASCENTIUM CAPITAL
23970 HWY 59 N
KINGWOOD, TX 77339

ATOB
1 EMBARCADERO CTR
STE 1200
SAN FRANCISCO, CA 94111

BANK OF AMERICA
ATTN: BANKRUPTCY
POB 26012
GREENSBORO, NC 27410

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634

BMW
P.O. BOX 78066
PHOENIX, AZ 85062

CADENCE BANK
2910 W JACKSON ST
TUPELO, MS 38801

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

CHASE AUTO FINANCE
ATTN: BANKRUPTCY
700 KANSAS LANE
MONROE, LA 71203

CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

DB ROADSIDE AND TIRE S
4020 POPPS FERRY RD STE C
DIBERVILLE, MS 39540

DB TRANSPORT LLC
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

DLL FINANCE LLC
ATTN: BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON, IA 50131

DOCUSIGN
221 MAIN ST
STE 800
SAN FRANCISCO, CA 94105

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK, NY 10001

FIRST COMMERCE OF AMER
155 B AVE, #300
CHAPEL HILL, TN 37034

FNBO SLICE
P.O. BOX 3412
OMAHA, NE 68197

GREENWOOD CREDIT UNION
ATTN: BANKRUPTCY
2669 POST RD
WARWICK, RI 02886

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN, UT 84009

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

PACWESTERN
222 S MAIN ST 5TH FL
SALT LAKE CIT, UT 84101

KEYSTONE EFC
433 S MAIN ST SUITE 30
WEST HARTFORD, CT 06110

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

MIDLAND
5403 OLYMPIC DR
STE 200
GIG HARBOR, WA 98335

STEARNS BANK
P.O. BOX 750
ALBANY, MN 56307-0750

NAVY FCU
ATTN:  BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119

STEPHEN B ELGGREN
PO BOX 1726
DRAPER, UT 84020

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

ON DECK
4700 W . DAYBREAK PKWY
SOUTH JORDAN, UT 84009

SYNCHRONY BANK
PO BOX 965073
ORLANDO, FL 32896

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING, GA 30040

PAC WESTERN FINANCIAL
P.O. BOX 1726
DRAPER, UT 84020

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001