**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:  Donshekie Barrett, Debtor                    CASE NO. 25-51624-KMS
                                                     CHAPTER 11

TO:   TRUSTEE:   Kimberly D. Strong
      U. S. TRUSTEE: USTPRegion05.JA.ECF@usdoj.gov

      **ALL CREDITORS**
      A copy of the Court's mailing matrix is attached

<u>**NOTICE OF AMENDMENT TO**</u>
<u>**SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**</u>

**YOU ARE HEREBY NOTIFIED** the above named debtor(s) has filed with the Bankruptcy Court an Amended Schedule C - Property Claimed as Exempt (see copy of Amended Schedule C attached).

**YOU ARE FURTHER NOTIFIED** that any objection or other response to the list of property claimed as exempt must be filed with the Clerk of the Court for the United States Bankruptcy Court; a copy thereof served to the United States Trustee, Case Trustee, and Counsel for the Debtor(s), within 30 days after the conclusion of the meeting of creditors or within 30 days after the filing of this notice of amendment, whichever is later.

Date: May 4, 2026                         /s/ Thomas C. Rollins, Jr.
                                          *Thomas C. Rollins, Jr., Attorney for Debtor*

CERTIFICATE OF SERVICE

On May 4, 2026, a copy of this notice and amended schedule was served on each of the persons listed on the above list either by United States Mail or via electronic service through the Court's CM/ECF system at the mailing addresses and/or email addresses indicated.

                                          /s/ Thomas C. Rollins, Jr.
                                          *Thomas C. Rollins, Jr., Attorney for Debtor*

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer Ann Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

**Fill in this information to identify your case:**

Debtor 1    **Donshekie Barrett**

First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number    **25-51624**
(if known)

■ Check if this is an
amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
| --- | --- |

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
| --- | --- | --- | --- | --- |
| **5043 Fairbury Way Diberville, MS 39540  Harrison County**<br>Line from *Schedule A/B*: **1.1** | **$440,000.00** | ■ | **$75,000.00** | **Miss. Code Ann. § 85-3-21** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Household Goods**<br>Line from *Schedule A/B*: **6.1** | **$26,700.00** | ■ | **$26,700.00** | **Miss. Code Ann. § 85-3-1(a)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **State Tax Refund**<br>Line from *Schedule A/B*: **28.1** | **$5,000.00** | ■ | **$5,000.00** | **Miss. Code Ann. § 85-3-1(k)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **Federal Tax Refund**<br>Line from *Schedule A/B*: **28.2** | **$5,000.00** | ■ | **$5,000.00** | **Miss. Code Ann. § 85-3-1(j)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| **EIC**<br>Line from *Schedule A/B*: **28.3** | **$5,000.00** | ■ | **$5,000.00** | **Miss. Code Ann. § 85-3-1(i)** |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Debtor 1   **Donshekie Barrett**                                      Case number (if known)   **25-51624**

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■   No

   ☐   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐   No

       ☐   Yes

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page 2 of 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 5/5/2026, I did cause a copy of the following documents, described below,

Notice of Amendment to Schedule C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

Donshekie Barrett

CASE NO: 25-51624-KMS

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 5/5/2026, a copy of the following documents, described below,

Notice of Amendment to Schedule C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

EXCLUDE

DONSHEKIE BARRETT
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

~~THOMAS C. ROLLINS, JR.~~
~~THE ROLLINS LAW FIRM, PLLC~~
~~P.O. BOX 13767~~
~~JACKSON, MS 39236~~

ALLY
P.O. BOX 9001951
LOUISVILLE, KY 40290

AMERICAN EXPRESS
P.O. BOX 981537
EL PASO, TX 79998

AMEX
PO BOX 981535
EL PASO, TX 79998

AMUR
P.O. BOX 2555
GRAND ISLAND, NE 68801

ASCENTIUM CAPITAL
23970 HWY 59 N
KINGWOOD, TX 77339

ATOB
1 EMBARCADERO CTR
STE 1200
SAN FRANCISCO, CA 94111

BANK OF AMERICA
ATTN: BANKRUPTCY
POB 26012
GREENSBORO, NC 27410

BANK OF AMERICA
ATTN: BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA, FL 33634

BMW
P.O. BOX 78066
PHOENIX, AZ 85062

CADENCE BANK
2910 W JACKSON ST
TUPELO, MS 38801

CAPITAL ONE
ATTN: BANKRUPTCY
P.O. BOX 30285
SALT LAKE CITY, UT 84130

CAPITAL ONE AUTO
ATTN: BANKRUPTCY
7933 PRESTON RD
PLANO, TX 75024

CHASE AUTO FINANCE
ATTN: BANKRUPTCY
700 KANSAS LANE
MONROE, LA 71203

CITIZENS ONE
ATTN: BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE, RI 02903

DB ROADSIDE AND TIRE S
4020 POPPS FERRY RD STE C
DIBERVILLE, MS 39540

DB TRANSPORT LLC
5043 FAIRBURY WAY
DIBERVILLE, MS 39540

DLL FINANCE LLC
ATTN: BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON, IA 50131

DOCUSIGN
221 MAIN ST
STE 800
SAN FRANCISCO, CA 94105

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK, NY 10001

FIRST COMMERCE OF AMER
155 B AVE, #300
CHAPEL HILL, TN 37034

FNBO SLICE
P.O. BOX 3412
OMAHA, NE 68197

GREENWOOD CREDIT UNION
ATTN: BANKRUPTCY
2669 POST RD
WARWICK, RI 02886

HARLEY DAVIDSON
ATTN: BANKRUPTCY
PO BOX 22048
CARSON CITY, NV 89721

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN, UT 84009

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVI
C/O US ATTORNEY
501 EAST COURT ST
STE 4.430
JACKSON, MS 39201

KEYSTONE EFC
433 S MAIN ST SUITE 30
WEST HARTFORD, CT 06110

M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

MIDLAND
5403 OLYMPIC DR
STE 200
GIG HARBOR, WA 98335

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

ON DECK
4700 W . DAYBREAK PKWY
SOUTH JORDAN, UT 84009

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

PAC WESTERN FINANCIAL
P.O. BOX 1726
DRAPER, UT 84020

PACWESTERN
222 S MAIN ST 5TH FL
SALT LAKE CIT, UT 84101

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM, AL 35211

SBA
C/O US ATTORNEY'S OFFI
501 E COURT ST
STE. 4.430
JACKSON, MS 39201

STEARNS BANK
P.O. BOX 750
ALBANY, MN 56307-0750

STEPHEN B ELGGREN
PO BOX 1726
DRAPER, UT 84020

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

SYNCHRONY BANK
PO BOX 965073
ORLANDO, FL 32896

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING, GA 30040

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001