**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **DONSHEKIE  BARRETT, Debtor**                    **Case No. 25-51624**
                                                          **CHAPTER 11**

TO:        **AFFECTED CREDITORS**:
               DB Roadside and Tire Service, LLC. 4020 Popps Ferry Rd, Ste C
               D'Iberville, MS 39540
               DB Transports, LLC, 5043 Fairbury Way, D'Iberville, MS 39540

           **U. S. TRUSTEE**: USTPRegion05.JA.ECF@usdoj.gov

### NOTICE OF AMENDMENT OF SCHEDULES

YOU ARE HEREBY NOTIFIED that the above named debtor(s) has filed with the Bankruptcy Court an Amendment of Schedules (see attached copy of Notice of Meeting of Creditors and amended schedules).

YOU ARE FURTHER NOTIFIED that if you wish to examine the debtor(s) under oath, you must request of the U.S. Trustee an adjourned Meeting of Creditors. Said request must be made within 21 days of the date of this notice. (*Address of U.S. Trustee: United States Courthouse, 501 East Court St., Ste. 6-430, Jackson, MS 39201*)

YOUR ARE FURTHER NOTIFIED that the affected creditor(s) has 60 days from the date of this notice to file, with the U.S. Bankruptcy Court, a complaint objecting to the debtor's discharge under §727(a) of the Bankruptcy Code, a complaint to determine the dischargeability of a debt under §523(c) of the Bankruptcy Code, a motion objecting to discharge under §§ 727(a)(8) or (a)(9) of the Bankruptcy Code, or to file a motion to seek an extension of time for filing a complaint or a motion objecting to discharge, unless a longer period of time is provided by Rules 4004, 4007, and 9006, of the Federal Rules of Bankruptcy Procedure.

YOU ARE FURTHER NOTIFIED that any added creditor is given 30 days from the conclusion of the meeting of creditors or 30 days from date of this notice, whichever is later, to file with the U.S. Bankruptcy Court an objection to the list of property claimed as exempt

YOU ARE FURTHER NOTIFIED that if the attached Notice of Chapter 7 Bankruptcy Case contains language "Please do not file a proof of claim unless you receive notice to do so.", then, you do not need to file a claim at this time.  However, if the notice contains a Proof of Claim deadline, as an added creditor you have 70 days from the date this notice to file a Proof of Claim with the U.S. Bankruptcy Court. A Proof of Claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Address of the U.S. Bankruptcy Court may be found on the attached Notice of Meeting of Creditors.

Date: Friday, May 01, 2026

                                        /s/ Thomas C. Rollins, Jr.
                                        Thomas C. Rollins, Jr.

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

---

### Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | Social Security number or ITIN **xxx–xx–0274** |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | Social Security number or ITIN  _ _ _ _ |
| | First Name    Middle Name    Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number: **25–51624–KMS**

Date case filed in chapter **13**        **10/30/25**
Date case converted to chapter **11**     **3/12/26**

---

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

---

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

---

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

---

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Donshekie Barrett | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5043 Fairbury Way<br>Diberville, MS 39540 | |
| 4. | **Debtor's attorney**<br>Name and address | Thomas Carl Rollins Jr<br>The Rollins Law Firm, PLLC<br>PO BOX 13767<br>Jackson, MS 39236 | Contact phone  601–500–5533<br>Email trollins@therollinsfirm.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse<br>2012 15th Street, Suite 244<br>Gulfport, MS 39501 | **Office Hours:**<br>**Monday – Friday 8:00 AM – 5:00 PM**<br><br>**Contact phone  228–563–1790**<br><br>**Date: 3/23/26** |

**For more information, see page 2 >**

Debtor **Donshekie Barrett**                                                     Case number **25–51624–KMS**

| | | |
|---|---|---|
| **6.** **Meeting of creditors** Debtors must attend the meeting to be questioned under oath, provide original picture identification and proof of social security number. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2026 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |

**7.** **Deadlines**
The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):**

• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.

• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is: 6/22/26.**

**Deadline for all creditors to file a proof of claim** (except governmental units)**: 2/27/26**

**Deadline for governmental units to file a proof of claim: 4/28/26**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated*;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors

| | |
|---|---|
| **8.** **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **9.** **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| **10.** **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
| **11.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

**Fill in this information to identify your case:**

Debtor 1    **Donshekie Barrett**
First Name        Middle Name        Last Name

Debtor 2
(Spouse if, filing)    First Name        Middle Name        Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF MISSISSIPPI

Case number    **25-51624**
(if known)

■ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **DB Roadside and Tire S**<br>**4020 Popps Ferry Rd Ste C**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.1**__<br>☐ Schedule G _____<br>**Ally** |
| 3.2   **DB Roadside and Tire S**<br>**4020 Popps Ferry Rd Ste C**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.15**__<br>☐ Schedule G _____<br>**Eastern Funding LLC** |
| 3.3   **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.2**__<br>☐ Schedule G _____<br>**American Express** |

Debtor 1  **Donshekie Barrett**                                          Case number *(if known)*  **25-51624**

| | |
|---|---|
| **Additional Page to List More Codebtors** | |
| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

**3.4** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.5**__
☐ Schedule G _____
**AMUR**

**3.5** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.6**__
☐ Schedule G _____
**AMUR**

**3.6** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.7**__
☐ Schedule G _____
**Ascentium Capital**

**3.7** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.8**__
☐ Schedule G _____
**Ascentium Capital**

**3.8** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.9**__
☐ Schedule G _____
**AtoB**

**3.9** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.11**__
☐ Schedule G _____
**Cadence Bank**

**3.10** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.14**__
☐ Schedule G _____
**DocuSign**

**3.11** **DB Transport LLC**
**5043 Fairbury Way**
**Diberville, MS 39540**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.15**__
☐ Schedule G _____
**Eastern Funding LLC**

Debtor 1  **Donshekie Barrett**                          Case number *(if known)*  **25-51624**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|
| 3.12  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.16**___<br>☐ Schedule G _____<br>**First Commerce of Amer** |
| 3.13  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.17**___<br>☐ Schedule G _____<br>**First Commerce of Amer** |
| 3.14  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.18**___<br>☐ Schedule G _____<br>**First Commerce of Amer** |
| 3.15  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.20**___<br>☐ Schedule G _____<br>**Headway** |
| 3.16  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.21**___<br>☐ Schedule G _____<br>**Keystone EFC** |
| 3.17  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.22**___<br>☐ Schedule G _____<br>**Keystone EFC** |
| 3.18  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.23**___<br>☐ Schedule G _____<br>**Midland** |
| 3.19  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line ___**4.27**___<br>☐ Schedule G _____<br>**On Deck** |

Debtor 1  **Donshekie Barrett**                                    Case number *(if known)*  **25-51624**

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.20  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ■ Schedule D, line __**2.12**__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Pac Western Financial** |
| 3.21  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.30**__<br>☐ Schedule G _____<br>**SBA** |
| 3.22  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.31**__<br>☐ Schedule G _____<br>**Stearns Bank** |
| 3.23  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.32**__<br>☐ Schedule G _____<br>**Stearns Bank** |
| 3.24  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.33**__<br>☐ Schedule G _____<br>**Stearns Bank** |
| 3.25  **DB Transport LLC**<br>**5043 Fairbury Way**<br>**Diberville, MS 39540** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __**4.34**__<br>☐ Schedule G _____<br>**UniSource Capital** |

Official Form 106H                    Schedule H: Your Codebtors                    Page 4 of 4

**CERTIFICATE OF SERVICE**

I, Thomas C. Rollins, Jr., do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and/or via U. S. Mail, postage prepaid, a true and correct copy of the above Notice of Amendment to Schedules, a copy of the Notice of Meeting of Creditors, and amended schedules to the affected creditor(s), Case Trustee and U.S. Trustee at the above listed address(es).

Date:   Friday, May 01, 2026


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (Bar No. 103469)
Jennifer A Curry Calvillo (Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 5/5/2026, I did cause a copy of the following documents, described below,

Notice to Creditors Amended H

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 5/5/2026, a copy of the following documents, described below,

Notice to Creditors Amended H

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

DB ROADSIDE AND TIRE SERVICE, LLC
4020 POPPS FERRY RD, STE C
D'IBERVILLE MS 39540

FIRST CLASS

DB TRANSPORTS, LLC
5043 FAIRBURY WAY
D'IBERVILLE MS 39540