MSSB-A11 (4/24)

# United States Bankruptcy Court
## Southern District of Mississippi

**In re:** Donshekie Barrett, Debtor

**Case No.** 25-51624-KMS

_____
*Debtor(s)*

**Chapter 11**

**To: Affected Creditors**: Creditor List attached.

### Notice of Amendment

**Please take notice** that the above-referenced Debtor(s) has filed an amendment to the *List of Creditors/Mailing Matrix* and/or *Schedules* to add one or more additional creditors. The amendment lists the above affected creditor(s) as an additional creditor in the above-referenced bankruptcy case.

The affected creditor has **21 days** from the date of this notice to request an adjourned § 341(a) creditors' meeting if the added creditor wishes to examine the Debtor(s) under oath. The creditor must submit a written request to the U.S. Trustee, 501 East Court St., Ste. 6-430, Jackson, MS 39201. (See a copy of the original *Notice of Chapter 11 Bankruptcy Case* ("§ 341 Meeting of Creditors Notice") attached.)

The affected creditor has **60 days** from the date of this notice to file with the U.S. Bankruptcy Court a complaint objecting to the discharge of the Debtor(s), or a complaint to determine the dischargeability of a debt, or to file a motion requesting an extension of time to file such a complaint, unless the Federal Rules of Bankruptcy Procedure provides for a longer period of time.

If the above Debtor(s) is an individual, the affected creditor has **30 days** from the conclusion of the meeting of creditors or **30 days** from the date of this notice, whichever is later, to file with the U.S. Bankruptcy Court an objection to the list of property claimed as exempt.

The affected creditor has the right to file a proof of claim with the U.S. Bankruptcy Court by the bar date indicated on the attached § 341 Meeting of Creditors Notice or **30 days** from the date of this notice, whichever is later. A Proof of Claim (Official Form 410) may be obtained at www.mssb.uscourts.gov or any bankruptcy clerk's office.

Address of the U.S. Bankruptcy Court is provided on the attached § 341 Meeting of Creditors Notice.

/s/ Thomas C. Rollins, Jr., Debtor's Attorney
_____
Signature of Debtor or Attorney for Debtor(s)

_____
Signature of Joint Debtor *(if applicable)*

### Certificate of Service

I hereby certify that I have this date served a true and correct copy of the Notice of Amendment, the § 341 Meeting of Creditors Notice, and the amended schedule (if applicable) to the affected creditor(s) via First Class U.S. Mail and the case trustee (if any) and U.S. Trustee via Notice of Electronic Filing (NEF) through the ECF system.

Date: May 4, 2026

/s/ Thomas C. Rollins, Jr.
_____
Signature

Thomas C. Rollins, Jr. (Bar No. 103469)
The Rollins Law Firm
P.O. Box 13767, Jackson, MS 39236
(601) 500-5533

25-51624-KMS   Dkt 91   Filed 05/05/26   Entered 05/05/26 14:55:57   Page 2 of 34

| | | |
|---|---|---|
| ALLY<br>P.O. BOX 9001951<br>LOUISVILLE, KY 40290 | CITIZENS ONE<br>ATTN: BANKRUPTCY<br>ONE CITIZENS PLAZA<br>PROVIDENCE, RI 02903 | GREENWOOD CREDIT UNION<br>ATTN: BANKRUPTCY<br>2669 POST RD<br>WARWICK, RI 02886 |
| AMERICAN EXPRESS<br>P.O. BOX 981537<br>EL PASO, TX 79998 | DB ROADSIDE AND TIRE<br>4020 POPPS FERRY RD STE C<br>DIBERVILLE, MS 39540 | HARLEY DAVIDSON<br>ATTN: BANKRUPTCY<br>PO BOX 22048<br>CARSON CITY, NV 89721 |
| AMEX<br>PO BOX 981535<br>EL PASO, TX 79998 | DB TRANSPORT LLC<br>5043 FAIRBURY WAY<br>DIBERVILLE, MS 39540 | HEADWAY<br>4700 W DAYBREAK PKWY<br>STE 200<br>SOUTH JORDAN, UT 84009 |
| BANK OF AMERICA<br>ATTN: BANKRUPTCY<br>4909 SAVARESE CIRCLE<br>TAMPA, FL 33634 | DLL FINANCE LLC<br>ATTN: BANKRUPTCY<br>8001 BIRCHWOOD CT<br>JOHNSTON, IA 50131 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| CAPITAL ONE AUTO<br>ATTN: BANKRUPTCY<br>7933 PRESTON RD<br>PLANO, TX 75024 | EASTERN FUNDING LLC<br>213 W 35TH ST<br>STE 2W<br>NEW YORK, NY 10001 | INTERNAL REVENUE SERVICE<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 |
| CHASE AUTO FINANCE<br>ATTN: BANKRUPTCY<br>700 KANSAS LANE<br>MONROE, LA 71203 | FNBO SLICE<br>P.O. BOX 3412<br>OMAHA, NE 68197 | KEYSTONE EFC<br>433 S MAIN ST SUITE 30<br>WEST HARTFORD, CT 06110 |

