**Fill in this information to identify the case:**

Debtor Name __Donshekie Barrett__

United States Bankruptcy Court for the: Southern District of Mississippi

Case number: __25-51624__

❏ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11

**12/17**

Month: __April__

Date report filed: __05/21/2026__
MM / DD / YYYY

Line of business: _____

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: __Donshekie Barrett__

Original signature of responsible party __[signature]__

Printed name of responsible party __Donshekie Barrett__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ❏ | ❏ | ☑ |
| 2. | Do you plan to continue to operate the business next month? | ❏ | ❏ | ☑ |
| 3. | Have you paid all of your bills on time? | ☑ | ❏ | ❏ |
| 4. | Did you pay your employees on time? | ❏ | ❏ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ❏ | ❏ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ❏ | ❏ |
| 7. | Have you timely filed all other required government filings? | ☑ | ❏ | ❏ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ❏ | ❏ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ❏ | ❏ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ❏ | ☑ | ❏ |
| 11. | Have you sold any assets other than inventory? | ❏ | ☑ | ❏ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ❏ | ☑ | ❏ |
| 13. | Did any insurance company cancel your policy? | ❏ | ☑ | ❏ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ❏ | ☑ | ❏ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ❏ | ☑ | ❏ |
| 16. | Has anyone made an investment in your business? | ❏ | ❏ | ☑ |

Debtor Name __Donshekie Barrett_____     Case number__25-51624_____

17. Have you paid any bills you owed before you filed bankruptcy?      ☑   ❑   ❑

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ❑   ❑   ☑

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.      $ __14250.76__

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.      $ __52,083.22__

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.      − $ __10659.39__

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.      + $ __41423.83__

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.      = $ __55674.59__

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**      $ _____0

    *(Exhibit E)*

Debtor Name  Donshekie Barrett                                    Case number 25-51624

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**    $ _____ 0

     *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?    _____ 0

27. What is the number of employees as of the date of this monthly report?    _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0

30. How much have you paid this month in other professional fees?    $ _____ 0

31. How much have you paid in total other professional fees since filing the case?    $ _____ 0

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | *Column A* Projected — Copy lines 35-37 from the previous month's report. | *Column B* Actual — Copy lines 20-22 of this report. | *Column C* Difference — Subtract Column B from Column A. |
|---|---|---|---|
| 32. **Cash receipts** | $ 27000.00 | – $ 52083.22 | = $ -25083.22 |
| 33. **Cash disbursements** | $ 25000.00 | – $ 10659.39 | = $ 14340.61 |
| 34. **Net cash flow** | $ 2000.00 | – $ 14250.76 | = $ -12250.76 |

35. Total projected cash receipts for the next month:    $ 27,000.00

36. Total projected cash disbursements for the next month:    – $ 25,000.00

37. Total projected net cash flow for the next month:    = $ 2000.00

Debtor Name  Donshekie Barrett                                        Case number 25-51624

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

Official Form 425C                **Monthly Operating Report for Small Business Under Chapter 11**                page **4**

Print          Save As...                    Reset

# Wells Fargo Combined Statement of Accounts

April 30, 2026 ■ Page 1 of 6



DONSHEKIE F BARRETT
DEBTOR IN POSSESSION
CH11 CASE #25-51624 (SMI)
5043 FAIRBURY WAY
DIBERVILLE MS 39540-1000

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
We accept all relay calls, including 711

  **1-800-TO-WELLS**  (1-800-869-3557)

 *En español:* 1-877-727-2932

*Online:* wellsfargo.com

*Write:*  Wells Fargo Bank, N.A. (337)
     P.O. Box 6995
     Portland, OR  97228-6995

## You and Wells Fargo

Thank you for being a loyal Wells Fargo customer. We value your trust in our
company and look forward to continuing to serve you with your financial needs.

Other Wells Fargo Benefits

Spot the latest tax scam

Scammers posing as a tax consulting service are calling claiming you owe back taxes or have missed filings. They urge you to call
them back immediately to "resolve" your tax debt. They often insist this is your "only chance" to avoid penalties.

Red Flags
- Unexpected calls regarding a tax issue.
- Claims of notices sent that you never received.
- Messages saying press a number to "be removed," a common scammer tactic to confirm working phone numbers.

What to Do
- Let unknown callers go to voicemail.
- Do NOT call back or share personal information.
- If you have concerns, contact the IRS directly - never use the number left on a voicemail.

