IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                    :    CASE NO.:  25-51624 KMS
                                          :    CHAPTER: 11
DONSHEKIE BARRETT, Debtor                 :
                                          :
                                          :
                                          :
                                          :

<u>NOTICES OF APPEARANCE AND</u>
<u>REQUEST FOR SERVICE OF ALL</u>
<u>NOTICES</u>

Pac Western Financial, LLC  (hereinafter referred to as "Creditor") hereby enters its appearance and the law firm of Young Wells Williams, PA, pursuant to Bankruptcy Rules 2002 and 9010, hereby enters their appearance as attorneys for Creditor with regard to all matters and proceedings, pleadings and complaints and adversary proceedings filed in connection with the above-referenced case, showing counsel's name, office address and telephone number as follows:

Andrew Hammond
Young Wells Williams P.A.
141 Township
Ave, Ste 300
Ridgeland, MS
39157
P.O. Box 6005
Ridgeland, MS
39158
601-360-9057
ahammond@youngwells.com

and hereby requests that the Clerk of Court add the Law Firm to the mailing matrix for said Creditor.

PLEASE TAKE FURTHER NOTICE that this request is made without without waiving service of process or otherwise waiving any rights.

Respectfully submitted,

Young Wells Williams P.A.

By: <u>Andrew Hammond</u>
MS State Bar No. 101987
Young Wells Williams P.A.
141 Township Ave, Ste 300
Ridgeland, MS 39157
P.O. Box 6005
Ridgeland, MS 39158
601-360-9057
ahammond@youngwells.com
Attorney for Creditor

<u>CERTIFICATE OF SERVICE</u>

I, certify that I have filed a copy of the foregoing with the clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

DATED: 5/26/2026

<u>*s/ Andrew Hammond*</u>
Andrew Hammond
ATTORNEY FOR PAC WESTERN FINANCIAL, LLC