IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:                                        :    CASE NO.:  25-51624 KMS
                                              :    CHAPTER: 11
DONSHEKIE BARRETT, Debtor                     :
                                              :
                                              :
                                              :
                                              :

RESPONSE TO MOTION TO
PARTIALLY AVOID JUDICIAL LIEN

COMES NOW Pac Western Financial, LLC (hereinafter referred to as "Creditor") and responds to Debtor's Motion Partially Avoiding Judicial Lien [Doc#93] and would show unto the Court the following:

1.     Debtor correctly asserts Creditor has a judgment lien against him, which was entered in the County Court of Harrison County, Mississippi, Second Judicial District, Cause No. D2402-25-796 in the amount of $108,975.63. Debtor also correctly asserts the judgment is enrolled on the Judgment Roll maintained by the clerk of the court and that the lien attaches to Debtor's property otherwise described as 5043 Fairbury Way, D'Iberville, Harrison County, Mississippi 39540.

2.     Debtor's motion seeks to partially avoid Creditor's judgment lien pursuant to 11 U.S.C. §522(f) as being exempt under the Mississippi homestead exemption in Miss. Code §85-3-21.

3.     11 U.S.C. §522(f) allows Debtor to seek partial avoidance of a judicial lien to the extent the lien impairs an exemption. To establish impairment Debtor must show "that the sum of i) the lien; ii) all other liens on the property; and iii) the amount of the exemption that the debtor could claim if there were no liens on the property; exceed the value that the debtor's interest in the property would have in the absence of any liens." *Id*.

4.     Debtor's motion fails to provide the figures or mathematical formula necessary to establish to what extent, if any, Creditor's lien impairs the homestead exemption and justifies an avoidance of lien.

5.     Debtor should be required to provide the figures necessary to equate the formula. Any order granting partial avoidance of judicial lien should affirmatively state what amount of the judicial lien is avoided and what amount remains fixed.

WHEREFORE PREMISES CONSIDERED, Debtor's motion should be denied.


DATED 5/26/2026


Respectfully submitted,

PAC WESTERN FINANCIAL, LLC

By: *s/Andrew Hammond*
MS State Bar No. 101987
Young Wells Williams P.A.
141 Township Ave, Ste 300
Ridgeland, MS 39157
P.O. Box 6005
Ridgeland, MS 39158
601-360-9057
ahammond@youngwells.com
Attorney for Creditor


CERTIFICATE OF SERVICE

I, certify that I have filed a copy of the foregoing with the clerk of the Court using the ECF system which sent notification of such filing to all counsel of record.

DATED: 5/26/2026

*s/ Andrew Hammond*
Andrew Hammond
ATTORNEY FOR PAC WESTERN FINANCIAL, LLC