**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   **Donshekie Barrett, Debtor**                 **Case No. 25-51624-KMS**
                                                       **CHAPTER 11**
                                                         Dkt.#84

## <u>ORDER SUSTAINING OBJECTION  TO PROOF OF CLAIM #35</u>

THIS CAUSE came before the Court on the Objection to Proof of Claim No. 35 filed by the Debtor. Notice of the Objection was properly given, and no response was filed, or any response filed has been considered by the Court.

The Court, having considered the Objection and being otherwise fully advised in the premises, finds that the Objection is well taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the Objection to Proof of Claim No. 35 is hereby SUSTAINED.

IT IS FURTHER ORDERED AND ADJUDGED that Proof of Claim No. 35, filed by Axis Title, LLC, as assignee of Amur Equipment Finance, Inc., is hereby DISALLOWED in its entirety.

###END OF ORDER###

Prepared by:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com