**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISIONAL OFFICE**

**IN RE:**

|  |  |  |
|---|---|---|
| | * | |
| **DONSHEKIE BARRETT,** | * | **CASE NUMBER: 25-51624 KMS** |
| | * | |
| **Debtor.** | * | |

## AFFIDAVIT

I am employed as a Bankruptcy Manager by BMW Financial Services NA, LLC service provider for BMW Bank of North America, a Utah Industrial Bank and a wholly subsidiary of BMW Financial Services NA, LLC, and declare under perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.  BMW Financial Services NA, LLC has a security interest in the following (the "Collateral")

**2024 BMW 3 SERIES SEDAN 4D 330i 2.0L I4 TURBO
VIN NUMBER: 3MW69FF06R8E53212**

2.  $47,962.05   was the outstanding balance under the contract as of the October 30, 2025 filing date of this petition.

3.  NA   was the amount of the existing delinquency under the contract as of the October 30, 2025 filing date of this petition, plus unpaid late charges.

4.  $50,277.82   is the outstanding balance under the contract as of May 15, 2026.

5.  $ 6,287.75   is the amount of the post petition delinquency under the contract as of May 22, 2026.

6.  $ 34,825.00   is the adjusted retail value of the collateral as of May 4th, 2026.

7.  Debtor has not made any payments on said account since the October 30th, 2025, filing date of this petition.

Further your affiant sayeth not

Dated 6/4/2026

Affiant

Christopher Diau

BMW Financial Services NA, LLC service provider for BMW Bank of North America

Subscribed and sworn to before me on **4th** of **June** , 2026.



Notary

Page Two
Affidavit for Creditor
BMW Financial Services NA, LLC
25-51624

**Pamela Ann Weems**
Notary Public, State of Ohio
My Commission Expires 06/09/2029