MSSB-7007.1-Bk (11/23)

## United States Bankruptcy Court
## Southern District of Mississippi

In re:   Donshekie Barrett

Case No.: 25-51624 KMS

_Debtor(s)_

Chapter: 11

### Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,

BMW Financial Services NA, LLC , a

[Name of Corporate Party]

[Check One]

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 06/08/2026

/s/ Wesley H. Blacksher
Attorney Signature

Wesley H. Blacksher
Attorney Name

BAR #103026
State Bar Number

917 Western America Circle Suite 210
Address

Mobile, AL 36609
City, State, and Zip Code

(251) 344-5015
Telephone Number

HWPoolelaw@gmail.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**