## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## GULFPORT-6 DIVISIONAL OFFICE

IN RE:

DONSHEKIE BARRETT,

Debtor.

```
*
*    CASE NUMBER: 25-51624 KMS
*
*
```

## AFFIDAVIT

My name is _____ Noe Gandara _____, and I am a COAF Ops Sr. Coordinator for Capital One Auto Finance, a division of Capital One, N.A., declare under perjury that the following is true and correct to the best of my knowledge, information, and belief:

1.  Capital One Auto Finance, a division of Capital One, N.A. has a security interest in the following (the "Collateral")

**2023 HYUNDAI ELANTRA SEDAN 4D SEL 2.0L I4
VIN NUMBER: KMHLM4AG8PU433892**

2.  $15,941.94 was the outstanding balance under the contract as of the October 30, 2025 filing date of this petition.

3.  NA was the amount of the existing delinquency under the contract as of the October 30, 2025 filing date of this petition, plus unpaid late charges.

4.  $16,616.65 is the outstanding balance under the contract as of May 14th, 2026.

5.  $3,395.98 is the amount of the post petition delinquency under the contract as of May 14th, 2026.

6.  $ 19,025.00 is the adjusted retail value of the collateral as of May 1st, 2026.

7.  Debtor has not made any payments on said account since the October 30th, 2025, filing date of this petition.

Further your affiant sayeth no.

Dated _06/05/2026_

_____
Affiant
Capital One Auto Finance,
a division of Capital One, N.A.

Subscribed and sworn to before me on ___5___ of _June_, 2026.

_____
Notary

BROOK DAVID GRIFFIN
Notary Public, State of Texas
Comm. Expires 08-02-2028
Notary ID 135022124

Page Two
Affidavit for Creditor
Capital One Auto Finance, a division of Capital One, N. A.
25-51624