MSSB-7007.1-Bk (11/23)

# United States Bankruptcy Court
## Southern District of Mississippi

In re:  Donshekie Barrett                                    Case No.: 25-51624

_____
_Debtor(s)_                                                 Chapter: 11

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Capital One Auto Finance, a division of Capital One, N.A. _____, a
[Name of Corporate Party]

**[Check One]**

[✓] Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

[ ] Corporate Debtor **FRBP 1007(a)(1)**

[ ] Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

[ ] Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

[ ] The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

|  |
|  |

**OR**

[✓] There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 06/18/2026                    /S/ Wesley H. Blacksher
                                    Attorney Signature

Wesley H. Blacksher                 BAR #103026
Attorney Name                       State Bar Number

917 Western America Circle Suite 210
Address

Mobile, AL 36609
City, State, and Zip Code

(251) 344-5015                      HWPoolelaw@gmail.com
Telephone Number                    Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**