United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                 Case No. 25-51624-KMS

Donshekie Barrett                                                      Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 17, 2026 | Form ID: hn002kms | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2026:**

**Recip ID     Recipient Name and Address**
dbpos     + Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2026     Signature:     /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jim F. Spencer, Jr. | on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com  mryan@watkinseager.com |
| John Andrew Hammond | on behalf of Creditor Pac Western Financial  LLC ahammond@youngwells.com, mhammack@youngwells.com;wsmith@youngwells.com |
| Kimberly D. Strong | kstrong@hrkcpa.com |
| Michael J McCormick | on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com |

District/off: 0538-6                     User: mssbad                          Page 2 of 2
Date Rcvd: Jun 17, 2026                  Form ID: hn002kms                      Total Noticed: 1

                     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger

                     on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com

United States Trustee

                     USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

                     on behalf of Creditor BMW Bank of North America  c/o AIS Portfolio Services, LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

Wesley H. Blacksher

                     on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10

Form hn002kms (Rev. 12/25)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**Donshekie Barrett**

**CASE NO. 25–51624–KMS**

**DEBTOR.**

**CHAPTER 11**

### NOTICE OF HEARING AND DEADLINES

Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC has filed a Motion for Relief From Automatic Stay (the "Motion") (Dkt. #116) with the Court in the above–styled case.

<u>**Your rights may be affected**</u>**. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you might wish to consult one.)**

The Court will hold a hearing on July 9, 2026, at 01:30 PM in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Gulfport, Mississippi, to consider and act upon the Motion.

If you do not want the Court to grant the Motion, or if you want the Court to consider your views on the Motion, you or your attorney must file a written response explaining your position so that the Court receives it on or before July 2, 2026. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney. Attorneys and Registered Users of the Electronic Case Filing (ECF) system should file any response using ECF. Others should file any response at U.S. Bankruptcy Court, Dan M. Russell, Jr. U.S. Courthouse, 2012 15th Street, Suite 244, Gulfport, MS 39501. If you file a response, you or your attorney are required to attend the hearing. The hearing will be electronically recorded by the Court.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion. If no response is filed, the Court may consider the Motion and enter an order granting relief before the hearing date.

Dated: 6/17/26

Danny L. Miller, Clerk of Court
U.S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228–563–1790

Courtroom Deputy
228–563–1797 (use to advise of settlement)
228–563–1841

Parties Noticed:

Donshekie Barrett, Debtor

Thomas Carl Rollins, Jr, Esq.

Wesley H. Blacksher, Esq.

Kimberly D. Strong, Trustee

United States Trustee

Steven Usry, Esq.