**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                                          **CHAPTER 11**

**FIRST APPLICATION FOR ALLOWANCE OF COMPENSATION AND
REIMBURSEMENT OF NECESSARY EXPENSES FOR THE ROLLINS
LAW FIRM, PLLC AS COUNSEL FOR THE DEBTOR**

COMES NOW The Rollins Law Firm, PLLC (the "Applicant"), counsel for the Debtor, and files this First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for The Rollins Law Firm, PLLC (the "Application"), and in support thereof would show unto the Court the following, to-wit:

1.  On October 30, 2025, the Debtor commenced this case by filing a voluntary petition under Chapter 13 of the Bankruptcy Code. Thereafter, by order entered March 12, 2026, the case was converted to a case under Chapter 11, Subchapter V of the Bankruptcy Code.

2.  An Order [Dkt. #82] authorizing the employment of The Rollins Law Firm, PLLC as counsel for the Debtor was entered on April 24, 2026.

3.  The substantial services rendered to the Debtor and the expenses incurred by Applicant benefitted the estate. An Affidavit reflecting said legal services rendered and expenses incurred is attached hereto as Exhibit "A". The Affidavit also certifies and represents to the Court that the services rendered to the Debtor were reasonable and necessary and that said services have actually been rendered. A detailed itemization of such services and expenses is attached as Exhibit "B" and incorporated by reference.

4.  The fees and expenses charged and incurred represent reasonable and necessary fees and expenses that were required to be expended by Applicant in matters anticipated to arise in the functioning of this case, including case preparation, case administration, claims review and objections, conversion to Chapter 11, Subchapter V matters, plan preparation, communications with the Debtor, communications with creditors and the Subchapter V Trustee, and protection and preservation of the rights of the Debtor and the interests of creditors. The time, skill, and experience utilized by counsel for the Debtor justify approval of this Application.

5. This is Applicant's first request for allowance of compensation for professional services rendered in this proceeding. This request covers the period from July 16, 2025, through and including June 17, 2026, and seeks allowance of compensation and reimbursement of expenses in the total amount of $14,458.11, consisting of $12,607.00 in fees and $1,851.11 in expenses.

6. Applicant requests that the Court authorize payment of the allowed fees and expenses as an administrative expense of this case, subject to any applicable requirements of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules, and further orders of this Court.

WHEREFORE, PREMISES CONSIDERED, Applicant requests that this Court enter an order awarding reasonable attorneys' fees and reimbursement of necessary expenses in the total amount of $14,458.11, authorizing payment of such fees and expenses, and granting such other and further relief as may be just and proper.

Respectfully submitted,

**THE ROLLINS LAW FIRM, PLLC**

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

**OF COUNSEL:**
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5889
Email: tcrollinsjr@me.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Thomas C. Rollins, Jr., do hereby certify that I have this day caused to be served a true and correct copy of the above and foregoing instrument via the Court's CM/ECF system upon all parties registered to receive electronic notice in this case, including the Subchapter V Trustee, the United States Trustee, and all parties requesting notice.

THIS, the 22nd day of June 2026.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.