**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**                    Case No. 25-51624-KMS
                                                                              CHAPTER 11

# EXHIBIT "A"

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    **DONSHEKIE BARRETT,**                **CHAPTER 11**

Debtor                                      **CASE NO. 25-51624-KMS**

### AFFIDAVIT

PERSONALLY APPEARED BEFORE ME, the undersigned authority, in and for the jurisdiction aforesaid, Thomas C. Rollins, Jr., attorney for the Debtor, who after having been first by me duly sworn, stated on oath that this Affidavit is submitted in support of the First Application for Allowance of Compensation and Reimbursement of Necessary Expenses for The Rollins Law Firm, PLLC (the "Application"), Debtor's counsel, that the statements attached to the Application as Exhibit "B" represent a detailed statement of reasonable fees and expenses. Affiant hereby makes application for payment of reasonable attorneys' fees and necessary expenses in the total amount of $14,458.11, consisting of $12,607.00 in fees and $1,851.11 in expenses.

_____
Thomas C. Rollins, Jr.

STATE OF MISSISSIPPI
COUNTY OF ___Hinds___

SWORN TO AND SUBSCRIBED BEFORE ME, this the __17__ day of June, 2026.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: _____

*(Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 126812, GRAYSON MORRISON, Commission Expires Feb. 26, 2027, MADISON COUNTY)*