**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**                    Case No. 25-51624-KMS
                                                              CHAPTER 11

# EXHIBIT "B"
## ITEMIZATION OF SERVICES AND EXPENSES



# The Rollins Law Firm, PLLC

## INVOICE

Invoice # 9147
Date: 06/17/2026
Due On: 07/17/2026

P.O. Box 13767
Jackson, MS 39236

Donshekie Barrett

### 05998-Barrett Donshekie

**Services**

| Type | Attorney | Date | Notes | Quantity | Rate | Total |
|------|----------|------|-------|----------|------|-------|
| Service | BM | 07/16/2025 | In office meeting with debtor to review schedules A/B, collected information on their vehicles to complete the schedules | 0.50 | $155.00 | $77.50 |
| Service | BM | 07/17/2025 | Input case-continued preparation of Schedule A/B | 0.50 | $155.00 | $77.50 |
| Service | BM | 08/06/2025 | Input Case-continued preparation of Schedule F | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/07/2025 | Input Case-continued preparation of Schedule A/B, they have a lot of assets | 0.40 | $155.00 | $62.00 |
| Service | BM | 08/07/2025 | Input Case-began preparation of Schedule I and MT | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/11/2025 | Input Case-continued preparation of Schedule A/B | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/11/2025 | Contact Debtor (Text/Email): Reviewed file to compile a final list of needed information and documents. Drafted email to debtor to requested a completed SOFA, June & July P/L statements, and a completed expenses sheet | 0.10 | $155.00 | $15.50 |
| Service | JAC | 08/12/2025 | Review for money in trust | 0.10 | $360.00 | $36.00 |
| Service | BM | 08/12/2025 | Input Case-continued preparation of Schedule A/B | 0.20 | $155.00 | $31.00 |
| Service | BM | 08/12/2025 | Input Case-continued preparation of | 0.10 | $155.00 | $15.50 |

