**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS
                                                            CHAPTER 11**

**ORDER APPROVING FIRST APPLICATION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF NECESSARY EXPENSES**

This matter came before the Court on the First Application for Allowance of

Compensation and Reimbursement of Necessary Expenses for The Rollins Law Firm, PLLC as

counsel for the Debtor (the "Application"). The Court, having considered the Application and the

record, finds that the Application should be approved.

IT IS, THEREFORE, ORDERED that the Application is approved, and The Rollins Law

Firm, PLLC is allowed compensation and reimbursement of necessary expenses in the total

amount of $14,458.11, consisting of $12,607.00 in fees and $1,851.11 in expenses, as an

administrative expense of this case, subject to any further order of this Court.

**##END OF ORDER##**

Submitted By:

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSB No. 103469)
THE ROLLINS LAW FIRM, PLLC
P.O. Box 13767
Jackson, Mississippi 39236
Telephone: (601) 500-5889
Email: trollins@therollinsfirm.com
Counsel for the Debtor