**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                                        **CHAPTER 11**

## NOTICE

TO:    ALL CREDITORS AND INTERESTED PARTIES:

YOU ARE HEARBY NOTIFIED that pursuant to 1 U.S.C. § 331, Thomas C. Rollins, Jr. and The Rollins Law Firm, has filed its *First Application for Allowance of Compensation and Reimbursement of Expenses* (the "Application"), for the sum of $14,458.11, inclusive of all attorneys' fees and expenses.

A copy of the Application is on file with the United States Bankruptcy Court for the Southern District of Mississippi and may be inspected in the Office of the Clerk of said Court, or obtained from the office of Debtor's counsel by asking for a copy from Thomas C. Rollins, Jr. trollins@therollinsfirm.com. If no objections are filed within twenty-one (21) days from the date of this Notice with the Clerk of the U. S. Bankruptcy Court, Southern District of Mississippi, Thad Cochran U.S. Courthouse, 501 E. Court St., Ste 2.300, Jackson, MS 39201, and a copy served upon Thomas C. Rollins. Jr. of The Rollins Law Firm PLLC, the attorneys for the Debtor, at P.O. Box 13767, Jackson, MS 39236 the Court will consider the Application ex parte. Attorneys and other registered users of the Case Management/Electronic Case Filing (CM/ECF) system shall file any such objection electronically.

Respectfully Submitted,

Date: June 22, 2026          Signature:    /s/ Thomas C. Rollins, Jr.
                                                            Thomas C. Rollins, Jr. (MSBN 103469)
                                                            Jennifer A Curry Calvillo (MSBN 104367)
                                                            The Rollins Law Firm, PLLC
                                                            PO Box 13767
                                                            Jackson, MS 39236
                                                            601-500-5533
                                                            trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 6/22/2026, I did cause a copy of the following documents, described below,

Notice

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/22/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT

CASE NO: 25-51624

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 6/22/2026, a copy of the following documents, described below,

Notice

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/22/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 25-51624
SOUTHERN DISTRICT OF MISSISSIPPI
MON JUN 22 10-1-19 PST 2026

ALLY BANK  CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

AMUR EQUIPMENT FINANCE
304 W 3RD ST
GRAND ISLAND  NE 68801-5941

AXIS TITLE  LLC
CO WELTMAN  WEINBERG   REIS CO  LPA
5990 WEST CREEK ROAD  SUITE 200
INDEPENDENCE  OH 44131-2191

BMW BANK OF NORTH AMERICA  CO AIS PORTFOLIO
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

CAPITAL ONE AUTO FINANCE  A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

EASTERN FUNDING LLC DBA SPECIALTY VEHICLE
CO TIMOTHY J ANZENBERGER
ADAMS  REESE  LLP
1018 HIGHLAND COLONY PARKWAY  SUITE 800
RIDGELAND  MS 39157-2057

KEYSTONE EQUIPMENT FINANCE CORP
525 N TRYON ST STE 1000
CHARLOTTE  NC 28202-0210

(U)MT BANK

MIDLAND STATES BANK
ORION FIRST FINANCIAL CO L GINO MARCHE
2908 POSTON AVENUE
NASHVILLE  TN 37203-1309

PAC WESTERN FINANCIAL  LLC
PO BOX 1726
DRAPER  UT 84020-1726

(P)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

EXCLUDE

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

US BANKRUPTCY COURT
DAN M RUSSELL  JR US COURTHOUSE
2012 15TH STREET  SUITE 244
GULFPORT  MS 39501-2036

AMUR
PO BOX 2555
GRAND ISLAND  NE 68802-2555

EXCLUDE

ALLY
PO BOX 9001951
LOUISVILLE  KY 40290-1951

ALLY BANK DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

(D)ALLY BANK CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73110-7901

AMERICAN EXPRESS
PO BOX 981537
EL PASO  TX 79998-1537

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

AMEX
PO BOX 981535
EL PASO  TX 79998-1535

EXCLUDE

(U)AMUR EQUIPMENT FINANCE 304 W 3RD ST GRAND IS

ANDREW HAMMOND  ESQ
YOUNG WELLS WILLIAMS PA
FOR PAC WESTERN FINANCIAL  LLC
PO BOX 6005
RIDGELAND  MS 39158-6005

(P)ASCENTIUM CAPITAL
ATTN BANKRUPTCY
23970 US 59 NORTH
KINGWOOD TX 77339-1535

ATOB
1 EMBARCADERO CTR
STE 1200
SAN FRANCISCO  CA 94111-3617

AXIS TITLE  LLC ASSIGNEE OF AMUR EQUIPMENT F
CO WELTMAN  WEINBERG  REIS CO  LPA
5990 WEST CREEK ROAD  SUITE 200
INDEPENDENCE  OH 44131-2191

