**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Donshekie Barrett, Debtor**                     **Case No. 25-51624-KMS**
                                                                              **CHAPTER 11**

## <u>RESPONSE</u>

COMES NOW, Debtor, by and through counsel, and responds to Creditor, Capital One Auto Finance, a division of Capital One, N.A.'s Motion for Relief from Automatic Stay (dk # 116) as follows:

1. Debtor commenced this case on 10/30/2025 by filing a voluntary petition for relief under Chapter 11 of Title 11 of the United States Bankruptcy Code.

2. Debtor has filed a proposed plan which provides treatment for Movant's claim.

WHEREFORE, Debtor prays for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By:   /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on June 23, 2026, to:

By USPS First Class Mail:

Capital One Auto Finance, a division of Capital One, N.A.
c/o AIS Portfolio Services, LLC
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

By Electronic CM/ECF Notice:

Wesley H. Blacksher, Attorney for Creditor

Kimberly D. Strong

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.