**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Donshekie Barrett, Debtor**                    **Case No. 25-51624-KMS**
                                                                          **CHAPTER 11**

## REQUEST FOR A CERTIFIED COPY

Honorable Clerk:

I represent the debtor in the above-referenced case and respectfully request two certified copies of the Agreed Order Partially Avoiding Lien (Dk# 128) totaling $24.00 for purposes of providing the certified copies to the Chancery and Circuit Clerk in the county where the debtor's property is located. Please mail the copies to the following address:

Thank you for assistance.

Respectfully submitted,


/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  DONSHEKIE BARRETT, | CASE NO.: 25-51624-KMS |
| Debtor | CHAPTER: 11 |

### AGREED ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having come before the Court on the motion [Dkt. No. 93] of the debtor to avoid the fixing of the judicial lien (judgment) of Pac Western Financial, LLC on exempt property of the debtor, and Pac Western Financial, LLC having filed a response [Dkt. No. 97], and the parties having announced an agreement resolving the issues raised by the motion and response, and the Court, having considered the pleadings and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the County Court of the Second Judicial District of Harrison County, Mississippi, in the amount of $108,975.63, enrolled in the Judgment Roll maintained by the County Clerk of Harrison County and filed under case number D2402-25-796, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b), including the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21

(1972) and 11 U.S.C. § 522(b), up to the amount of the debtor's allowed homestead exemption, said homestead being located at 5043 Fairbury Way, D'Iberville, Harrison County, Mississippi 39540, being more fully described as follows:

> Lot 44, Windmill Ridge Subdivision, Phase One, Part One, a subdivision according to the official map or plat thereof on file and of record in the Office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 33 at Page 29 - 35, thereof, reference to which is hereby made in aid of and as a part of this description.

2. Except as avoided by this Order, any remaining portion of Pac Western Financial, LLC's claim and lien rights shall be treated as provided in the debtor's Chapter 11 plan to be confirmed in this case. Pac Western Financial, LLC agrees to the plan treatment proposed by the debtor for its claim, and upon full payment of Pac Western Financial, LLC's allowed claim in the amount and manner provided by the confirmed plan, the judicial lien (judgment) identified in paragraph 1 shall be released, canceled, and satisfied in full.

3. Upon full payment of Pac Western Financial, LLC's allowed claim as provided by the confirmed plan, Pac Western Financial, LLC shall execute any release, cancellation, satisfaction, or other document reasonably necessary to evidence the full release, cancellation, and satisfaction of the judicial lien (judgment) identified in paragraph 1. If Pac Western Financial, LLC fails to execute such document within fourteen (14) days after written request following full payment under the confirmed plan, this Order, together with proof of full payment under the confirmed plan, may be recorded or filed as evidence of the full release, cancellation, and satisfaction of the judicial lien (judgment).

4. A certified copy of this Order is to be filed in the land records of Harrison County, Mississippi, and the Chancery Clerk is requested to index this Order in the direct and sectional index under the name of Donshekie Barrett (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

5.  The County Clerk of Harrison County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Pac Western Financial, LLC filed as case number D2402-25-796 has been PARTIALLY CANCELED by this Order to the extent set forth herein, and a certified copy of this Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

6.  The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

### ##END OF ORDER##

**AGREED BY:**

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
The Rollins Law Firm, PLLC
702 West Pine St.
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com
ATTORNEY FOR DEBTOR(S)

/s/ Andrew Hammond
Andrew Hammond (MS Bar No. 101987)
Young Wells Williams P.A.
141 Township Ave., Suite 300
Ridgeland, MS 39157
P.O. Box 6005
Ridgeland, MS 39158
601-360-9057
ahammond@youngwells.com
ATTORNEY FOR PAC WESTERN
FINANCIAL, LLC