United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                              Case No. 25-51624-KMS

Donshekie Barrett                                                                      Chapter 11

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| cr | + | Pac Western Financial, LLC, P.O. Box 1726, Draper, UT 84020-1726 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026                        Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jim F. Spencer, Jr. | on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com  mryan@watkinseager.com |
| John Andrew Hammond | on behalf of Creditor Pac Western Financial  LLC ahammond@youngwells.com, mhammack@youngwells.com;wsmith@youngwells.com |
| Kimberly D. Strong | kstrong@hrkcpa.com |
| Michael J McCormick | on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | |

District/off: 0538-6        User: mssbad        Page 2 of 2

Date Rcvd: Jun 29, 2026        Form ID: pdf012        Total Noticed: 2

on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger

on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
amy.nichols@arlaw.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor BMW Bank of North America  c/o AIS Portfolio Services, LLC BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A., c/o AIS Portfolio Services, LLC
BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10

_____



**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: June 29, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:  DONSHEKIE BARRETT,            CASE NO.: 25-51624-KMS
          Debtor                                CHAPTER: 11

## AGREED ORDER PARTIALLY AVOIDING JUDICIAL LIEN

The above-styled and numbered cause having come before the Court on the motion [Dkt. No. 93] of the debtor to avoid the fixing of the judicial lien (judgment) of Pac Western Financial, LLC on exempt property of the debtor, and Pac Western Financial, LLC having filed a response [Dkt. No. 97], and the parties having announced an agreement resolving the issues raised by the motion and response, and the Court, having considered the pleadings and otherwise being fully advised in the premises, finds that certain relief should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED as follows:

1. Pursuant to 11 U.S.C. § 522(f)(1), the judicial lien (judgment) obtained against the debtor in the County Court of the Second Judicial District of Harrison County, Mississippi, in the amount of $108,975.63, enrolled in the Judgment Roll maintained by the County Clerk of Harrison County and filed under case number D2402-25-796, is hereby avoided and held for naught to the extent it impairs any property of the debtor otherwise exempted by Title 85, Chapter 3, Miss. Code Ann. (1972) and 11 U.S.C. § 522(b), including the debtor's homestead exemption provided by Miss. Code Ann. § 85-3-21

(1972) and 11 U.S.C. § 522(b), up to the amount of the debtor's allowed homestead exemption, said homestead being located at 5043 Fairbury Way, D'Iberville, Harrison County, Mississippi 39540, being more fully described as follows:

> Lot 44, Windmill Ridge Subdivision, Phase One, Part One, a subdivision according to the official map or plat thereof on file and of record in the Office of the Chancery Clerk of the Second Judicial District of Harrison County, Mississippi, in Plat Book 33 at Page 29 - 35, thereof, reference to which is hereby made in aid of and as a part of this description.

2. Except as avoided by this Order, any remaining portion of Pac Western Financial, LLC's claim and lien rights shall be treated as provided in the debtor's Chapter 11 plan to be confirmed in this case. Pac Western Financial, LLC agrees to the plan treatment proposed by the debtor for its claim, and upon full payment of Pac Western Financial, LLC's allowed claim in the amount and manner provided by the confirmed plan, the judicial lien (judgment) identified in paragraph 1 shall be released, canceled, and satisfied in full.

3. Upon full payment of Pac Western Financial, LLC's allowed claim as provided by the confirmed plan, Pac Western Financial, LLC shall execute any release, cancellation, satisfaction, or other document reasonably necessary to evidence the full release, cancellation, and satisfaction of the judicial lien (judgment) identified in paragraph 1. If Pac Western Financial, LLC fails to execute such document within fourteen (14) days after written request following full payment under the confirmed plan, this Order, together with proof of full payment under the confirmed plan, may be recorded or filed as evidence of the full release, cancellation, and satisfaction of the judicial lien (judgment).

4. A certified copy of this Order is to be filed in the land records of Harrison County, Mississippi, and the Chancery Clerk is requested to index this Order in the direct and sectional index under the name of Donshekie Barrett (debtor) as grantor. The debtor's attorney will ensure compliance with this provision.

5. The County Clerk of Harrison County, Mississippi is to enter on the judgment roll that the judicial lien (judgment) of Pac Western Financial, LLC filed as case number D2402-25-796 has been PARTIALLY CANCELED by this Order to the extent set forth herein, and a certified copy of this Order is to be placed in the suit file. The debtor's attorney will ensure compliance with this provision.

6. The aforesaid clerks are authorized to charge fees for their services as otherwise authorized by state law.

**##END OF ORDER##**

**AGREED BY:**

| | |
|---|---|
| /s/ Thomas C. Rollins, Jr. | /s/ Andrew Hammond |
| Thomas C. Rollins, Jr. (MS Bar No. 103469) | Andrew Hammond (MS Bar No. 101987) |
| The Rollins Law Firm, PLLC | Young Wells Williams P.A. |
| 702 West Pine St. | 141 Township Ave., Suite 300 |
| Hattiesburg, MS 39401 | Ridgeland, MS 39157 |
| 601-500-5533 | P.O. Box 6005 |
| trollins@therollinsfirm.com | Ridgeland, MS 39158 |
| ATTORNEY FOR DEBTOR(S) | 601-360-9057 |
| | ahammond@youngwells.com |
| | ATTORNEY FOR PAC WESTERN FINANCIAL, LLC |