United States Bankruptcy Court

Southern District of Mississippi

In re:                                                                                          Case No. 25-51624-KMS

Donshekie Barrett                                                                     Chapter 11

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6                     User: mssbad                     Page 1 of 2

Date Rcvd: Jul 07, 2026            Form ID: pdf012              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol       Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

**Recip ID               Recipient Name and Address**
dbpos           + Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026            Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 7, 2026 at the address(es) listed below:**

**Name               Email Address**

Jim F. Spencer, Jr.
    on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com  mryan@watkinseager.com

John Andrew Hammond
    on behalf of Creditor Pac Western Financial  LLC ahammond@youngwells.com, mhammack@youngwells.com;wsmith@youngwells.com

Kimberly D. Strong
    kstrong@hrkcpa.com

Michael J McCormick
    on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com  mccallaecf@ecf.courtdrive.com

Steven Usry
    on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov

Thomas Carl Rollins, Jr
    on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com

District/off: 0538-6                          User: mssbad                                    Page 2 of 2
Date Rcvd: Jul 07, 2026                       Form ID: pdf012                                 Total Noticed: 1

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Timothy J. Anzenberger

on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com
amy.nichols@arlaw.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Wesley H. Blacksher

on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

Wesley H. Blacksher

on behalf of Creditor BMW Financial Services NA  LLC BlacksherW@aol.com,
debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net

TOTAL: 10



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 7, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**DONSHEKIE BARRETT**                                    **CASE NO. 25-51624 KMS**

**DEBTOR .**                                                      **CHAPTER 11**

### ORDER RESETTING HEARING

This matter came on this date on the Motion for Relief from the Automatic Stay filed by BMW Bank of North America (the "Motion") (Dkt. #102) and the Court having considered the facts herein, finds that the hearing on July 9, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Motion hereby is continued and reset for August 6, 2026, at 1:30 p.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

IT IS FURTHER ORDERED that any stay provided by 11 U.S.C. § 362(a) is extended until the conclusion of the final hearing and a determination by the Court.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841