# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51624          **Case Name:** Donshekie Barrett

**Set:** 08/06/2026 01:30 pm   **Chapter:** 11   **Type:** bk      **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2024 BMW 3 SERIES SEDAN 4D 330i 2.0L I4 TURBO. . Filed by Creditor BMW Bank of North America, c/o AIS Portfolio Services, LLC  (Dkt. #102)

Affidavit filed by BMW Financial Services, NA LLC (Dkt. #104)

Response filed by Debtor (Dkt. #127)

---

Minute Entry Re: (related document(s): [102] Motion for Relief From Stay filed by BMW Financial Services NA, LLC) Blacksher to submit an Agreed Order. Order due by 08/20/2026. Called in by Blacksher's office. (mcc)