# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51624          **Case Name:** Donshekie Barrett

**Set:** 08/06/2026 01:30 pm   **Chapter:** 11   **Type:** bk   **Judge** Katharine M. Samson

**matter**   Motion for Relief from Stay as to 2023 Hyundai Elantra. .  Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A., c/o AIS Portfolio Services, LLC (Attachments: # 1 Affidavit Affidavit)  (Dkt. #116)

Response filed by Debtor (Dkt. #126)

---

Minute Entry Re: (related document(s): [116] Motion for Relief From Stay filed by Capital One Auto Finance, a division of Capital One, N.A.) Blacksher to submit an Agreed Order. Order due by 08/20/2026. Called in by Blacksher's office. (mcc)