**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:      **DONSHEKIE BARRETT**                    **CASE NO. 25-51624-KMS**

　　　　　**DEBTOR(S)**                              **CHAPTER    11**

---

**UNITED STATES TRUSTEE'S OBJECTION TO**
**DEBTOR'S SUBCHAPTER-V PLAN OF REORGANIZATION**
**(DKT. #108)**

---

COMES NOW Kevin M. Epstein, United States Trustee for Region 5 ("UST"), by and through undersigned counsel, and files this Objection to Debtors' Subchapter-V Plan of Reorganization (DKT. #108), and in support thereof respectfully submits the following:

1.      The UST objects to the plan based on feasibility.  Debtors' monthly operating reports do not reflect a cash flow indicative of successfully funding the proposed plan.  Moreover, the reports show significant sums of cash being withdrawn from the DIP account without appropriate explanation of the expenses for which the cash is being used.

2.      The Debtor's monthly operating report (DKT. #80) for the month of March 2026 shows an opening balance of $13,106.30; income of $1,975.06 and expenses of $830.60 with a net cash flow of $1144.46.

3.      The Debtor's monthly operating report (DKT. #95) for the month of April 2026 shows income of $52,083.22 and expenses of $10,659.39 with a net cash flow of $41,423.93.

4.      The Debtor's monthly operating report (DKT. #129) for the month of May 2026 shows income of 0 and expenses of $12,137.34 with a net cash flow of -$12,137.34.

5.      The Debtor's monthly operating report (DKT. #140) for the month of June 2026 shows income of 0 and expenses of $7,955.54 with a net cash flow of -$7,955.54.

1

6.      Of the four monthly operating reports filed in this case, the Debtor has reported having operated with a positive cash flow for only two of those four months.

7.      The Debtor's plan seeks to make monthly payments totaling $26,332. The monthly operating reports filed by the Debtor show average monthly expenses that exceed $7000.

8.      The monthly operating reports show an average monthly income of $13,500. The total of the Debtor's projected plan payments is more than $26,000 per month.

9.      Finally, the UST requests additional and specific information as to the approximately $7,000 in average monthly expenses.

10.     The UST reserves the right to object on additional grounds at the hearing of this matter.

WHEREFORE, PREMISES CONSIDERED, the United States Trustee prays that the Court deny the Debtors' plan.  The United States Trustee also prays for all general relief to which he may be entitled in these premises.


RESPECTFULLY SUBMITTED, this the 30th day of July 2026.

KEVIN M. EPSTEIN
United States Trustee
Region 5, Districts of
Louisiana and Mississippi

By:     /s/Steven Usry
        STEVEN USRY


STEVEN USRY (MSB #100922)
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
501 E. COURT STREET, SUITE 6-430

JACKSON, MS  39201
TEL: (601) 965-5247
EMAIL:      steven.usry@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading has been served on the below-named individual(s) this day via first class U.S. Mail at the address listed below or electronically served via the electronic mail address on file with the Court's CM/ECF system:

Thomas C. Rollins                  Kimberly D. Strong
*Attorney for Debtors*            *Subchapter-V Trustee*

DATED, this the 30th day of July 2026.

By:    */s/Steven Usry*
        STEVEN USRY

3