**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No. 25-51624-KMS |
| **DONSHEKIE BARRETT,** | Chapter 11 |
| Debtor. | Subchapter V |

**<u>LIMITED OBJECTION TO CONFIRMATION</u>**

Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group ("Eastern Funding") files this *Limited Objection to Confirmation* (the "Limited Objection") objecting to the Debtor's *Chapter 11 Subchapter V Plan of Reorganization* (the "Plan," Dkt. 108) on a limited basis. Eastern Funding does not generally oppose confirmation of the Plan. It objects only to the Plan's apparent failure to address Eastern Funding's contingent unsecured claim and requests that the Plan be amended to specify how that claim will be treated if the underlying loan defaults.

1.      In 2024, Eastern Funding extended a loan (the "Loan") to DB Transports LLC in the principal amount of $132,252.00 for the purchase of a 2024 Freightliner and its 2023 Jerr-Dan 22' Carrier (the "Collateral").[1]

2.      To secure the Loan, DB Transports gave Eastern Funding a first-priority security interest in the Collateral.[2]

3.      The Debtor personally and unconditionally guaranteed the Loan.[3]

---

[1] *See* Claim No. 30-1.

[2] *Id*. at Exhibit A and B.

[3] *Id*. at Exhibit A.

4.      In this case, Eastern Funding timely filed a proof of claim (the "Claim," Claim No. 30-1) for the amounts owed under the Loan.

5.      Given the Loan is current and not in a payment default, Eastern Funding's claim is contingent. But upon default, Eastern Funding is entitled to payment of its claim under the Plan as a general unsecured claim for any outstanding debt or deficiency if the Collateral is repossessed and liquidated.

6.      Class 16 of the Plan provides treatment for "all general unsecured claims against the Debtor." It lists every general unsecured creditor that filed a proof of claim and proposes to pay each in full, without interest, over sixty months.

7.      Eastern Funding is not on that list and does not appear anywhere in the Plan, despite having filed a timely proof of claim.

8.      It is unclear whether the Plan proposes to pay Eastern Funding's Claim if the Loan enters into default.

9.      Section 1123(a)(3) of the Bankruptcy Code requires a plan to specify the treatment of impaired claims. Section 1123(a)(4) requires equal treatment within a class. A plan that pays some Class 16 creditors in full and ignores others cannot satisfy either requirement and so cannot be confirmed under Section 1129(1).

10.      Eastern Funding asks only that the Plan be amended or at least clarified that, to the extent there is a default under the Loan, Eastern Funding's Claim will be paid in full under the Plan the same as the other general unsecured creditors in Class 16.

11.      The Debtor scheduled Eastern Funding's Claim as contingent and disputed. And the Plan does include a provision governing claims scheduled as contingent and disputed. But that

provision is vague and unclear as to whether Eastern Funding's Claim will be paid if matured. Moreover, Eastern Funding is not aware of any basis for the Debtor to "dispute" Eastern Funding's Claim (because there is no such basis).

**For these reasons,** Eastern Funding requests that the Court sustain this Limited Objection and require the Debtor to amend the Plan to provide clear treatment of Eastern Funding's Claim as described above (i.e., that Eastern Funding's unsecured claim will be paid in full under Class 16 of the Plan in the event the Loan goes into default triggering the Debtor's guaranty obligations).

Dated: July 30, 2026

**EASTERN FUNDING LLC**
**D/B/A SPECIALTY VEHICLE AND**
**EQUIPMENT FUNDING GROUP**

By:   /s/ Timothy J. Anzenberger
Timothy J. Anzenberger
Miss. Bar No. 103854
Adams & Reese, LLP
1018 Highland Colony Parkway, Suite 800
Ridgeland, MS 39157
Telephone:   601.353.3234
Facsimile:   601.355.9708
tim.anzenberger@arlaw.com

## CERTIFICATE OF SERVICE

Service provided via Notice of Electronic Filing through the Court's Electronic Filing System on all parties signed up to receive such notices.

Dated: July 30, 2026

/s/ Timothy J. Anzenberger
Timothy J. Anzenberger