**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: DONSHEKIE BARRETT, Debtor**

**CASE NO. 25-51624-KMS**
**CHAPTER 11**

### BALLOT SUMMARY AND CERTIFICATION

I, Thomas C. Rollins, Jr., counsel of record for the Debtor and plan proponent, do hereby certify that the ballots attached hereto and filed herewith are true and correct copies of the original ballots received and that the following summary of the ballot tally is a true and accurate reflection of the acceptances and rejections actually cast in this case.

### BALLOT SUMMARY BY CLAIM

| Name (Alphabetized) | Class | Claim Amount | Vote |
|---|---|---|---|
| Ally Bank | 16 | $42,155.34 | Accept |
| American Express National Bank (Account ending 1002) | 16 | $7,744.74 | Accept |
| American Express National Bank (Account ending 2006) | 16 | $1,809.90 | Accept |
| American Express National Bank (Account ending 6002) | 16 | $2,685.34 | Accept |
| Greenwood Credit Union | 8 | $14,045.69 | Accept |
| Pacific Western Financial, LLC | 13 | $108,975.63 | Accept |
| UniSource Capital | 16 | $9,336.16 | Accept |

### BALLOT SUMMARY BY CLASS

| Class | Total # Claims | Total $ Amount | Yes # | No # | Yes $ | No $ | Class Vote |
|---|---|---|---|---|---|---|---|
| 8 | 1 | $14,045.69 | 1 | 0 | $14,045.69 | $0.00 | Accept |
| 13 | 1 | $108,975.63 | 1 | 0 | $108,975.63 | $0.00 | Accept |
| 16 | 5 | $63,731.48 | 5 | 0 | $63,731.48 | $0.00 | Accept |

Each voting class from which a ballot was received accepted the Plan. No rejecting ballots were received. Copies of all ballots are attached.

Dated: August 2, 2026

Respectfully submitted,

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601.500.5333
trollins@therollinsfirm.com
Attorney for the Debtor and Plan Proponent

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor

Case No. 25-51624-KMS

CHAPTER 11

## Class _8_  Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class _8_ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _8_ claim against the Debtor in the unpaid amount of
_FourTeen Thousand Forty Five  69/100_ Dollars ($ _14,045.69_ )

Check one box only

☒  Accepts the plan

☐  Rejects the plan

Dated: _6|25|2026_   Print or type name: _JASON BOUCHARD_

Signature: _____   Title _VP, Collections_

Address: _2700 Post Road_

_WARWICK, RI  02586_

_____

Return this ballot to:
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

**IN RE:**   **Donshekie Barrett, Debtor**

Case No. 25-51624-KMS

CHAPTER 11

## Class _13_ Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ___ under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _13_ claim against the Debtor in the unpaid amount of
one hundred eight thousand, nine-hundred seventy-five Dollars ($ 108,975.63
and 63/00

*Check one box only*

☒   **Accepts the plan**

☐   **Rejects the plan**

Dated: _7/3/26_         Print or type name: _Andrew Hammond_

Signature: _____     Title _Attorney_

Address: _P.O. Box 6005_

_Ridgeland, MS 39158_

_For Pacific Western Financial, LLC_

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor

Case No. 25-51624-KMS

CHAPTER 11

## Class 16 _ Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 16 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 16 _ claim against the Debtor in the unpaid amount of
_____Dollars ($ 7,744.74 ____)

*Check one box only*

Account Ending: 1002

☒    Accepts the plan

☐    Rejects the plan

Dated: __July 17, 2026__     Print or type name: __American Express National Bank__

Signature: _____     Title __Kenneth W. Kleppinger,__
                                                    Attorney/Agent for creditor

Address:    __c/o Becket & Lee LLP__

__PO Box 3001__

__Malvern, PA 19355__

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:   Donshekie Barrett, Debtor                       Case No. 25-51624-KMS

CHAPTER 11

## Class 16  Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 16 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

### Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 16 claim against the Debtor in the unpaid amount of
_____Dollars ($ 1,809.90   )

*Check one box only*

☒   Accepts the plan                         Account Ending: 2006

☐   Rejects the plan

Dated: July 17, 2026        Print or type name: American Express National Bank

Signature: _____   Title Kenneth W. Kleppinger,
                                                            Attorney/Agent for creditor

Address:     c/o Becket & Lee LLP

               PO Box 3001

               Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    **Donshekie Barrett, Debtor**                    Case No. 25-51624-KMS
                                                            **CHAPTER 11**

## Class ⅼb Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class ⅼb under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class  ⅼb  claim against the Debtor in the unpaid amount of
_Nine Thousand Three Hundred Thirty Six_  ¹⁶/₁₀₀ _Dollars ($ 9,336.16 )

*Check one box only*

☒    **Accepts the plan**

☐    **Rejects the plan**

Dated: _6/29/2026_          Print or type name: _Andrew Glaab_

Signature: _____          Title _Partner_

Address: _Cohn & Dussi, LLC_          _As Attorney for_
         _755 State St, Suite 7B_          _UniSource Capital_
         _Boston, MA 02189_

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314  (02/20)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Southern DISTRICT OF MISSISSIPPI

**IN RE:    Donshekle Barrett, Debtor**

**Case No. 25-51624-KMS**

**CHAPTER 11**

## Class  16  Ballot for Accepting or Rejecting Plan of Reorganization

Donshekle Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class  16  under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class  16  claim against the Debtor in the unpaid amount of
___$42,185.34_____

*Check one box only*

☒  Accepts the plan

☐  Rejects the plan

Dated: ___7/28/26_____     Print or type name: ____PAUL  TANGEN_____

Signature: _____ Title ___BANKRUPTCY ANALYST___

Address: ___ALLY BANK C/O AIS PORTFOLIO SERVICES, LLC_____

___1212 CORPORATE DRIVE, SUITE 400_____

___IRVING, TX  75038_____

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236

Official Form 314 (02/20)

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE Southern DISTRICT OF MISSISSIPPI

IN RE:    Donshekie Barrett, Debtor

Case No. 25-51624-KMS

CHAPTER 11

## Class 16  Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 16 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 16 claim against the Debtor in the unpaid amount of
_____Dollars ($ 2,685.34    )

*Check one box only*

☒    Accepts the plan

Account Ending: 6002

☐    Rejects the plan

Dated:   July 17, 2026        Print or type name:   American Express National Bank

Signature:                                                     Title Kenneth W. Kleppinger,
                                                                        Attorney/Agent for creditor

Address:        c/o Becket & Lee LLP

                    PO Box 3001

                    Malvern, PA 19355

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236