

**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: August 4, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

DONSHEKIE BARRETT                                    CASE NO. 25-51624 KMS

DEBTOR .                                                        CHAPTER 11

### ORDER RESETTING HEARING

This matter came on this date on the Chapter 11 Subchapter V Plan of Reorganization filed by the Debtor in Possession (the "Chapter 11 Plan") (Dkt. #108) and the Court having considered the facts herein, finds that the hearing on August 6, 2026, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Chapter 11 Plan hereby is continued and reset for October 1, 2026, at 1:30 pm., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841