MSSB-7007.1-Bk (11/23)

**United States Bankruptcy Court**
**Southern District of Mississippi**

In re:   Donshekie Barrett

_Debtor(s)_

Case No.: 25-51624-KMS

Chapter: 11

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules,
Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group    , a

[Name of Corporate Party]

**[Check One]**

☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRBP 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Eastern Funding LLC is a wholly-owned subsidiary of Brookline Bank & Trust f/k/a Brookline Bank

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 08/04/2026

/s/ Timothy J. Anzenberger
Attorney Signature

Timothy J. Anzenberger
Attorney Name

103854
State Bar Number

1018 Highland Colony Pkwy Ste 800
Address

Ridgeland, MS 39157
City, State, and Zip Code

601.292.0715
Telephone Number

tim.anzenberger@arlaw
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**