**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: August 17, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE**

**IN RE:**

| | | |
|---|---|---|
| | * | |
| **DONSHEKIE BARRETT,** | * | **CASE NUMBER: 25-51624 KMS** |
| | * | |
| **Debtor.** | * | |

**AGREED ORDER REGARDING BMW FINANCIAL SERVICES NA, LLC MOTION FOR RELIEF FROM STAY DOCKET #102**

This matter came before the Court on the Motion for Relief filed by **BMW Financial Services NA, LLC** (hereinafter "Creditor")(Docket #102) and the Debtor's Response thereto (Docket # 127) seeking relief from Stay imposed by 11 U.S.C. § 362 as it relates to the enforcement of the lien against property described as:

**2024 BMW 3 SERIES SEDAN 4D 330i 2.0L I4 TURBO**
**VIN NUMBER: 3MW69FF06R8E53212**

The Court being advised prior to the hearing that this matter has been settled and that it is by agreement of the parties that the Motion for Relief filed by **BMW Financial Services NA, LLC** seeking relief from Stay imposed by 11 U.S.C. § 362 should be Conditionally Denied.

**THEREFORE IT IS ORDERED** that the Motion of Creditor seeking relief from the automatic stay imposed by 11 U.S.C. § 362 and Section 1301 is **CONDITIONALLY DENIED**, conditioned upon the following:

1. Based upon the Debtor's Chapter 11 Plan, the monthly payments are made directly to the Creditor, in the amount of $984.00 per month commencing the Effective Date; and,

2. Debtor has arrears of $6,287.75 as of May 22nd, 2026.

3. As of May 4th, 2026, the adjusted retail value of the 2024 BMW 3 SERIES SEDAN 4D 330i 2.0L I4 TURBO is $34,825.00.

4. Debtor to commence making monthly adequate protection payments of $348.00 commencing August 15th, 2026. This sum represents 1% of the adjusted retail value.

5. Debtor(s) maintaining in force and effect, at Debtor(s)' expense, insurance on said vehicle with the Creditor as loss payee and in accordance with the insurance coverage requirements specified by the terms of the contract and provide proof of insurance to the Creditor.

6. The Debtor's account with Movant being assessed $874.00 representing a reasonable attorney's fee of $675.00 for services rendered and $199.00 court cost incurred in behalf of Movant in this action; and,

It is further **ORDERED** that in the event Debtor fails to comply with any of the terms specified in this order, that upon 14 days notice to the Debtor and Debtor's attorney, Thomas C. Rollins, Jr., of such non-compliance, and the Debtor's subsequent

failure to cure said default within said 14 day period, the Automatic Stay shall be deemed terminated upon filing of a notice of termination of stay KMS and Movant shall be allowed to proceed with any state law remedies necessary to effectuate the return of the above referenced collateral.

##END OF ORDER##

**AGREED BY:**

This Order Submitted by:
Wesley H. Blacksher, LLC
HWPoolelaw@gmail.com
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

ATTORNEY FOR CREDITOR
**BMW Financial Services NA, LLC**

/S/ Wesley H. Blacksher
Wesley H. Blacksher Bar103026
For the Firm of
William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

ATTORNEY FOR THE DEBTOR
**Thomas Carl Rollins, Jr.**

/S/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
MSBN 103469
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533