United States Bankruptcy Court
Southern District of Mississippi

In re:
Donshekie Barrett
Debtor

Case No. 25-51624-KMS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-6
Date Rcvd: Aug 17, 2026

User: mssbad
Form ID: pdf012

Page 1 of 2
Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 19, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 19, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jim F. Spencer, Jr. | on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com mryan@watkinseager.com |
| John Andrew Hammond | on behalf of Creditor Pac Western Financial LLC ahammond@youngwells.com, mhammack@youngwells.com;wsmith@youngwells.com |
| Kimberly D. Strong | kstrong@hrkcpa.com |
| Michael J McCormick | on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | |

| | |
|---|---|
| | on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Timothy J. Anzenberger | on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |
| Wesley H. Blacksher | on behalf of Creditor BMW Financial Services NA LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 10

**SO ORDERED,**

Judge Katharine M. Samson
United States Bankruptcy Judge
Date Signed: August 17, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT-6 DIVISIONAL OFFICE**

**IN RE:**

| | | |
|---|---|---|
| | * | |
| **DONSHEKIE BARRETT,** | * | **CASE NUMBER: 25-51624 KMS** |
| | * | |
| **Debtor.** | * | |

**AGREED ORDER REGARDING CAPITAL ONE AUTO FINANCE, a DIVISION OF CAPITAL ONE, N.A. MOTION FOR RELIEF FROM STAY DOCKET #116**

This matter came before the Court on the Motion for Relief filed by **Capital One Auto Finance, a division of Capital One, N.A.** (hereinafter "Creditor")(Docket #116) and the Debtor's Response thereto (Docket # 126) seeking relief from Stay imposed by 11 U.S.C. § 362 as it relates to the enforcement of the lien against property described as:

**2023 HYUNDAI ELANTRA SEDAN 4D SEL 2.0L I4
VIN NUMBER: KMHLM4AG8PU433892**

The Court being advised prior to the hearing that this matter has been settled and that it is by agreement of the parties that the Motion for Relief filed by **Capital One Auto**

**Finance, a division of Capital One, N.A.** seeking relief from Stay imposed by 11 U.S.C. § 362 should be Conditionally Denied.

**THEREFORE IT IS ORDERED** that the Motion of Creditor seeking relief from the automatic stay imposed by 11 U.S.C. § 362 and Section 1301 is **CONDITIONALLY DENIED**, conditioned upon the following:

1. Based upon the Debtor's Chapter 11 Plan, the monthly payments are made directly to the Creditor, in the amount of $327.00 per month commencing the Effective Date; and,

2. Debtor has arrears of $3,395.98 as of May 14th, 2026.

3. As of May 1st, 2026, the adjusted retail value of the **2023 HYUNDAI ELANTRA SEDAN 4D SEL 2.0L I4** is $19,025.00.

4. Debtor to commence making monthly adequate protection payments of $190.00 commencing August 15th, 2026. This sum represents 1% of the adjusted retail value.

5. Debtor(s) maintaining in force and effect, at Debtor(s)' expense, insurance on said vehicle with the Creditor as loss payee and in accordance with the insurance coverage requirements specified by the terms of the contract and provide proof of insurance to the Creditor.

6. The Debtor's account with Movant being assessed $874.00 representing a reasonable attorney's fee of $675.00 for services rendered and $199.00 court cost incurred in behalf of Movant in this action; and,

It is further **ORDERED** that in the event Debtor fails to comply with any of

the terms specified in this order, that upon 14 days notice to the Debtor and Debtor's attorney, Thomas C. Rollins, Jr., of such non-compliance, and the Debtor's subsequent failure to cure said default within said 14 day period, the Automatic Stay shall be
upon filing of a notice of termination of stay KMS
deemed terminated ^ and Movant shall be allowed to proceed with any state law remedies necessary to effectuate the return of the above referenced collateral.

##END OF ORDER##

**AGREED BY:**

This Order Submitted by:
Wesley H. Blacksher, LLC
HWPoolelaw@gmail.com
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

ATTORNEY FOR CREDITOR
**Capital One Auto Finance, a division of Capital One, N.A.**

/S/ Wesley H. Blacksher
Wesley H. Blacksher Bar103026
For the Firm of
William C. Poole, LLC
917 Western America Circle
Suite 210
Mobile, AL 36609
(251) 344-5015

ATTORNEY FOR THE DEBTOR
**Thomas Carl Rollins, Jr.**

/S/ Thomas Carl Rollins, Jr.
Thomas Carl Rollins, Jr.
MSBN 103469
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533