# Proceeding Minutes / Proceeding Memo

**Case #:** 25-51624 **Case Name:** Donshekie Barrett

**Set:** 10/01/2026 01:30 pm **Chapter:** 11 **Type:** bk **Judge** Katharine M. Samson

**matter** Chapter 11 Subchapter V Plan of Reorganization filed by the Debtor in Possession (Dkt. #108)

Objection to Confirmation filed by the US Trustee (Dkt. #143)

Objection to Confirmation (Limited) filed by Eastern Funding LLC d/b/a Specialty Vehicle and Equiptment Funding Group (Dkt. #144)

---

Minute Entry Re: (related document(s): [108] Chapter 11 Subchapter V Small Business Plan filed by Donshekie Barrett) Rollins to submit an Agreed Order. Called in by Rollins. Order due by 10/15/2026. (mcc)