Official Form 314 (02/20)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE Southern DISTRICT OF MISSISSIPPI**

**IN RE: Donshekie Barrett, Debtor**

**Case No. 25-51624-KMS**
**CHAPTER 11**

## Class 4 Ballot for Accepting or Rejecting Plan of Reorganization

Donshekie Barrett filed a plan of reorganization dated June 10, 2026 (the Plan) for the Debtor in this case.

**You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class 4 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Thomas C. Rollins, Jr. on or before July 30, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 4 claim against the Debtor in the unpaid amount of Ninety Six Thousand and One Hundred and Twenty Seven and 57/100 Dollars ($ 96,127.57)

*Check one box only*

☒ **Accepts the plan**

☐ **Rejects the plan**

Dated: 9/30/26 Print or type name: Paul Tangen

Signature: [signature] Title Bankruptcy Analyst

Address: Capital One Auto Finance
aisdocs@aisinfo.com

**Return this ballot to:**
Thomas C. Rollins, Jr.
P.O. Box 13767
Jackson, MS 39236