United States Bankruptcy Court
Southern District of Mississippi

In re:
Donshekie Barrett
Debtor

Case No. 25-51624-KMS
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0538-6 | User: mssbad | Page 1 of 5
Date Rcvd: Oct 07, 2026 | Form ID: n031 | Total Noticed: 80

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dbpos | + | Donshekie Barrett, 5043 Fairbury Way, Diberville, MS 39540-1000 |
| cr | + | Eastern Funding LLC d/b/a Specialty Vehicle and Eq, c/o Timothy J. Anzenberger, Adams & Reese, LLP, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| cr | + | Midland States Bank, Orion First Financial c/o L. Gino Marche, 2908 Poston Avenue, Nashville, TN 37203-1309 |
| cr | + | Pac Western Financial, LLC, P.O. Box 1726, Draper, UT 84020-1726 |
| 5676876 | + | Andrew Hammond, Esq., Young Wells Williams P.A., for Pac Western Financial, LLC, PO Box 6005, Ridgeland, MS 39158-6005 |
| 5583049 | + | AtoB, 1 Embarcadero Ctr, Ste 1200, San Francisco, CA 94111-3617 |
| 5583053 | + | Cadence Bank, 2910 W Jackson St, Tupelo, MS 38801-6799 |
| 5667920 | + | DB TRANSPORT LLC, 5043 FAIRBURY WAY, DIBERVILLE, MS 39540-1000 |
| 5583059 | + | DocuSign, 221 Main St, Ste 800, San Francisco, CA 94105-1921 |
| 5609952 | + | Eastern Funding, LLC, c/o Timothy J. Anzenberger, Adams & Reese, LLP, 1018 Highland Colony Pkwy, Suite 800, Ridgeland, MS 39157-2057 |
| 5583061 | | First Commerce of Amer, 155 B Ave, #300, Chapel Hill, TN 37034 |
| 5619390 | | Jim F. Spencer, Jr., Watkins & Eager PLLC, For Keystone Equipment Finance Corp., Post Office Box 650, Jackson, MS 39205-0650 |
| 5583068 | + | Keystone EFC, 433 S Main St Suite 30, West Hartford, CT 06110-1670 |
| 5604265 | + | Keystone Equipment Finance Corp., 525 N. Tryon St. Ste. 1000, Charlotte, NC 28202-0210 |
| 5583070 | + | Midland States Bank, Orion First Financial, c/o Gino Marchetti, Jr., 2908 Poston Avenue, Nashville, TN 37203-1309 |
| 5583075 | + | PacWestern, 222 S Main St 5th Fl, Salt Lake Cit, UT 84101-2185 |
| 5583079 | + | Stephen B Elggren, PO Box 1726, Draper, UT 84020-1726 |
| 5586161 | + | Timothy J. Anzenberger, Adams and Reese LLP, For Eastern Funding LLC d/b/a Specialty, 1018 Highland Colony Parkway, Suite 800, Ridgeland, MS 39157-2057 |
| 5636471 | + | U.S. Attorney S.D. Mississippi, c/o U.S. Securities and Exchange Commiss, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |
| 5593498 | + | UniSource Capital, Cohn & Dussi, LLC, 255 State Street Suite 7B, Boston, MA 02109-2613 |
| 5583082 | + | UniSource Capital, 214 Canton Rd, Ste 1, Cumming, GA 30040-2370 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: bankruptcy@amuref.com | Oct 07 2026 19:53:00 | Amur Equipment Finance, 304 W 3rd St, Grand Island, NE 68801-5941 |
| cr | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2026 19:52:00 | Axis Title, LLC, c/o Weltman, Weinberg, & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:41 | BMW Bank of North America, c/o AIS Portfolio Servi, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:41 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | | Email/Text: Bankruptcy@stearnsbank.com | Oct 07 2026 19:52:00 | Stearns Bank National Association, c/o Bankruptcy Department, P.O. Box 750, Albany, MN 56307 |