M & T BANK
ATTN: BANKRUPTCY
PO BOX 844
BUFFALO, NY 14240

ON DECK
4700 W. DAYBREAK PKWY
SOUTH JORDAN, UT 84009

SYNCHRONY BANK
PO BOX 965073
ORLANDO, FL 32896

MIDLAND
5403 OLYMPIC DR
STE 200
GIG HARBOR, WA 98335

ONEMAIN
PO BOX 1010
EVANSVILLE, IN 47706

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING, GA 30040

NAVY FCU
ATTN: BANKRUPTCY
PO BOX 3000
MERRIFIELD, VA 22119

STEARNS BANK
P.O. BOX 750
ALBANY, MN 56307-0750

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON, DC 20530-0001

NAVY FEDERAL CU
ATTN: BANKRUPTCY
PO BOX 3302
MERRIFIELD, VA 22119

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 955060
ORLANDO, FL 32896-5060

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Donshekie Barrett** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number | **25-51624** |
| (if known) | |

■ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

| **Part 1:** | **List All Secured Claims** |
|---|---|

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |
| **2.1 Bank of America** Creditor's Name | Describe the property that secures the claim: | $243,445.22 | $208,800.00 | $34,645.22 |

**2019 Tiffin Phaeton**

**Attn: Bankruptcy**
**Pob 26012**
**Greensboro, NC 27410**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Date debt was incurred** **Opened 02/23  Last Active 6/26/25**

**Last 4 digits of account number** **9367**

Debtor 1   **Donshekie Barrett**                                      Case number (if known)    **25-51624**

First Name          Middle Name          Last Name

| 2.2 | **BMW** | | | $47,962.05 | $40,932.00 | $7,030.05 |

Creditor's Name

**Describe the property that secures the claim:**

> **2024 BMW 330i 8459 miles daughter drives**

P.O. Box 78066
Phoenix, AZ 85062

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred   **6/2025**          Last 4 digits of account number   _____

---

| 2.3 | **Capital One Auto** | | | $96,127.57 | $72,334.00 | $23,793.57 |

Creditor's Name

**Describe the property that secures the claim:**

> **2025 GMC Sierra 2500 5000 miles debtor drives**

**Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened
6/11/25
Last Active**

Date debt was incurred   **06/25**          Last 4 digits of account number   **1001**

---

Debtor 1  **Donshekie Barrett**

First Name           Middle Name           Last Name

Case number (if known)     **25-51624**

---

| 2.4 | **Capital One Auto** | Describe the property that secures the claim: | $15,914.94 | $21,728.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

> **2023 Hyundai Elantra 23500 miles daughter drives**

**Attn: Bankruptcy**
**7933 Preston Rd**
**Plano, TX 75024**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **Opened 11/09/22 Last Active 6/09/25**

Last 4 digits of account number     **1001**

---

| 2.5 | **Chase Auto Finance** | Describe the property that secures the claim: | $93,992.53 | $81,341.00 | $12,651.53 |
|---|---|---|---|---|---|

Creditor's Name

> **2025 Mercedes GLE 53 9700 miles spouse drives**

**Attn: Bankruptcy**
**700 Kansas Lane**
**Monroe, LA 71203**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred     **Opened 04/25 Last Active 7/02/25**

Last 4 digits of account number     **0509**

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 3 of 8

Debtor 1  **Donshekie Barrett**                                    Case number (if known)  **25-51624**

First Name          Middle Name          Last Name

| 2.6 | **DLL Finance LLC** | Describe the property that secures the claim: | **$47,133.35** | **$50,000.00** | **$0.00** |