For more information go to wellsfargo.com/spottaxscams

April 30, 2026 ■ Page 2 of 6



# Summary of accounts

## *Checking and Savings*

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| WELLS FARGO EVERYDAY CHECKING (Your primary account) | 2 | ✕✕✕✕3024 | 14,250.76 | 55,674.59 |
| WELLS FARGO EVERYDAY CHECKING | 4 | ✕✕✕✕3032 | 25.00 | 25.00 |
| | | Total deposit accounts | $14,275.76 | $55,699.59 |

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $14,250.76 |
| Deposits/Additions | 52,083.22 |
| Withdrawals/Subtractions | - 10,659.39 |
| Ending balance on 4/30 | $55,674.59 |

Account number: ✕✕✕✕3024  (primary account)

DONSHEKIE F BARRETT
DEBTOR IN POSSESSION
CH11 CASE #25-51624 (SMI)

*Mississippi account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  062203751

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Transaction history

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/1 | | Cclc Internet ✕✕✕✕1086 Donshekie Barrett | | 446.50 | 13,804.26 |
| 4/3 | | Romex Pest Contr ✕✕✕✕9856 Don Barrett | | 88.97 | |
| 4/3 | | State Farm Billg Payments ✕✕✕✕q62Y-1 Barrett Donshekie | | 1,791.25 | 11,924.04 |
| 4/6 | | M & T Mortgage Mtg Pyt ✕✕✕✕1289 Donshekie Barrett Dip | | 2,189.03 | 9,735.01 |
| 4/8 | | Cclc Internet ✕✕✕✕18214 Donshekie Barrett | | 446.50 | 9,288.51 |
| 4/13 | | State Farm Billg Payments ✕✕✕✕7AK-1 Barrett Donshekie | | 63.96 | 9,224.55 |
| 4/14 | | Harland Clarke Check/Acc. ✕✕✕✕2800 Donshekie F Barrett | | 47.00 | |
| 4/14 | | Coastepa Purchase ✕✕✕✕2731 Donshekie Barrett | | 362.00 | 8,815.55 |
| 4/15 | | Cclc Internet ✕✕✕✕0710 Donshekie Barrett | | 446.50 | 8,369.05 |
| 4/16 | | Farmers N W Life Ins. Prem 041426 xxxxx2515 Donshekie Barrett | | 71.10 | 8,297.95 |
| 4/17 | | ATT Payment ✕✕✕✕nt2O Donshekie Barrett | | 379.81 | |
| 4/17 | | ATT Payment ✕✕✕✕nt2O Donshekie Barrett | | 379.82 | 7,538.32 |
| 4/21 | | eDeposit IN Branch 04/21/26 01:41:46 PM 375 Courthouse Rd Gulfport MS 7660 | 52,083.22 | | |
| 4/21 | | Recurring Payment authorized on 04/20 Vivint Inc / US Brandon.Evans ✕✕✕✕7660 | | 198.31 | |

April 30, 2026 ■ Page 3 of 6



---

## Transaction History (continued)

| Date | Check Number | Description | Deposits/ Additions | Withdrawals/ Subtractions | Ending daily balance |
|---|---|---|---|---|---|
| 4/21 | | Cash eWithdrawal IN Branch 04/21/2026 11:50 Am 375 Courthouse Rd Gulfport MS 7660 | | 2,000.00 | |
| 4/21 | | Cca Retry Pymt ████████1713 Donshekie Barrett | | 766.67 | 56,656.56 |
| 4/22 | | Cclc Internet ████████1650 Donshekie Barrett | | 446.50 | 56,210.06 |
| 4/27 | | Romex Pest Contr ████████1429 Don Barrett | | 88.97 | 56,121.09 |
| 4/29 | | Cclc Internet ████████3450 Donshekie Barrett | | 446.50 | 55,674.59 |
| Totals | | | $52,083.22 | $10,659.39 | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee Have any ONE of the following each fee period | Minimum required | This fee period | |
|---|---|---|---|
| • Minimum daily balance | $1,500.00 | $7,538.32 | ÷ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| • Age of primary account owner | 17 - 24 | | ☐ |

RC/RC

# ✔ IMPORTANT ACCOUNT INFORMATION

---

Effective July 1, 2026, the fee for stop payment requests on checks drawn on your account, or on pre-authorized (Automated Clearing House) items, will be $30 per item. The fee may not be applicable to all customers depending on the type of account you have. For more details, refer to the Fee and Information Schedule applicable to your account.