| | | | Schedule A/B | | | |
|---|---|---|---|---|---|---|
| Service | BM | 08/14/2025 | Input Case-continued preparation of Schedule I/J and SOFA | 0.30 | $155.00 | $46.50 |
| Service | BM | 08/14/2025 | Contact Debtor (Text/Email): Emailed debtor to request June and July profit/loss statements | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/18/2025 | Input Case-continued preparation of Schedule I/J and MT | 0.30 | $155.00 | $46.50 |
| Service | CO | 08/18/2025 | Incoming Call: Phone conference with creditor One Main wanting to verify our representation of debtor; Confirmed. | 0.10 | $100.00 | $10.00 |
| Service | BM | 08/19/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting business questionnaires for any other businesses and requested information for vehicles and loans | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/20/2025 | Review email from debtor: Reviewed email from debtor providing us with requested information from the attorney. Emailed back to inquire what kind of tractor is finance through DLL Finance | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/21/2025 | Contact Debtor (Text/Email): Emailed debtor to follow up on the requested business questionnaire | 0.10 | $155.00 | $15.50 |
| Service | CO | 08/21/2025 | Incoming Call: Phone conference with creditor checking on the status of the debtors case; could not provide them with a case number. | 0.10 | $100.00 | $10.00 |
| Service | BM | 08/27/2025 | Contact Debtor (Text/Email): Drafted follow up email requesting: information on Tractor with DLL Finance and business questionnaire for DB Roadside business | 0.10 | $155.00 | $15.50 |
| Service | BM | 08/28/2025 | Review email from debtor: Received email from debtor providing us with collateral for DLL Finance loan and stated they should have Roadside business questionnaire submitted by tomorrow | 0.10 | $155.00 | $15.50 |
| Service | BM | 09/29/2025 | Call Debtor: Call to debtor to discuss chase checking account being garnished by Attorney Stephen Elggren representing PacWestern. Explained the attorney might be able | 0.20 | $155.00 | $31.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | to get some of it back but we definitely need to collect the remaining documents to finish preparing their case to stop any future garnishments. Debtor said they would get documents submitted to us asap | | | |
| Service | BM | 09/29/2025 | Contact Debtor (Text/Email): Drafted email to debtor to provide them with a business questionnaire to complete and requested them to provide me with a list of all bank accounts | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/07/2025 | Input case-continued preparation of Schedule B and SOFA | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/16/2025 | Input Case | 0.50 | $360.00 | $180.00 |
| Service | BM | 10/16/2025 | Contact Debtor (Text/Email): Drafted email to debtor requesting them to complete the pre petition CCC, provided information to complete course | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/20/2025 | Contact Debtor (Text/Email): Sent follow up email to debtor reminding him to complete the pre petition credit counseling | 0.10 | $155.00 | $15.50 |
| Service | JC | 10/21/2025 | Incoming Call: Telephone call from Melanie with OneMain to confirm representation. | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/23/2025 | Contact Debtor (Text/Email): Sent follow up email to debtor reminding him to complete the pre petition credit counseling | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/27/2025 | Contact Debtor (Text/Email): Sent text to debtor inquiring on status of pre petition credit counseling | 0.10 | $155.00 | $15.50 |
| Service | BM | 10/28/2025 | Call Debtor: Call to debtor to check on the status of the pre petition CCC, debtor stated he'd have it completed today | 0.10 | $155.00 | $15.50 |
| Service | JAC | 10/29/2025 | Prepare Signing Docs | 0.20 | $360.00 | $72.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt - add missing businesses to case | 0.10 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 10/30/2025 | prepare draft bk with updates for TC to use for signing appt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt. Research MS SOS website for missing business details | 0.20 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | Review & respond to message from TC re: signing appt | 0.10 | $0.00 | $0.00 |
| Service | JAC | 10/30/2025 | make updates to schedules per signing appt notes. Prepare & send final bk to BB to print for Δ to review | 0.20 | $0.00 | $0.00 |
| Service | BM | 10/30/2025 | In office meeting with debtor, reviewed schedules and sofa. Collected additional information to add to Schedule B. Assisted debtor with reviewing and signing bankruptcy documents | 1.00 | $155.00 | $155.00 |
| Service | JAC | 10/30/2025 | Prepare the petition, schedules, forms to file with the court. Download, review, & import CCC to best case. File everything with Court. | 0.40 | $360.00 | $144.00 |
| Service | JAC | 10/30/2025 | Update Contact | 0.10 | $360.00 | $36.00 |
| Service | JAC | 10/30/2025 | Send Debtor(s) text with the case number | 0.10 | $360.00 | $36.00 |
| Service | CO | 10/31/2025 | Reviewed Chapter 13 plan for plan payment information; drafted email to debtor providing her plan payment and information on what to do/expect after filing | 0.20 | $100.00 | $20.00 |
| Service | JC | 11/04/2025 | Contact Debtor (Text/Email): Drafted text message to debtor requesting copy of Warranty Deed and Judgment Roll or Abstract of Judgment. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/04/2025 | Review: 25-51624-KMS Order Upon Debtor Directing Payments to Trustee Document# 11 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Creditor Request for Notices Document# 12 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Creditor Request for Notices Document# 13 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Creditor Request for Notices Document# 14 | 0.10 | $360.00 | $36.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Meeting of Creditors Chapter 13 Document# 10 | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/05/2025 | Reviewed Meeting of Creditors; reviewed Plan to determine creditors in 3.2/3.4, researched registered agents for notice, Internet search for bank and credit union address; 7 creditors; drafted Notice of Filing Plan; drafted memo to JAC attaching same for her review. | 1.10 | $155.00 | $170.50 |
| Service | JC | 11/05/2025 | Review and organize documents provided by debtor: Reviewed Special Warranty Deed and Judgment received via e-mail from debtor; organized in case file; drafted task memo to TR regarding same. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Notice of Appearance Document# 16 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 11/05/2025 | Review: 25-51624-KMS Creditor Request for Notices Document# 15 | 0.10 | $360.00 | $36.00 |
| Service | BB | 11/05/2025 | Contact Debtor (Text/Email): Drafted text to debtor providing the date and time for their meeting of creditors and stating it will be held at our office unless other arrangements need to be made. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 11/06/2025 | review & approve drafted notice | 0.10 | $360.00 | $36.00 |
| Service | JC | 11/06/2025 | Reviewed memo from JAC approving Notice of Plan; drafted mailing list of creditors as there were too many to enter; converted Notice and mailing list to format in preparation for upload to CertificateofService.com. | 0.30 | $0.00 | $0.00 |
| Service | BB | 11/06/2025 | Contact Debtor (Text/Email): Reviewed text from debtor confirming his in office appointment for hearing. Scheduled to our calendar. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/06/2025 | Reviewed Declaration of Mailing Notice of Plan received from CertificateofService.com and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KR | 11/07/2025 | Reviewed email memo from BB re: Eastern Funding property; reviewed all emails and tasks relating to the property that the debtor would like to pay the delinquency on; drafted email memo to TR re: refusal of payments | 0.20 | $0.00 | $0.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 11/07/2025 | Incoming Call: Telephone conference with debtor's wife about the debt with Eastern Funding | 0.10 | $155.00 | $15.50 |