BMW
PO BOX 78066
PHOENIX  AZ 85062-8066

BMW BANK OF NORTH AMERICA
CO AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BMW BANK OF NORTH AMERICA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA  FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
POB 26012
GREENSBORO  NC 27420-6012

BANK OF AMERICA  NA
PO BOX 31785
TAMPA  FL 33631-3785

CADENCE BANK
2910 W JACKSON ST
TUPELO  MS 38801-6799

CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY  UT 84130-0285

CAPITAL ONE AUTO
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO  TX 75024-2359

CAPITAL ONE AUTO FINANCE  A DIVISION OF
CAPITAL ONE  NA DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

EXCLUDE

CHASE AUTO FINANCE
ATTN BANKRUPTCY
700 KANSAS LANE
MONROE  LA 71203-4774

(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919-1922

(D)(P)CITIZENS BANK N A
ATTN BANKRUPTCY TEAM
ONE CITIZENS BANK WAY
JCA115
JOHNSTON RI 02919 1922

EXCLUDE

DB TRANSPORT LLC
5043 FAIRBURY WAY
DIBERVILLE  MS 39540-1000

DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON  IA 50131-2889

(D)DLL FINANCE LLC
ATTN BANKRUPTCY
8001 BIRCHWOOD CT
JOHNSTON  IA 50131 2889

DOCUSIGN
221 MAIN ST
STE 800
SAN FRANCISCO  CA 94105-1921

EASTERN FUNDING LLC
213 W 35TH ST
STE 2W
NEW YORK  NY 10001-0217

EASTERN FUNDING  LLC
CO TIMOTHY J ANZENBERGER
ADAMS  REESE  LLP
1018 HIGHLAND COLONY PKWY  SUITE 800
RIDGELAND  MS 39157-2057

EXCLUDE

FIRST COMMERCE OF AMER
155 B AVE  300
CHAPEL HILL  TN 37034

(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102-1637

(D)(P)FIRST NATIONAL BANK OF OMAHA
1601 DODGE ST
STOP CODE 3113
OMAHA NE 68102 1637

EXCLUDE

(P)GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2700 POST RD
WARWICK RI 02886-3003

(D)(P)GREENWOOD CREDIT UNION
ATTN BANKRUPTCY
2700 POST RD
WARWICK RI 02886 3003

HARLEY DAVIDSON
ATTN BANKRUPTCY
PO BOX 22048
CARSON CITY  NV 89721-2048

HARLEYDAVIDSON CREDIT CORP
PO BOX 9013
ADDISON  TEXAS 75001-9013

HEADWAY
4700 W DAYBREAK PKWY
STE 200
SOUTH JORDAN  UT 84009-5133

(P)HEADWAY CAPITAL
175 W JACKSON BLVD SUITE 1000
CHICAGO IL 60604-2863

INTERNAL REVENUE SERVI
CENTRALIZED INSOLVENCY
PO BOX 7346
PHILADELPHIA  PA 19101-7346

INTERNAL REVENUE SERVI
CO US ATTORNEY
501 EAST COURT ST
STE 4430
JACKSON  MS 39201-5025

(P)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JPMORGAN CHASE BANK  NA
NATIONAL BANKRUPTCY DEPARTMENT
700 KANSAS LANE  LA4- 5599
MONROE  LA 71203-4774