| | | | | |
|---|---|---|---|---|
| 5583047 | + | Email/Text: bankruptcy@amuref.com | Oct 07 2026 19:53:00 | AMUR, P.O. Box 2555, Grand Island, NE 68802-2555 |
| 5583048 | | Email/Text: bankruptcy@ascentiumcapital.com | Oct 07 2026 19:52:00 | Ascentium Capital, 23970 Hwy 59 N, Kingwood, TX 77339 |
| 5583044 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 07 2026 19:52:00 | Ally, P.O. Box 9001951, Louisville, KY 40290-1951 |
| 5585704 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:25 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5607090 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:25 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583045 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:54:41 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 5603422 | | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:54:25 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5583046 | + | Email/PDF: bncnotices@becket-lee.com | Oct 07 2026 19:54:41 | Amex, Po Box 981535, El Paso, TX 79998-1535 |
| 5651464 | + | Email/Text: BKRMailOps@weltman.com | Oct 07 2026 19:52:00 | Axis Title, LLC assignee of Amur Equipment Fin, In, c/o Weltman, Weinberg & Reis Co., LPA, 5990 West Creek Road, Suite 200, Independence, OH 44131-2191 |
| 5583052 | + | Email/PDF: acg.bmw.ebn@aisinfo.com | Oct 07 2026 19:54:25 | BMW, P.O. Box 78066, Phoenix, AZ 85062-8066 |
| 5592898 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:25 | BMW Bank of North America, c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5585703 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:34 | BMW Bank of North America Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583051 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 07 2026 19:52:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5583050 | + | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 07 2026 19:52:00 | Bank of America, Attn: Bankruptcy, Pob 26012, Greensboro, NC 27420-6012 |
| 5597864 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Oct 07 2026 19:52:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5599564 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 07 2026 19:52:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 5583057 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 07 2026 19:52:00 | Citizens One, Attn: Bankruptcy, One Citizens Plaza, Providence, RI 02903 |
| 5583054 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 07 2026 19:54:41 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 5583055 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 07 2026 19:54:34 | Capital One Auto, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2359 |
| 5585705 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:25 | Capital One Auto Finance, a division of, Capital One, N.A. Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5583056 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 19:54:34 | Chase Auto Finance, Attn: Bankruptcy, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 5583058 | + | Email/Text: BANKRUPTCYDSM@DELAGELANDEN.COM | Oct 07 2026 19:53:00 | DLL Finance LLC, Attn: Bankruptcy, 8001 Birchwood Ct, Johnston, IA 50131-2889 |
| 5583060 | + | Email/Text: legal@easternfunding.com | Oct 07 2026 19:52:00 | Eastern Funding LLC, 213 W 35th St, Ste 2W, New York, NY 10001-0217 |
| 5605964 | | Email/Text: collecadminbankruptcy@fnni.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 07 2026 19:52:00 | First National Bank of Omaha, 1601 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 5583062 | | Email/Text: collecadminbankruptcy@fnni.com | Oct 07 2026 19:52:00 | Fnbo Slice, P.o. Box 3412, Omaha, NE 68197 |
| 5583063 | | Email/Text: gcubankruptcy@greenwoodcu.org | Oct 07 2026 19:52:00 | Greenwood Credit Union, 2700 Post Road, Warwick RI 02886 |
| 5638064 | | Email/Text: gcubankruptcy@greenwoodcu.org | Oct 07 2026 19:52:00 | Greenwood Credit Union, Attn: Bankruptcy, 2669 Post Rd, Warwick, RI 02886 |
| 5608689 | | Email/Text: headwaybnc@enova.com | Oct 07 2026 19:52:00 | Headway Capital LLC, 175 West Jackson Blvd., Suite 600, Chicago IL 60604 |
| 5583064 | + | Email/Text: bankruptcy.notices@hdfsi.com | Oct 07 2026 19:52:00 | Harley Davidson, Attn: Bankruptcy, Po Box 22048, Carson City, NV 89721-2048 |
| 5607804 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Oct 07 2026 19:52:00 | Harley-Davidson Credit Corp, PO Box 9013, Addison, Texas 75001-9013 |
| 5583065 | + | Email/Text: bankruptcy@ondeck.com | Oct 07 2026 19:53:00 | Headway, 4700 W Daybreak Pkwy, Ste 200, South Jordan, UT 84009-5133 |
| 5583067 | + | Email/Text: ebone.woods@usdoj.gov | Oct 07 2026 19:52:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5583066 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 07 2026 19:52:00 | Internal Revenue Servi, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5605978 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 07 2026 19:54:25 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, 700 Kansas Lane, LA4- 5599, Monroe, LA 71203-4774 |
| 5583069 | | Email/Text: camanagement@mtb.com | Oct 07 2026 19:52:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5609149 | | Email/Text: camanagement@mtb.com | Oct 07 2026 19:52:00 | M & T Bank, Bankruptcy Department, P.O. Box 840, Buffalo NY 14240-0810 |
| 5636469 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 07 2026 19:52:00 | MS State Tax Commission, Bankruptcy Section, P.O. Box 23338, Jackson, MS 39225 |
| 5688096 | | Email/Text: BANKRUPTCY@DOR.MS.GOV | Oct 07 2026 19:52:00 | Mississippi Department of Revenue, Bankruptcy Section, P.O. Box 22808, Jackson, MS 39225-2808 |
| 5583071 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 07 2026 19:53:00 | NAVY FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 5583072 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 07 2026 19:53:00 | Navy Federal CU, Attn: Bankruptcy, Po Box 3302, Merrifield, VA 22119-3302 |
| 5605275 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 07 2026 19:53:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA, 22119-3000 |
| 5609808 | + | Email/Text: bankruptcy@ondeck.com | Oct 07 2026 19:53:00 | ODK Capital LLC, 4700 W Daybreak Pkwy., Ste 200, South Jordan UT 84009-5133 |
| 5583073 | + | Email/Text: bankruptcy@ondeck.com | Oct 07 2026 19:53:00 | On Deck, 4700 W . Daybreak Pkwy, South Jordan, UT 84009-5133 |
| 5595649 | + | Email/PDF: cbp@omf.com | Oct 07 2026 19:54:34 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |
| 5583074 | + | Email/PDF: cbp@omf.com | Oct 07 2026 19:54:34 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |
| 5583076 | + | Email/Text: bankruptcynotices@sba.gov | Oct 07 2026 19:52:00 | SBA, 801 Tom Martin Dr, Ste 210, Birmingham, AL 35211-6426 |
| 5583077 | + | Email/Text: ebone.woods@usdoj.gov | Oct 07 2026 19:52:00 | SBA, c/o US Attorney's Offi, 501 E Court St, Ste. 4.430, Jackson, MS 39201-5025 |
| 5583078 | | Email/Text: Bankruptcy@stearnsbank.com | Oct 07 2026 19:52:00 | Stearns Bank, P.O. Box 750, Albany, MN 56307-0750 |