Creditor's Name

**2024 Kioti  model KL4030C tractor in business name**

**Attn: Bankruptcy**
**8001 Birchwood Ct**
**Johnston, IA 50131**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

■ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 5/15/25 Last Active 6/15/25**

Date debt was incurred   **6/15/25**          Last 4 digits of account number   **3000**

| 2.7 | **Greenwood Credit Union** | Describe the property that secures the claim: | **$14,045.69** | **$13,770.00** | **$275.69** |

Creditor's Name

**1972 Oldsmobile Cutlass 76000 miles**
**Debtor drives**

**Attn: Bankruptcy**
**2669 Post Rd**
**Warwick, RI 02886**

**As of the date you file, the claim is:** Check all that apply.

Number, Street, City, State & Zip Code

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 10/22  Last Active**

Date debt was incurred   **6/09/25**          Last 4 digits of account number   **6722**

Debtor 1  **Donshekie Barrett**                          Case number (if known)   **25-51624**

First Name          Middle Name          Last Name

| 2.8 | **Harley Davidson** | Describe the property that secures the claim: | $23,642.15 | $15,282.00 | $8,360.15 |

Creditor's Name

**2023 Harley Road Glide 2300 miles**

**Attn: Bankruptcy**
**Po Box 22048**
**Carson City, NV 89721**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 05/22  Last Active 6/14/25**

Date debt was incurred          **Last 4 digits of account number   6989**

---

| 2.9 | **M & T Bank** | Describe the property that secures the claim: | $320,028.99 | $440,000.00 | $0.00 |

Creditor's Name

**5043 Fairbury Way Diberville, MS 39540  Harrison County**

**Attn: Bankruptcy**
**Po Box 844**
**Buffalo, NY 14240**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

**Nature of lien.** Check all that apply.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Mortgage**

**Opened 09/21  Last Active 7/01/25**

Date debt was incurred          **Last 4 digits of account number   1289**

Debtor 1  **Donshekie Barrett**                                              Case number (if known)   **25-51624**

First Name          Middle Name          Last Name

| 2.10 | **NAVY FCU** | **Describe the property that secures the claim:** | **$55,806.88** | **$42,804.00** | **$13,002.88** |
|---|---|---|---|---|---|

Creditor's Name

**2025 Harley Road Glide CVO 1000 miles**

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 05/25  Last Active**

Date debt was incurred   **6/30/25**          Last 4 digits of account number   **0792**

| 2.11 | **NAVY FCU** | **Describe the property that secures the claim:** | **$28,406.36** | **$41,159.00** | **$0.00** |
|---|---|---|---|---|---|

Creditor's Name

**2018 Porsche Panamera 53268 miles**

**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 10/21  Last Active**

Date debt was incurred   **6/30/25**          Last 4 digits of account number   **9470**

Debtor 1    **Donshekie Barrett**                                              Case number (if known)    **25-51624**

First Name          Middle Name          Last Name

| 2.1 2 | **Pac Western Financial** | Describe the property that secures the claim: | | $0.00 | $440,000.00 | $0.00 |
|---|---|---|---|---|---|---|

Creditor's Name

**5043 Fairbury Way Diberville, MS 39540  Harrison County**

**P.O. Box 1726**
**Draper, UT 84020**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number    **5796**

| 2.1 3 | **Synchrony** | Describe the property that secures the claim: | | $14,009.72 | $8,000.00 | $6,009.72 |
|---|---|---|---|---|---|---|

Creditor's Name

**2025 Enclosed Trailer**

**Attn: Bankruptcy**
**PO Box 955060**
**Orlando, FL 32896-5060**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____        Last 4 digits of account number _____

Debtor 1  **Donshekie Barrett**

First Name        Middle Name        Last Name

Case number (if known)    **25-51624**

| 2.14 | **Synchrony Bank** | | | $33,672.32 | $23,548.00 | $10,124.32 |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**2023 Vanderhall Carmel GT**

**Po Box 965073**
**Orlando, FL 32896**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

**Opened 08/24  Last Active 6/25/25**

Date debt was incurred

Last 4 digits of account number    **2584**

| | | |
|---|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | | $1,034,187.77 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | | $1,034,187.77 |

**Part 2:** **List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Official Form 106D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 8 of 8

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Donshekie Barrett** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF MISSISSIPPI |
| Case number (if known) | **25-51624** |