---

NEW YORK CITY CUSTOMERS ONLY -- Pursuant to New York City regulations, we request that you contact us at 1-800-TO WELLS (1-800-869-3557) to share your language preference.

---

Other Wells Fargo Benefits

Help take control of your finances with a Wells Fargo personal loan.
Whether it's managing debt, making a large purchase, improving your home, or paying for unexpected expenses, a personal loan may be able to help. See personalized rates and payments in minutes with no impact to your credit score.

April 30, 2026 ■ Page 4 of 6



Get started at wellsfargo.com/personalloan.

Other Wells Fargo Benefits

Wells Fargo is serious about security.
Keeping your accounts and information secure is our priority. We use sophisticated tools to help safeguard your money - 24/7 fraud monitoring, data encryption, secure technology, and protection against suspicious activity. Visit our Security Center at wellsfargo.com/security to learn more.

# Wells Fargo Everyday Checking

## Statement period activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $25.00 |
| Deposits/Additions | 0.00 |
| Withdrawals/Subtractions | - 0.00 |
| Ending balance on 4/30 | $25.00 |

Account number: ✖✖✖✖3032
DONSHEKIE F BARRETT
DEBTOR IN POSSESSION
CH11 CASE #25-51624 (SMI)
TAX ACCOUNT

*Mississippi account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): ✖✖✖3751

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo branch.

## Monthly service fee summary

For a complete list of fees and detailed account information, see the disclosures applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2026 - 04/30/2026 | Standard monthly service fee $15.00 | You paid $0.00 |
|---|---|---|

We waived the fee this fee period to allow you to meet one of the options to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet one of the options to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period | |
|---|---|---|---|
| Have any ONE of the following each fee period | | | |
| • Minimum daily balance | $1,500.00 | $25.00 | ☐ |
| • Total amount of qualifying electronic deposits | $500.00 | $0.00 | ☐ |
| • Age of primary account owner | 17 - 24 | | ☐ |

RC/RC

April 30, 2026 ■ Page 5 of 6



## Important Information You Should Know

■ To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts

Wells Fargo Bank, N.A. may furnish information about deposit accounts to Early Warning Services. You have the right to dispute the accuracy of information that we have furnished to a consumer reporting agency by writing to us at Wells Fargo Bank N.A. Attn: Deposit Furnishing Disputes MAC F2304-019 PO Box 50947 Des Moines, IA 50340. Include with the dispute the following information as available: Full name (First, Middle, Last), Complete address, The account number or other information to identify the account being disputed, Last four digits of your social security number, Date of Birth. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ If your account has a negative balance:

Please note that an account overdraft that is not resolved 60 days from the date the account first became overdrawn will result in closure and charge off of your account. In this event, it is important that you make arrangements to redirect recurring deposits and payments to another account. The closure will be reported to Early Warning Services. We reserve the right to close and/or charge-off your account at an earlier date, as permitted by law. The laws of some states require us to inform you that this communication is an attempt to collect a debt and that any information obtained will be used for that purpose.

■ In case of errors or questions about your electronic transfers:

Telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ In case of errors or questions about other transactions (that are not electronic transfers):

Promptly review your account statement within 30 days after we made it available to you, and notify us of any errors.

April 30, 2026 ∎ Page 6 of 6



## Account Balance Calculation Worksheet

| Number | Items outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | Total $ |  |

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

### ENTER
A. The ending balance
shown on your statement.. . . . . . . . . . . . . . .  $_____

### ADD
B. Any deposits listed in your                    $_____
register or transfers into                         $_____
your account which are not                     $_____
shown on your statement.               + $_____
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL  $_____

### CALCULATE THE SUBTOTAL
(Add Parts A and B)
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  TOTAL  $_____

### SUBTRACT
C. The total outstanding checks and
withdrawals from the chart above.  . . . . . . . .  - $_____

### CALCULATE THE ENDING BALANCE
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register. . . . . . . . . . . . . . . . . . . . .  $_____

To download and print additional Account Balance Calculation Worksheets (PDF), enter www.wellsfargo.com/balancemyaccount in your browser on either your computer or mobile device.

©2021 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