| Service | CO | 11/11/2025 | Contact Debtor (Text/Email): Reviewed: 25-51624-KMS Order Upon Debtor Directing Payments to Trustee and emailed to debtor. | 0.10 | $100.00 | $10.00 |
| Service | JC | 11/12/2025 | Draft Notice, Motion & Order: Reviewed Judgment and Warranty Deed; drafted Motion to Avoid Lien; drafted memo to TR attaching same for his review and approval. | 0.80 | $155.00 | $124.00 |
| Service | CO | 11/18/2025 | Reviewed banks statements in clients file; drafted client portal message and text to debtor requesting 2 months of statements for 3 accounts. | 0.30 | $100.00 | $30.00 |
| Service | JC | 11/19/2025 | Reviewed memo from TR asking that I verify with the court that the judgment is on the judgment roll and that the description is what is needed; called and spoke with Kamisha in 2nd Judicial and she verified that it is a foreign judgment (filed in another state and added to their judgment roll) and it is on the judgment roll. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/19/2025 | Called chancery court to verify description on Special Warrranty Deed is what is needed for Motion to Avoid Lien; she reviewed and said that with a subdivision, that what is on the Warranty Deed is all we will get; drafted reply to TR and inquiring if it is good to go. | 0.20 | $155.00 | $31.00 |
| Service | CO | 11/19/2025 | Reviewed and organized bank statements, tax returns, paystubs and debtor's ids by trustee requirements in trustee docs file. | 0.30 | $100.00 | $30.00 |
| Service | TR | 11/20/2025 | Call w/ Don re: liens and collateral value | 0.30 | $360.00 | $108.00 |
| Service | TR | 11/20/2025 | Email w/ Trustee re: collateral value | 0.30 | $360.00 | $108.00 |
| Service | CO | 11/21/2025 | Reviewed client portal message to debtor with 6 bank statements and organized in their file. Reviewed and organized all bank statements, taxes, and pay with drafted cover letter in an email to VM for mailing to the Trustee's office. Drafted email to Trustee's office with debtors IDs | 0.70 | $100.00 | $70.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | included. | | | |
| Service | JC | 11/21/2025 | Reviewed memo from TR approving Notice and Motion to Avoid Lien; revised date and prepared for upload to COS.com, adding addresses for additional notice parties. | 0.20 | $155.00 | $31.00 |
| Service | JC | 11/24/2025 | Reviewed Declaration of Mailing Notice and Motion to Avoid Lien and prepared for filing with the Court along with proposed Order. | 0.20 | $155.00 | $31.00 |
| Service | JAC | 11/25/2025 | Review: 25-51624-KMS Docket Entry #20 has been updated Document# 20 | 0.10 | $360.00 | $36.00 |
| Service | TR | 11/25/2025 | Email w/ Orion re: claim in chapter 13 | 0.20 | $360.00 | $72.00 |
| Service | JC | 11/28/2025 | Drafted certificate of compliance re: payment advices sent to Trustee, and prepared for filing with the Court. | 0.10 | $155.00 | $15.50 |
| Service | KR | 12/02/2025 | Administrative - non-billable work: Telephone conference with CO re: plan payment due date | 0.10 | $155.00 | $15.50 |
| Service | CO | 12/02/2025 | Review email from debtor: Reviewed email from debtor inquiring about their plan payment due date. Telephone conference with KR re: plan payment due date. Drafted email to debtor explaining their plan payments are due before the end of each month and they are 1 month behind. Advised they make a payment as soon as possible. | 0.10 | $100.00 | $10.00 |
| Service | BM | 12/10/2025 | Review email from debtor: Email from debtor needing to confirm date/time for 341. Emailed meeting information back to debtor | 0.10 | $155.00 | $15.50 |
| Service | BB | 12/10/2025 | Call Debtor: Phone conference with debtor confirming he will be attending his in office appointment for his hearing. | 0.10 | $100.00 | $10.00 |
| Service | BB | 12/11/2025 | Contact Debtor (Text/Email): Reviewed memo from BM stating debtors wife contacted us stating the debtor will not be in town for his hearing. Phone conference with debtor stating he will be in Gulfport office for the meeting. Reviewed email from debtors wife requesting the zoom meeting link. Drafted email stating I have already spoken to the | 0.30 | $100.00 | $30.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | debtor about coming to the office tomorrow and inquired if that is not still the case. Reviewed email from debtors wife stating he will not be in town. Attempted phone conference with debtor which resulted in no answer. Drafted email to wife requested she contact the debtor and have him contact us immediately. Drafted text to debtor requesting he contact our office to resolve this. | | | |
| Service | BB | 12/11/2025 | Incoming Call: Attempted phone conference with debtor which resulted in no answer leaving a voicemail. Phone conference with debtor after calling back stating he is still out of town. Conducted practice zoom with debtor. Drafted text to debtor providing courtesy zoom link. | 0.40 | $100.00 | $40.00 |
| Service | JAC | 12/12/2025 | Review: 25-51624-KMS Meeting of Creditors Held Document# | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/18/2025 | Reviewed docket - Order on M to Avoid Lien not yet filed. | 0.10 | $155.00 | $15.50 |
| Service | JC | 12/22/2025 | Reviewed docket - Order on M to Avoid Lien not yet filed. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 12/23/2025 | Review: 25-51624-KMS Order on Motion to Avoid Lien Document# 22 | 0.10 | $360.00 | $36.00 |
| Service | JC | 12/23/2025 | Reviewed Certified Mail Receipt from Navy FCU. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2025 | Reviewed Certified Mail Receipt - Capital One. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2025 | Reviewed Certified Mail Receipt Synchrony | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/23/2025 | Reviewed Certified Mail Receipt Greenwood CU. | 0.10 | $0.00 | $0.00 |
| Service | JC | 12/30/2025 | Reviewed Certified Mail Receipt Greenwood CU received via mail. | 0.10 | $0.00 | $0.00 |
| Service | JAC | 01/05/2026 | Amend Plan - Add Lien | 0.20 | $360.00 | $72.00 |
| Service | JAC | 01/05/2026 | Review: 25-51624-KMS Creditor Request for Notices Document# 24 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 01/05/2026 | Review: 25-51624-KMS Creditor Request for Notices Document# 25 | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/06/2026 | Contact Debtor (Text/Email): Prepared Modified Plan for debtor's | 0.10 | $155.00 | $15.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | signature; drafted e-mail via Clio e-sign to obtain debtor's signature on same; drafted text message to debtor to inform an e-mail was sent. | | | |
| Service | JC | 01/06/2026 | Reviewed Pac Western Judgment; reviewed MS SOS website for registered agent - not listed; drafted Notice of Modified Plan. | 0.20 | $155.00 | $31.00 |
| Service | JC | 01/07/2026 | Contact Debtor (Text/Email): Reviewed Clio e-sign - debtor reviewed but did not sign; drafted follow-up text message to debtor regarding signing Modified Plan. | 0.10 | $155.00 | $15.50 |
| Service | JAC | 01/07/2026 | review & respond to email from JC | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/09/2026 | Reviewed Modified Plan executed by debtor; revised through Best Case adding debtor's e-signature and date executed; reviewed POC; revised Notice of modified plan; drafted memo to JAC attaching same for her review. | 0.30 | $155.00 | $46.50 |
| Service | JAC | 01/09/2026 | Review Secured Claims to ensure all are filed | 2.00 | $360.00 | $720.00 |
| Service | JAC | 01/13/2026 | review & approve drafted notice | 0.10 | $360.00 | $36.00 |
| Service | JC | 01/13/2026 | Reviewed memo from JAC approving Notice and Modified Plan; revised same to add today's date; prepared Notice and Plan for mailing to creditors; prepared Modified Plan for filing with the Court; prepared Notice for filing with the Court. | 0.30 | $155.00 | $46.50 |
| Service | KR | 01/20/2026 | Drafted Objection to Claim for the creditors Amur (2), Midland, Stearns, and Keystone; drafted internal message to TR re: review Objection to Claims | 0.60 | $155.00 | $93.00 |
| Service | KR | 01/21/2026 | Video conference with TC revised 4 Objections to Claims; | 0.30 | $155.00 | $46.50 |
| Service | KR | 01/22/2026 | Prepared all 5 Objection to Claims for upload to Certificate of Service | 0.50 | $155.00 | $77.50 |