JIM F SPENCER  JR
WATKINS  EAGER PLLC
FOR KEYSTONE EQUIPMENT FINANCE CORP
POST OFFICE BOX 650
JACKSON  MS 39205-0650

KEYSTONE EFC
433 S MAIN ST SUITE 30
WEST HARTFORD  CT 06110-1670

EXCLUDE

(D)KEYSTONE EQUIPMENT FINANCE CORP
525 N TRYON ST STE 1000
CHARLOTTE  NC 28202-0210

(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

EXCLUDE

(D)(P)MT BANK
LEGAL DOCUMENT PROCESSING
626 COMMERCE DRIVE
AMHERST NY 14228-2307

(P)MISSISSIPPI STATE TAX COMMISSION
P O BOX 22808
JACKSON MS 39225-2808

MIDLAND STATES BANK
ORION FIRST FINANCIAL
CO GINO MARCHETTI  JR
2908 POSTON AVENUE
NASHVILLE  TN 37203-1309

NAVY FCU
ATTN  BANKRUPTCY
PO BOX 3000
MERRIFIELD  VA 22119-3000

EXCLUDE

NAVY FEDERAL CU
ATTN BANKRUPTCY
PO BOX 3302
MERRIFIELD  VA 22119-3302

NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA 22119-3000

(D)NAVY FEDERAL CREDIT UNION
PO BOX 3000
MERRIFIELD  VA  22119-3000

ODK CAPITAL LLC
4700 W DAYBREAK PKWY  STE 200
SOUTH JORDAN UT 84009-5133

ON DECK
4700 W  DAYBREAK PKWY
SOUTH JORDAN  UT 84009-5133

ONEMAIN FINANCIAL GROUP  LLC
PO BOX 3251
EVANSVILLE  IN 47731-3251

ONEMAIN
PO BOX 1010
EVANSVILLE  IN 47706-1010

PACWESTERN
222 S MAIN ST 5TH FL
SALT LAKE CIT  UT 84101-2185

SBA
801 TOM MARTIN DR
STE 210
BIRMINGHAM  AL 35211-6426

EXCLUDE

SBA
CO US ATTORNEYS OFFI
501 E COURT ST
STE 4430
JACKSON  MS 39201-5025

(D)(P)STEARNS BANK NATIONAL ASSOCIATION
ATTN LEGAL DEPARTMENT
4191 2ND STREET SOUTH
ST CLOUD MN 56301-3761

STEPHEN B ELGGREN
PO BOX 1726
DRAPER  UT 84020-1726

SYNCHRONY
ATTN BANKRUPTCY
PO BOX 955060
ORLANDO  FL 32896-5060

SYNCHRONY BANK
PO BOX 965073
ORLANDO  FL 32896-5073

SYNCHRONY BANK DEPARTMENT
AIS PORTFOLIO SERVICES  LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY  OK 73118-7901

SYNCHRONY BANK CO AIS PORTFOLIO SERVICES   L
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY   OK 73118-7901

TIMOTHY J ANZENBERGER
ADAMS AND REESE LLP
FOR EASTERN FUNDING LLC DBA SPECIALTY
1018 HIGHLAND COLONY PARKWAY   SUITE 800
RIDGELAND   MS 39157-2057

US ATTORNEY SD MISSISSIPPI
CO INTERNAL REVENUE SERVICE
1575 20TH AVENUE   2ND FLOOR
GULFPORT   MS 39501-2040


US ATTORNEY SD MISSISSIPPI
CO US SECURITIES AND EXCHANGE COMMISS
1575 20TH AVENUE   2ND FLOOR
GULFPORT   MS 39501-2040

US SECURITIES AND EXCHANGE COMMISSION
OFFICE OF REORGANIZATION
950 EAST PACES FERRY ROAD   SUITE 900
ATLANTA   GA 30326-1382

US ATTORNEY GENERAL
US DEPT OF JUSTICE
950 PENNSYLVANIA AVENW
WASHINGTON   DC 20530-0001


EXCLUDE

UNISOURCE CAPITAL
214 CANTON RD
STE 1
CUMMING   GA 30040-2370

UNISOURCE CAPITAL
COHN   DUSSI   LLC
255 STATE STREET SUITE 7B
BOSTON   MA 02109-2613

UNITED STATES TRUSTEE
501 EAST COURT STREET
SUITE 6 430
JACKSON   MS 39201 5022


DEBTOR

EXCLUDE

EXCLUDE

DONSHEKIE BARRETT
5043 FAIRBURY WAY
DIBERVILLE   MS 39540-1000

KIMBERLY D STRONG
HARPER   RAINS   KNIGHT   COMPANY
1052 HIGHLAND COLONY PARKWAY   SUITE 100
RIDGELAND   MS 39157 8764

THOMAS CARL ROLLINS JR
THE ROLLINS LAW FIRM   PLLC
PO BOX 13767
JACKSON   MS 39236 3767