| | | | |
|---|---|---|---|
| 5583080 | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 19:54:25 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5583081 | + Email/PDF: ais.sync.ebn@aisinfo.com | Oct 07 2026 19:54:34 | Synchrony Bank, Po Box 965073, Orlando, FL 32896-5073 |
| 5608151 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:41 | Synchrony Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5608962 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 07 2026 19:54:41 | Synchrony Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5636467 | Email/Text: atlreorg@sec.gov | Oct 07 2026 19:52:00 | U.S. Securities and Exchange Commission, Office of Reorganization, 950 East Paces Ferry Road, Suite 900, Atlanta, GA 30326-1382 |
| 5583083 | ^ MEBN | Oct 07 2026 19:47:28 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 59

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BMW Financial Services NA, LLC |
| cr | | Capital One Auto Finance, a division of Capital On |
| cr | | M&T Bank |
| 5599959 | | Amur Equipment Finance 304 W 3rd St Grand Island, |
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Keystone Equipment Finance Corp, 525 N. Tryon St. Ste 1000, Charlotte, NC 28202-0210 |
| cr | *+ | Synchrony Bank c/o AIS Portfolio Services LLC., 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5603767 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5667921 | *+ | DLL FINANCE LLC, ATTN: BANKRUPTCY, 8001 BIRCHWOOD CT, JOHNSTON, IA 50131-2889 |
| 5636468 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, P.O. Box 21126, Philadelphia, PA 19114 |
| 5605728 | *+ | Navy Federal Credit Union, PO BOX 3000, Merrifield, VA 22119-3000 |
| 5636470 | *+ | U.S. Attorney S.D. Mississippi, c/o Internal Revenue Service, 1575 20th Avenue, 2nd Floor, Gulfport, MS 39501-2040 |

TOTAL: 4 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
| --- | --- |
| Jim F. Spencer, Jr. | on behalf of Creditor Keystone Equipment Finance Corp jspencer@watkinseager.com mryan@watkinseager.com |
| John Andrew Hammond | on behalf of Creditor Pac Western Financial LLC ahammond@youngwells.com, mhammack@youngwells.com;wsmith@youngwells.com |
| Kimberly D. Strong | kstrong@hrkcpa.com |
| Michael J McCormick | on behalf of Creditor M&T Bank Michael.McCormick@mccalla.com mccallaecf@ecf.courtdrive.com |
| Steven Usry | on behalf of U.S. Trustee United States Trustee steven.usry@usdoj.gov |
| Thomas Carl Rollins, Jr | on behalf of Debtor In Possession Donshekie Barrett trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Timothy J. Anzenberger | on behalf of Creditor Eastern Funding LLC d/b/a Specialty Vehicle and Equipment Funding Group tim.anzenberger@arlaw.com amy.nichols@arlaw.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Wesley H. Blacksher | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |
| Wesley H. Blacksher | on behalf of Creditor BMW Financial Services NA LLC BlacksherW@aol.com, debbie_presley.wcp@outlook.com;debbie_presley@bellsouth.net |

TOTAL: 10

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

**Case No.:** 25−51624−KMS
**Chapter:** 11

**In re:**

Donshekie Barrett
5043 Fairbury Way
Diberville, MS 39540

## Notice of Entry of Order Confirming Plan

The Court entered an Order on October 7, 2026 (Dkt. # 161 ) confirming the Debtor's Chapter 11 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: October 7, 2026

Danny L. Miller, Clerk of Court