■ Check if this is an amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| 2.1 | **Internal Revenue Servi** | Last 4 digits of account number _____ | **$79,892.34** | **$44,535.75** | **$35,356.59** |
| | Priority Creditor's Name | | | | |

**Centralized Insolvency**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

**Internal Revenue Service**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1   **Donshekie Barrett**                                          Case number (if known)   **25-51624**

**4.1**   **Ally**                                                          Last 4 digits of account number _____                    $42,185.34
Nonpriority Creditor's Name
**P.O. Box 9001951**                                                       **When was the debt incurred?** _____
**Louisville, KY 40290**
Number Street City State Zip Code                                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                                            ☐ Contingent
☐ Debtor 2 only                                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                               ☐ Disputed
■ At least one of the debtors and another                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                               ☐ Student loans
**debt**                                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                        report as priority claims
■ No                                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                                      ■ Other. Specify   **Non-consumer**

**4.2**   **American Express**                                             Last 4 digits of account number _____                    $1,809.20
Nonpriority Creditor's Name
**P.O. Box 981537**                                                        **When was the debt incurred?** _____
**El Paso, TX 79998**
Number Street City State Zip Code                                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
☐ Debtor 1 only                                                            ☐ Contingent
☐ Debtor 2 only                                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                               ☐ Disputed
■ At least one of the debtors and another                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                               ☐ Student loans
**debt**                                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                        report as priority claims
■ No                                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                                      ■ Other. Specify   **Non-consumer**

**4.3**   **Amex**                                                         Last 4 digits of account number  **9633**                        $7,744.74
Nonpriority Creditor's Name
**Po Box 981535**                                                          **Opened 12/21  Last Active**
**El Paso, TX 79998**                                                      **When was the debt incurred?**   **6/06/25**
Number Street City State Zip Code                                          **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.
■ Debtor 1 only                                                            ☐ Contingent
☐ Debtor 2 only                                                            ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                                               ☐ Disputed
☐ At least one of the debtors and another                                  **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**                               ☐ Student loans
**debt**                                                                   ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                                        report as priority claims
■ No                                                                       ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                                                      ■ Other. Specify   **Credit Card**

Debtor 1   **Donshekie Barrett**                                    Case number (if known)   **25-51624**

| 4.4 | **Amex** | Last 4 digits of account number | **0633** | **$1,809.90** |

Nonpriority Creditor's Name

**Po Box 981535**
**El Paso, TX 79998**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened 11/18  Last Active 6/11/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Credit Card**

---

| 4.5 | **AMUR** | Last 4 digits of account number | | **$15,534.16** |

Nonpriority Creditor's Name

**P.O. Box 2555**
**Grand Island, NE 68801**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Non-consumer**

---

| 4.6 | **AMUR** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**P.O. Box 2555**
**Grand Island, NE 68801**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ Contingent
☐ Unliquidated
■ Disputed

☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                                                Case number (if known)      **25-51624**

| | |
|---|---|
| **4.7** | |

**Ascentium Capital**
Nonpriority Creditor's Name
**23970 Hwy 59 N**
**Kingwood, TX 77339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Non-consumer**

---

| | |
|---|---|
| **4.8** | |

**Ascentium Capital**
Nonpriority Creditor's Name
**23970 Hwy 59 N**
**Kingwood, TX 77339**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Non-consumer**

---

| | |
|---|---|
| **4.9** | |

**AtoB**
Nonpriority Creditor's Name
**1 Embarcadero Ctr**
**Ste 1200**
**San Francisco, CA 94111**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                          Case number (if known)     **25-51624**

| 4.10 | **Bank of America** | |
|---|---|---|

**Bank of America**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**4909 Savarese Circle**
**Tampa, FL 33634**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2039**                          $0.00

**When was the debt incurred?**    **Opened 01/25  Last Active 06/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

| 4.11 | **Cadence Bank** | |
|---|---|---|

**Cadence Bank**
Nonpriority Creditor's Name
**2910 W Jackson St**
**Tupelo, MS 38801**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                          $0.00

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Non-consumer**

---

| 4.12 | **Capital One** | |
|---|---|---|

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **7824**                          $0.00

**When was the debt incurred?**    **Opened 09/12  Last Active 6/04/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

Debtor 1   **Donshekie Barrett**                                    Case number (if known)      **25-51624**

---

| 4.1 3 | **Citizens One** | Last 4 digits of account number | **6328** | **$2,133.24** |