| Service | KR | 01/22/2026 | Received and reviewed the Declaration of Mailing for all 5 Objections to Claim; prepared all 5 Objections with the Declaration of Mailings attached for upload to the court | 0.40 | $155.00 | $62.00 |
| Service | TR | 01/23/2026 | Review clams for plan payment, | 0.70 | $360.00 | $252.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | possible conversion to chapter 11 | | | |
| Service | TR | 01/23/2026 | Call w/ client to discuss converting to chapter 11 | 0.30 | $360.00 | $108.00 |
| Service | JAC | 01/27/2026 | Review: 25-51624-KMS Notice of Requirement to Complete Course in Financial Management (ADI) Document# 33 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/02/2026 | Review: 25-51624-KMS Notice of Appearance Document# 35 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/02/2026 | Review: 25-51624-KMS Statement of Corporate Ownership Document# 37 | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/02/2026 | Review email from Attorney: Reviewed email memo from TR re: amended Objection to Claim #3; drafted amended Objection to Claim using the outline from the attorney; drafted email memo to TR re: review Objection to Claim | 0.40 | $155.00 | $62.00 |
| Service | JAC | 02/03/2026 | Review: 25-51624-KMS Response Document# 36 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/06/2026 | Review: 25-51624-KMS Notice of Postpetition Mortgage Fees, Expenses, and Charges Document# 38 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 02/06/2026 | Review: 25-51624-KMS Minute Entry (CHAP) Document# 39 | 0.10 | $360.00 | $36.00 |
| Service | TR | 02/11/2026 | Call w/ client to discuss terms w/ Eastern Funding | 0.20 | $360.00 | $72.00 |
| Service | KR | 02/12/2026 | Draft Notice, Motion & Order: Drafted Notice, Motion and Proposed Order to convert to Subchapter V of Chapter 11; drafted email memo to TR re: review Motion to Convert | 0.30 | $155.00 | $46.50 |
| Service | JAC | 02/13/2026 | review & approve Drafted M to Convert | 0.10 | $360.00 | $36.00 |
| Service | KR | 02/13/2026 | Review email from Attorney: Reviewed email memo from TR re: Motion to Convert; prepared the Motion to Convert and the Proposed Order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/13/2026 | Revised the Notice to Convert and the Motion with the correct dates; prepared the Notice and the Motion to Convert for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 02/13/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the 21 Notice per the Motion to Convert with the Declaration of Mailing for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 02/18/2026 | Review email from debtor: Reviewed email memo from TR re: Objection to Proof of Claim; revised dates; prepared the Notice and the Objection for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | KR | 02/19/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice, the Amended Objection to claim #3 and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 02/25/2026 | Call w/ client to discuss balance owed to Midland after reviewing payment history - discussed objection, withdrawing it - and also discuss how plan will work in chapter 11 | 0.40 | $360.00 | $144.00 |
| Service | KR | 02/26/2026 | Drafted Order Withdrawing the Amended Objection to the Claim#3; drafted email memo to TR re:review order | 0.10 | $155.00 | $15.50 |
| Service | KR | 02/27/2026 | Review email from Attorney: Reviewed email memo from TR re: order withdrawing objection to claim; prepared the order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 03/03/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 46 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/03/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 43 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/03/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 44 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/03/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 45 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/03/2026 | Review: 25-51624-KMS Hearing Set - Bankruptcy Document# 47 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/04/2026 | Review email from Attorney: | 0.30 | $155.00 | $46.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Reviewed email memo from TR re: Order withdrawing objection; reviewed task and court docket; drafted email memo to TR for clarification on which objection | | | |
| Service | KR | 03/05/2026 | Drafted Order Withdrawing Obj to POC #13; drafted email memo to TR re: review Order | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/06/2026 | Reviewed email memo from TR re: Order withdrawing; revised the order; drafted email memo to TR re: review revised Order | 0.20 | $155.00 | $31.00 |
| Service | KR | 03/06/2026 | Reviewed email memo from TR re: Order Withdrawing Objection to Claim; prepared the order for upload to the court; did not provide order number; tried to upload again but stated it was uploaded already; phone conference with the bankruptcy court for order number | 0.20 | $155.00 | $31.00 |
| Service | JAC | 03/09/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 53 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Release of Wages Document# 60 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Order on Motion to Convert Case From Chapter 13 to 11 Document# 55 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Notice to Pay Chapter 11 Conversion Fee Document# 56 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Notice of Deficiency Document# 57 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Notice of Deficiency Document# 58 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Review: 25-51624-KMS Notice of Deficiency Document# 59 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/12/2026 | Prepare & send list of 20 largest creds to to review & sign | 0.20 | $360.00 | $72.00 |
| Service | CO | 03/13/2026 | Call Debtor: Called debtor to follow up on the creditor matrix the attorney sent to him for signature. | 0.10 | $100.00 | $10.00 |
| Service | JAC | 03/13/2026 | prepare & file List of 20 Largest Creds due 3/16 | 0.10 | $360.00 | $36.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/13/2026 | Review email from Attorney: Reviewed email memo from TR re:draft Statement; drafted Statement; drafted email memo to TR re: review Statement | 0.30 | $155.00 | $46.50 |
| Service | TR | 03/16/2026 | Review: 25-51624-KMS Order to Debtor Regarding Taxes (Ch. 11) Document# 62 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/17/2026 | Contact Debtor (Text/Email): Drafted email to debtor with the Guarantee Agreement to sign; phone conference with debtor about the Guarantee Agreement; he will review and sign | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/18/2026 | Call Debtor: Phone conference with debtor about the agreement that he needs to sign; they are reviewing the language and will sign later today if there are no issues | 0.10 | $155.00 | $15.50 |
| Service | KR | 03/18/2026 | Reviewed signed Guarantee Agreement form signed by debtor; drafted email memo to TR providing a copy of the signed form | 0.10 | $155.00 | $15.50 |
| Service | CO | 03/19/2026 | Incoming Call: Phone conference with debtor claiming Wells Fargo put a hold on his account for $12,000.00. He stated they informed him it was due to a bankruptcy court order. Drafted email memo to TR. | 0.10 | $100.00 | $10.00 |
| Service | KR | 03/19/2026 | Review email from Attorney: Reviewed email memo from TR re: redact 2024 Taxes; redacted all needed information on the 2024 Taxes; drafted email memo to TR re: redacted 2024 taxes | 0.30 | $155.00 | $46.50 |
| Service | JAC | 03/20/2026 | upload 2024 taxes to court | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/23/2026 | Review and respond to email from Chase re: intentions | 0.10 | $360.00 | $36.00 |
| Service | JAC | 03/24/2026 | Review: 25-51624-KMS Meeting of Creditors Chapter 11 Document# 74 | 0.10 | $360.00 | $36.00 |
| Service | TR | 03/24/2026 | Review: 25-51624-KMS Notice Appointing Trustee Document# 71 | 0.10 | $360.00 | $36.00 |
| Service | KR | 03/25/2026 | Drafted Application to Employ RLF; drafted internal message to TR re: review Application | 0.30 | $155.00 | $46.50 |
| Service | KR | 03/25/2026 | Reviewed email memo from SA with the signed affidavit; merged with | 0.10 | $0.00 | $0.00 |