Nonpriority Creditor's Name
**Attn: Bankruptcy**
**One Citizens Plaza**
**Providence, RI 02903**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 06/23  Last Active 6/16/25**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify _____

---

| 4.1 4 | **DocuSign** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name
**221 Main St**
**Ste 800**
**San Francisco, CA 94105**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Non-consumer**

---

| 4.1 5 | **Eastern Funding LLC** | Last 4 digits of account number | | **$116,876.69** |

Nonpriority Creditor's Name
**213 W 35th St**
**Ste 2W**
**New York, NY 10001**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                                    Case number (if known)   **25-51624**

---

**4.16**

**First Commerce of Amer**
Nonpriority Creditor's Name
**155 B Ave, #300**
**Chapel Hill, TN 37034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Non-consumer**

---

**4.17**

**First Commerce of Amer**
Nonpriority Creditor's Name
**155 B Ave, #300**
**Chapel Hill, TN 37034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Non-consumer**

---

**4.18**

**First Commerce of Amer**
Nonpriority Creditor's Name
**155 B Ave, #300**
**Chapel Hill, TN 37034**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** _____                    **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                                   Case number (if known)   **25-51624**

---

**4.19**

**Fnbo Slice**
Nonpriority Creditor's Name

**P.o. Box 3412**
**Omaha, NE 68197**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **1001**                    $73,149.26

**When was the debt incurred?**   **Opened  6/27/23  Last Active 6/27/25**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Unsecured**

---

**4.20**

**Headway**
Nonpriority Creditor's Name
**4700 W Daybreak Pkwy**
**Ste 200**
**South Jordan, UT 84009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                              $55,298.12

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Non-consumer**

---

**4.21**

**Keystone EFC**
Nonpriority Creditor's Name
**433 S Main St Suite 30**
**West Hartford, CT 06110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number                              $82,234.12

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ■ Contingent
- ☐ Unliquidated
- ■ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                                    Case number (if known)    **25-51624**

---

**4.2 2**

**Keystone EFC**
Nonpriority Creditor's Name
**433 S Main St Suite 30**
**West Hartford, CT 06110**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Non-consumer**

---

**4.2 3**

**Midland**
Nonpriority Creditor's Name
**5403 Olympic Dr**
**Ste 200**
**Gig Harbor, WA 98335**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** _____          **$161,769.68**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Non-consumer**

---

**4.2 4**

**NAVY FCU**
Nonpriority Creditor's Name
**Attn:  Bankruptcy**
**Po Box 3000**
**Merrifield, VA 22119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number** **5446**          **$7,314.21**

**When was the debt incurred?** **Opened 11/21  Last Active 6/30/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Unsecured**

---

Debtor 1  **Donshekie Barrett**                                    Case number (if known)    **25-51624**

---

**4.25**

**Navy Federal CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3302**
**Merrifield, VA 22119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number  **0309**                          **$1,055.02**

**When was the debt incurred?**  **Opened 08/20  Last Active 5/29/25**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Credit Card**

---

**4.26**

**Navy Federal CU**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
**Po Box 3302**
**Merrifield, VA 22119**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                   **$1,770.64**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify

---

**4.27**

**On Deck**
Nonpriority Creditor's Name
**4700 W . Daybreak Pkwy**
**South Jordan, UT 84009**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number                                   **$98,004.75**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Non-consumer**

---

Debtor 1   **Donshekie Barrett**                                    Case number (if known)   **25-51624**

| 4.2 8 | **Onemain** | Last 4 digits of account number | **8105** | **$9,514.92** |

Nonpriority Creditor's Name

**Po Box 1010**
**Evansville, IN 47706**

When was the debt incurred?   **Opened 10/23  Last Active 6/15/25**

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only          ☐ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ☐ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Unsecured**

---

| 4.2 9 | **PacWestern** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**222 S Main St 5th Fl**
**Salt Lake Cit, UT 84101**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only          ■ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ■ Disputed

☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Non-consumer**

---

| 4.3 0 | **SBA** | Last 4 digits of account number | | **$0.00** |

Nonpriority Creditor's Name

**801 Tom Martin Dr**
**Ste 210**
**Birmingham, AL 35211**

When was the debt incurred?