| | | | Application to Employ | | | |
|---|---|---|---|---|---|---|
| Service | KR | 03/25/2026 | Reviewed internal message from TR re: Application to Employ; revised the attorney fee, the word amended and also the case number; prepared for upload to Certificate of Service | 0.30 | $0.00 | $0.00 |
| Service | KR | 03/25/2026 | Received and reviewed the Declaration of Mailing; prepared the Application to Employ, the Notice with the Declaration of Mailing attached, the exhibit A and the proposed order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 04/01/2026 | Review: 25-51624-KMS Chapter 13 Trustee Final Report and Account (batch) Document# 79 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/01/2026 | Contact Debtor (Text/Email): Reviewed email memo from TR re: get Ch 11 OGRR signed; drafted email to debtor with the Ch 11 OGRR to sign; phone conference with debtor; he will get his wife to review and sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/01/2026 | Reviewed signed Chapter 11 OGRR from debtor; drafted memo and email memo to TR re: signed Chapter 11 OGRR | 0.10 | $0.00 | $0.00 |
| Service | TR | 04/03/2026 | Attend IDI and meet with client after to go over needed documents and amendments to the schedules | 2.50 | $360.00 | $900.00 |
| Service | JAC | 04/08/2026 | review changes submitted by TR, update schedules to add changes | 0.40 | $360.00 | $144.00 |
| Service | TR | 04/10/2026 | Calculate and Outline plan claim treatment section | 2.20 | $360.00 | $792.00 |
| Service | JAC | 04/13/2026 | prepare AMended Schedules for $\Delta$ to review & sign | 0.10 | $360.00 | $36.00 |
| Service | TR | 04/20/2026 | Review documents submitted by debtor for forwarding to UST | 0.40 | $360.00 | $144.00 |
| Service | KR | 04/20/2026 | Reviewed email memo from TR re: March 2026 Monthly Operating Report; redacted the bank statements and drafted memo to TR re: Wells Fargo redaction | 0.30 | $155.00 | $46.50 |
| Service | KR | 04/20/2026 | Drafted small business designation statement; phone conference with TC regarding the statement needed if small business; drafted email memo | 0.30 | $155.00 | $46.50 |