Number Street City State Zip Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only          ■ Contingent

☐ Debtor 2 only          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only          ■ Disputed

■ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**          ☐ Student loans

**Is the claim subject to offset?**          ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No          ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes          ■ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                              Case number (if known)    **25-51624**

---

**4.31**

**Stearns Bank**
Nonpriority Creditor's Name
**P.O. Box 750**
**Albany, MN 56307-0750**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$161,556.73**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Non-consumer**

---

**4.32**

**Stearns Bank**
Nonpriority Creditor's Name
**P.O. Box 750**
**Albany, MN 56307-0750**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Non-consumer**

---

**4.33**

**Stearns Bank**
Nonpriority Creditor's Name
**P.O. Box 750**
**Albany, MN 56307-0750**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☒ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No

☐ Yes

**Last 4 digits of account number** _____        **$0.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☒ Contingent

☐ Unliquidated

☒ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☒ Other. Specify   **Non-consumer**

---

Debtor 1  **Donshekie Barrett**                    Case number (if known)  **25-51624**

| 4.34 | **UniSource Capital** | Last 4 digits of account number | | $9,336.16 |

Nonpriority Creditor's Name

**214 Canton Rd**
**Ste 1**
**Cumming, GA 30040**

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Non-consumer**

---

| Part 3: | List Others to Be Notified About a Debt That You Already Listed |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Name and Address
**Internal Revenue Servi**
**c/o US Attorney**
**501 East Court St**
**Ste 4.430**
**Jackson, MS 39201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**SBA**
**c/o US Attorney's Offi**
**501 E Court St**
**Ste. 4.430**
**Jackson, MS 39201**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**Stephen B Elggren**
**PO Box 1726**
**Draper, UT 84020**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.29** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US Attorney General**
**US Dept of Justice**
**950 Pennsylvania AveNW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.30** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

Name and Address
**US Attorney General**
**US Dept of Justice**
**950 Pennsylvania AveNW**
**Washington, DC 20530-0001**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **2.1** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

**Total Claim**

Debtor 1  **Donshekie Barrett**                                    Case number (if known)  **25-51624**

| | | | | | |
|---|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ | 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ | 79,892.34 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ | 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ | 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 79,892.34 |

|  |  |  | | Total Claim | |
|---|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ | 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 849,096.88 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 849,096.88 |

# Notice of Chapter 11 Bankruptcy Case
## United States Bankruptcy Court Southern District of Mississippi

---

### Information to identify the case:

| | | |
|---|---|---|
| Debtor 1 | **Donshekie Barrett** | Social Security number or ITIN   **xxx–xx–0274** |
| | First Name    Middle Name    Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court for the Southern District of Mississippi

Case number:  **25–51624–KMS**

Date case filed in chapter  **13**          **10/30/25**
Date case converted to chapter **11**     **3/12/26**

---

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

---

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Cell Phones and other electronic devices are generally not allowed in the courthouses of this District. For more information visit www.mssb.uscourts.gov.**

---

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

---

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Donshekie Barrett | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 5043 Fairbury Way Diberville, MS 39540 | |
| **4.** | **Debtor's attorney** Name and address | Thomas Carl Rollins Jr The Rollins Law Firm, PLLC PO BOX 13767 Jackson, MS 39236 | Contact phone  601–500–5533 Email trollins@therollinsfirm.com |
| **5.** | **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | Dan M. Russell, Jr. U.S. Courthouse 2012 15th Street, Suite 244 Gulfport, MS 39501 | **Office Hours: Monday – Friday 8:00 AM – 5:00 PM** <br> **Contact phone  228–563–1790** <br> **Date: 3/23/26** |

**For more information, see page 2 >**

---

Debtor  **Donshekie Barrett**                                                                    Case number **25–51624–KMS**

| 6. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath, provide original picture identification and proof of social security number. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 20, 2026 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Meeting will be held telephonically, Call in number: 1–888–330–1716, Passcode: 9133095#** |
|---|---|---|---|

| 7. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint objecting to discharge or to challenge whether certain debts are dischargeable (see line 10 for more information):** |
|---|---|---|

• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3), the deadline is the first date set for hearing on confirmation of the plan. The court or its designee will send you notice of that date later.

• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6), **the deadline is:  6/22/26.**

**Deadline for all creditors to file a proof of claim** (except governmental units)**:  2/27/26**

**Deadline for governmental units to file a proof of claim:  4/28/26**

A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.

Your claim will be allowed in the amount scheduled unless:
• your claim is designated as *disputed*, *contingent*, or *unliquidated*;
• you file a proof of claim in a different amount; or
• you receive another notice.

If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.