Invoice # 9147 - 06/17/2026

| | | | to TR re: Small Business Designation Statement | | | |
|---|---|---|---|---|---|---|
| Service | VM | 04/20/2026 | Call Debtor: Phone conference with debtor to determine his location as court hearing was beginning. | 0.10 | $100.00 | $10.00 |
| Service | KR | 04/20/2026 | Prepared the March 2026 Monthly Operating Report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | TR | 04/20/2026 | Attend 341 meeting and meet with client afterwards to go over amendments and next steps | 1.50 | $360.00 | $540.00 |
| Service | JC | 04/23/2026 | Incoming Call: Telephone call from Josette with BK Court. She said the proposed Order for App to Employ needs revision: remove the word "amended," add the docket number and then upload it again. Drafted e-mail to KR regarding same. | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/23/2026 | Reviewed email memo from JC re: revised order and upload per the Application to Employ RLF; revised and prepared the order for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JAC | 04/24/2026 | meet with TR to go over additional changes to Schedule B & SOFA. Make changes, prepare & send final amendments to TR to review | 0.40 | $360.00 | $144.00 |
| Service | TR | 04/24/2026 | Draft Form 26 | 0.50 | $360.00 | $180.00 |
| Service | TR | 04/24/2026 | Outline Obj to POC for KR to draft | 0.30 | $360.00 | $108.00 |
| Service | KR | 04/24/2026 | Contact Debtor (Text/Email): Reviewed email from TR re: periodic report; reviewed and prepared for debtor's signature; drafted email to debtor with the periodic report to review and sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/24/2026 | Review email from Attorney: Reviewed email memo from TR re: draft objection to claim; reviewed court docket for claim#35; drafted objection using the outline from the attorney; drafted email memo to TR re: review Objection | 0.30 | $155.00 | $46.50 |
| Service | CO | 04/24/2026 | Call Debtor: Phone conference with debtor to verify the Special Warranty Deed is for his home address at 5043 Fairbury Way. Drafted memo to KR. | 0.10 | $100.00 | $10.00 |