You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov.

Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing Deadline:**
30 days after the *conclusion* of the meeting of creditors

| 8. | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
|---|---|---|

| 9. | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
|---|---|---|

| 10. | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date. |
|---|---|---|

| 11. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |
|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624-KMS

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 11

On 5/5/2026, I did cause a copy of the following documents, described below,

Ch 11 Notice to Creditors

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/5/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624-KMS

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 11

On 5/5/2026, a copy of the following documents, described below,

Ch 11 Notice to Creditors

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/5/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

ALLY
PO BOX 9001951
LOUISVILLE KY 40290

CITIZENS ONE
ATTN BANKRUPTCY
ONE CITIZENS PLAZA
PROVIDENCE RI 02903

GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2669 POST RD
WARWICK RI 02886

AMERICAN EXPRESS
PO BOX 981537
EL PASO TX 79998

DB ROADSIDE AND TIRE
4020 POPPS FERRY RD STE C
DIBERVILLE MS 39540

HARLEY DAVIDSON
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY NV 89721

AMEX
PO BOX 981535
EL PASO TX 79998

DB TRANSPORT LLC
5043 FAIRBURY WAY
DIBERVILLE MS 39540

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN UT 84009

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634

DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON IA 50131

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA PA 19101

CAPITAL ONE AUTO
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO TX 75024

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK NY 10001

INTERNAL REVENUE SERVICE
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON MS 39201

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE
MONROE LA 71203

FNBO SLICE
PO BOX 3412
OMAHA NE 68197

KEYSTONE EFC
433 S MAIN ST SUITE 30
WEST HARTFORD CT 06110

M  T BANK
ATTN BANKRUPTCY
PO BOX 844
BUFFALO NY 14240

ON DECK
4700 W DAYBREAK PKWY
SOUTH JORDAN UT 84009

SYNCHRONY BANK
PO BOX 965073
ORLANDO FL 32896

MIDLAND
5403 OLYMPIC DR
STE 200
GIG HARBOR WA 98335

ONEMAIN
PO BOX 1010
EVANSVILLE IN 47706

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING GA 30040

NAVY FCU
ATTN BANKRUPTCY
PO BOX 3000
MERRIFIELD VA 22119

STEARNS BANK
PO BOX 750
ALBANY MN 56307

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON DC 20530

CASE INFO

NAVY FEDERAL CU
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD VA 22119

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO FL 32896
-5060

 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51624-KMS
SOUTHERN DISTRICT OF MISSISSIPPI
MON MAY 4 13-12-27 PST 2026

ALLY BANK  CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

AMUR EQUIPMENT FINANCE
304 W 3RD ST
GRAND ISLAND  NE 68801-5941

AXIS TITLE  LLC
CO WELTMAN  WEINBERG  REIS CO  LPA
5990 WEST CREEK ROAD  SUITE 200
INDEPENDENCE  OH 44131-2191

BMW BANK OF NORTH AMERICA  CO AIS PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EASTERN FUNDING LLC DBA SPECIALTY VEHICLE
CO TIMOTHY J ANZENBERGER
ADAMS  REESE  LLP
1018 HIGHLAND COLONY PARKWAY  SUITE 800
RIDGELAND  MS 39157-2057

KEYSTONE EQUIPMENT FINANCE CORP
525 N TRYON ST STE 1000
CHARLOTTE  NC 28202-0210

EXCLUDE

(U)MT BANK

MIDLAND STATES BANK
ORION FIRST FINANCIAL CO L GINO MARCHE
2908 POSTON AVENUE
NASHVILLE  TN 37203-1309

PAC WESTERN FINANCIAL  LLC
PO BOX 1726
DRAPER  UT 84020-1726

(P)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AMUR
PO BOX 2555
GRAND ISLAND  NE 68802-2555

ALLY
PO BOX 9001951
LOUISVILLE  KY 40290-1951

EXCLUDE

ALLY BANK DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(D)ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

EXCLUDE

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
PO BOX 981535
EL PASO  TX 79998-1535

(U)AMUR EQUIPMENT FINANCE 304 W 3RD ST GRAND IS

(P)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

ATOB
1 EMBARCADERO CTR
STE 1200
SAN FRANCISCO  CA 94111-3617

AXIS TITLE  LLC ASSIGNEE OF AMUR EQUIPMENT F
CO WELTMAN  WEINBERG  REIS CO  LPA
5990 WEST CREEK ROAD  SUITE 200
INDEPENDENCE  OH 44131-2191