Invoice # 9147 - 06/17/2026

| | | | | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 04/27/2026 | Review: 25-51624-KMS Order on Application to Employ Document# 82 | 0.10 | $360.00 | $36.00 |
| Service | KR | 04/27/2026 | Incoming Call: Phone conference with debtor; he will review and get his wife to review and sign today | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/27/2026 | Review email from debtor: Reviewed email memo from debtor stating the ownership for Grand B is 50% not 100%; reviewed and drafted email memo to TR re: Periodic Statement revisions | 0.20 | $0.00 | $0.00 |
| Service | KR | 04/27/2026 | Review email from Attorney: Reviewed email memo from TR stating that JAC will revise the Periodic Report and email me to get the debtor to sign | 0.10 | $155.00 | $15.50 |
| Service | KR | 04/27/2026 | Reviewed email memo from TR re: Objection to Claim; prepared the Objection to Claim for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/28/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Objection to Claim#35, the Notice with the Declaration attached and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/28/2026 | Contact Debtor (Text/Email): Reviewed email from TR re: revised Periodic Report; drafted email to debtor with the revised report to review and sign; drafted text to debtor requesting him to review the revised report | 0.20 | $155.00 | $31.00 |
| Service | KR | 04/28/2026 | Reviewed signed periodic report from debtor; drafted email memo to TR re: review signed periodic report | 0.10 | $0.00 | $0.00 |
| Service | KR | 04/28/2026 | Review email from Attorney: Reviewed email memo from TR re: Periodic Report; prepared the Periodic Report for upload to the court | 0.10 | $155.00 | $15.50 |
| Service | JC | 04/29/2026 | Reviewed amended schedules signed by debtor; reviewed case notes; drafted e-mail to JAC inquiring if there is a creditor that needs to be added since we have an amended matrix. | 0.20 | $155.00 | $31.00 |
| Service | JC | 05/01/2026 | Reviewed e-mail from JAC regarding | 1.90 | $155.00 | $294.50 |

| | | | filing amendments; reviewed Amended Schedules, Amended Matrix, and Amended SoFA executed by debtor; revised in Best Case to add date added and e-signature; drafted Notice of Amended C; merged with C; drafted Notice of Amended H; reviewed Notice of MOC; merged Notice of Amended H, Notice of MOC, and H; drafted Ch 11 Notice of Amended Schedules; drafted list of 29 creditors with address; merged Notice with creditor list; drafted e-mail to JAC and TR attaching all documents. | | | |
|---|---|---|---|---|---|---|
| Service | JAC | 05/04/2026 | review & revise drafted notices | 0.20 | $360.00 | $72.00 |
| Service | JC | 05/04/2026 | Reviewed e-mail from JAC regarding Amended Schedules, Ch 11 Notice to Creditors, Notice of Amended to Schedule C; Notice of Amendment to Schedule H, Amended SoFA, and Amended Matrix; revised Ch 11 Notice; prepared all three notices for separate uploads to certificateofservice.com attaching list of creditors. | 0.50 | $155.00 | $77.50 |
| Service | KR | 05/05/2026 | Draft Motion: Drafted Motion to Avoid Lien; drafted email memo to TR re: review Motion to Avoid Lien | 0.30 | $155.00 | $46.50 |
| Service | JC | 05/05/2026 | Reviewed Declaration of Mailing Notice of Amended C, Notice of Amended H, Ch 11 Notice of Amendment; merged each with its Notice; prepared for filing separately with the Court: Amended Schedules/ Matrix, Amended SoFA, Notice Amended C, Notice Amended H, and Notice Ch 11 Amended Schedules. | 0.70 | $155.00 | $108.50 |
| Service | KR | 05/06/2026 | Reviewed email memo from TR re: Motion to Avoid Lien; prepared the Motion to Avoid Lien for upload to Certificate of Service | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/07/2026 | Received and reviewed the Declaration of Mailing from Certificate of Service; prepared the Notice, Motion and the Proposed Order for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 05/11/2026 | Amend Sch B - correct year for harley road glide | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/11/2026 | Review email from UST re: insurance | 0.20 | $360.00 | $72.00 |

Invoice # 9147 - 06/17/2026

| | | | - draft email to client re: same | | | |
|---|---|---|---|---|---|---|
| Service | KR | 05/12/2026 | Contact Debtor (Text/Email): Prepared amended schedule B for signing in Best Case; drafted email to debtor with the amended B to review and sign so we can file with the court with the correct year of the Harley; drafted text to debtor informing him of the schedule B he must sign | 0.20 | $155.00 | $31.00 |
| Service | KR | 05/12/2026 | Received and reviewed the signed amended schedule B; revised schedules with signatures and dates; prepared the amended schedule for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | TR | 05/21/2026 | Review MOR submitted by client | 0.20 | $360.00 | $72.00 |
| Service | KR | 05/21/2026 | Review email from debtor: Received email memo from TR re: April Monthly Operating Report; reviewed and redacted the bank statements; prepared the Monthly Operating Report for upload to the court | 0.30 | $155.00 | $46.50 |
| Service | JAC | 05/26/2026 | Review: 25-51624-KMS Notice of Appearance Document# 96 | 0.10 | $360.00 | $36.00 |
| Service | TR | 05/29/2026 | Prepare First Draft of plan | 2.80 | $360.00 | $1,008.00 |
| Service | JAC | 06/02/2026 | Review: 25-51624-KMS Hearing Set - Bankruptcy Document# 98 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/08/2026 | Review: 25-51624-KMS Order Regarding Objection to Claim Document# 99 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/09/2026 | Review: 25-51624-KMS Hearing Set - Bankruptcy Document# 106 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/09/2026 | Review: 25-51624-KMS 4001 Memo Document# 107 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/09/2026 | Review: 25-51624-KMS Motion for Relief From Stay Document# 102 | 0.20 | $360.00 | $72.00 |
| Service | TR | 06/10/2026 | Call w/ client to answer questions about proposed plan | 0.30 | $360.00 | $108.00 |
| Service | JAC | 06/15/2026 | Review: 25-51624-KMS Order Setting Confirmation Hearing of the Subchapter V Plan Document# 111 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/15/2026 | Review: 25-51624-KMS Certificate of Service Document# 109 | 0.10 | $360.00 | $36.00 |
| Service | KR | 06/15/2026 | Reviewed email memo for re: cos for | 0.30 | $155.00 | $46.50 |