BMW
PO BOX 78066
PHOENIX  AZ 85062-8066

BMW BANK OF NORTH AMERICA
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BMW BANK OF NORTH AMERICA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
POB 26012
GREENSBORO  NC 27420-6012

BANK OF AMERICA  NA
PO BOX 31785
TAMPA  FL 33631-3785

CADENCE BANK
2910 W JACKSON ST
TUPELO  MS 38801-6799

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2359

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE
MONROE  LA 71203-4774

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

EXCLUDE

(D)(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON  IA 50131-2889

DOCUSIGN
221 MAIN ST
STE 800
SAN FRANCISCO  CA 94105-1921

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK  NY 10001-0217

EASTERN FUNDING  LLC
CO TIMOTHY J ANZENBERGER
ADAMS  REESE  LLP
1018 HIGHLAND COLONY PKWY  SUITE 800
RIDGELAND  MS 39157-2057

FIRST COMMERCE OF AMER
155 B AVE  300
CHAPEL HILL  TN 37034

EXCLUDE

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(P)GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2700 POST RD
WARWICK RI 02886-3003

EXCLUDE

(D)(P)GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2700 POST RD
WARWICK RI 02886-3003

HARLEY DAVIDSON
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY  NV 89721-2048

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON  TEXAS 75001-9013

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN  UT 84009-5133

(P)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK  NA
NATIONAL BANKRUPTCY DEPARTMENT
700 KANSAS LANE  LA4- 5599
MONROE  LA 71203-4774

EXCLUDE

JIM F SPENCER  JR
WATKINS  EAGER PLLC
FOR KEYSTONE EQUIPMENT FINANCE CORP
POST OFFICE BOX 650
JACKSON  MS 39205-0650

KEYSTONE EFC
433 S MAIN ST SUITE 30
WEST HARTFORD  CT 06110-1670

(D)KEYSTONE EQUIPMENT FINANCE CORP
525 N TRYON ST STE 1000
CHARLOTTE  NC 28202-0210

EXCLUDE

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(D)(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MIDLAND STATES BANK
ORION FIRST FINANCIAL
CO GINO MARCHETTI  JR
2908 POSTON AVENUE
NASHVILLE  TN 37203-1309

NAVY FCU
ATTN  BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

NAVY FEDERAL CU
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD  VA 22119-3302

EXCLUDE

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

(D)NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA  22119-3000

ODK CAPITAL LLC
4700 W DAYBREAK PKWY  STE 200
SOUTH JORDAN UT 84009-5133

ON DECK
4700 W  DAYBREAK PKWY
SOUTH JORDAN  UT 84009-5133

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PACWESTERN
222 S MAIN ST 5TH FL
SALT LAKE CIT  UT 84101-2185

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM  AL 35211-6426

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

EXCLUDE

(D)(P)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

STEPHEN B ELGGREN
PO BOX 1726
DRAPER  UT 84020-1726

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
PO BOX 965073
ORLANDO  FL 32896-5073

SYNCHRONY BANK DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES  L
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

TIMOTHY J ANZENBERGER
ADAMS AND REESE LLP
FOR EASTERN FUNDING LLC DBA SPECIALTY
1018 HIGHLAND COLONY PARKWAY  SUITE 800
RIDGELAND  MS 39157-2057

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
1575 20TH AVENUE  2ND FLOOR
GULFPORT  MS 39501-2040

US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
1575 20TH AVENUE  2ND FLOOR
GULFPORT  MS 39501-2040

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD  SUITE 900
ATLANTA  GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON  DC 20530-0001

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING  GA 30040-2370

EXCLUDE

DEBTOR

UNISOURCE CAPITAL
COHN  DUSSI  LLC
255 STATE STREET SUITE 7B
BOSTON  MA 02109-2613

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6-430
JACKSON  MS 39201-5022

DONSHEKIE BARRETT
5043 FAIRBURY WAY
DIBERVILLE  MS 39540-1000

EXCLUDE

EXCLUDE

KIMBERLY D STRONG
HARPER  RAINS  KNIGHT  COMPANY
1052 HIGHLAND COLONY PARKWAY  SUITE 100
RIDGELAND  MS 39157-8764

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM  PLLC
PO BOX 13767
JACKSON  MS 39236-3767