Invoice # 9147 - 06/17/2026

| Type | | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|---|
| | | | order, plan and ballot; drafted cos adding creditors fro ecf; drafted memo to TR re: review cos | | | |
| Service | KR | 06/15/2026 | Reviewed email memo from TR re: COS for plan, order and ballot; prepared the order, plan and ballot for upload to Certificate of Service | 0.20 | $0.00 | $0.00 |
| Service | KR | 06/15/2026 | Received Declaration of Mailing from Certificate of Service; prepared the Order, Ballot and Plan for upload to the court | 0.20 | $155.00 | $31.00 |
| Service | JAC | 06/17/2026 | Review: 25-51624-KMS Notice to file Corporate Ownership Statement Document# 120 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/17/2026 | Review: 25-51624-KMS 4001 Memo Document# 119 | 0.10 | $360.00 | $36.00 |
| Service | JAC | 06/17/2026 | Review: 25-51624-KMS Hearing Set - Bankruptcy Document# 118 | 0.10 | $360.00 | $36.00 |
| Service | TR | 06/17/2026 | Review and revise itemizations | 0.40 | $360.00 | $144.00 |
| | | | | **Services Subtotal** | | **$12,607.00** |

## Expenses

| Type | Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 10/30/2025 | Credit Counseling | 1.00 | $20.00 | $20.00 |
| Expense | 10/30/2025 | Credit Report | 1.00 | $45.00 | $45.00 |
| Expense | 10/30/2025 | Chapter 13 Filing Fee | 1.00 | $313.00 | $313.00 |
| Expense | 11/06/2025 | Mailing Expense (certificateofservice.com) | 1.00 | $140.94 | $140.94 |
| Expense | 11/21/2025 | Postage: Mailed required documents needed for Meeting of Creditors to Trustee Cuntz | 1.00 | $5.04 | $5.04 |
| Expense | 01/13/2026 | Postage: Sent Notices to two creditors | 2.00 | $0.74 | $1.48 |
| Expense | 01/22/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 01/22/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 02/13/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $65.10 | $65.10 |
| Expense | 02/18/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 03/13/2026 | Ch 11 Filing Fee | 1.00 | $932.00 | $932.00 |
| Expense | 03/25/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $95.63 | $95.63 |

Invoice # 9147 - 06/17/2026

| | | | | | |
|---|---|---|---|---|---|
| Expense | 04/28/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.24 | $4.24 |
| Expense | 05/06/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $4.98 | $4.98 |
| Expense | 06/15/2026 | Mailing Expense (certificateofservice.com) | 1.00 | $210.98 | $210.98 |
| | | | | **Expenses Subtotal** | **$1,851.11** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| Jennifer Curry Calvillo | Attorney | 10.0 | $360.00 | $3,600.00 |
| Jennifer Curry Calvillo | Attorney | 1.0 | $0.00 | $0.00 |
| Thomas Rollins | Attorney | 14.2 | $360.00 | $5,112.00 |
| Brooke Brueland | Non-Attorney | 1.0 | $100.00 | $100.00 |
| Jacki Curry | Non-Attorney | 7.6 | $155.00 | $1,178.00 |
| Jacki Curry | Non-Attorney | 1.1 | $0.00 | $0.00 |
| Vanessa Martinez | Non-Attorney | 0.1 | $100.00 | $10.00 |
| Breanne McDaniel | Non-Attorney | 5.3 | $155.00 | $821.50 |
| Clara Ortega | Non-Attorney | 2.2 | $100.00 | $220.00 |
| Kerri Rodabough | Non-Attorney | 10.1 | $155.00 | $1,565.50 |
| Kerri Rodabough | Non-Attorney | 1.5 | $0.00 | $0.00 |
| | | | **Subtotal** | **$14,458.11** |
| | | | **Total** | **$14,458.11** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 9147 | 07/17/2026 | $14,458.11 | $0.00 | $14,458.11 |
| | | | **Outstanding Balance** | **$14,458.11** |
| | | | **Total Amount Outstanding** | **$14,458.11** |